
CRISTO
TE
AMO