**From:** Lisa Carwyle
**Sent:** Thursday, July 23, 2020 9:13 AM
**To:** 'projection.night@gmail.com' <projection.night@gmail.com>
**Cc:** Joey East <jeast@lafayettesheriff.net>
**Subject:** permit denial

Good morning Mr. Rash,

Please see the attached permit. I've denied the permit due to a change in the County's permit policy. No permits will be issued after dusk, due to security issues. Thanks.

<image002.png>

--
**PROJECT(ion) TEAM**
John & Valerie
projection.night@gmail.com