---------- Forwarded message ---------
From: **Lisa Carwyle** <LCarwyle@lafayettecoms.com>
Date: Mon, Jul 27, 2020 at 10:37 AM
Subject: FW: permit denial
To: projection.night@gmail.com <projection.night@gmail.com>

Mr. Rash –

In response to your question on Friday, the Courthouse grounds, including the statue area, are closed for any gathering after dark, regardless of permit requirements. So you would not be allowed to be on the grounds from thirty minutes prior to dusk to sunrise. Thanks.