## ORDER: AMEND FACILITY USE POLICY REGARDING USE OF COURTHOUSE GROUNDS

  Motion was made by Larry Gillespie, duly seconded by Brent Larson, to amend the Facility Use Policy in order to allow four (4) people or less to use the Historic Courthouse outside grounds, including the area around the Confederate Statue, without a permit, although said individual or group may obtain a permit in order to have exclusive use of the area; five (5) or more people gathering require a permit for use. A permit application must be submitted at least 30 days prior to the date of proposed use for five or more people, unless unusual circumstances make it impossible to make application prior to the thirty (30) day period; the Board of Supervisors and/or the sheriff shall determine whether to waive the 30 day period. This amendment shall take effect immediately.

  The vote on the motion was as follows:

Supervisor Brent Larson, voted yes
Supervisor Larry Gillespie, voted yes
Supervisor David Rikard, voted yes
Supervisor Chad McLarty, voted yes
Supervisor Mike Roberts, voted yes

  After the vote, President Roberts, declared the motion carried, this the 15th day of June, 2020.

_____
Mike Roberts, President
Board of Supervisors

_____
Sherry Wall, Chancery Clerk



DEFENDANT'S EXHIBIT C