

**Yoknapatawpha Arts Council**
P.O. Box 544, Oxford MS 38655
(662) 236-6429

| Home | Event Spaces | Calendar | Programs | Events | Support the Arts! |

# 2020 Art-er Limits - Friday & Saturday



$15.00 each

Choose Your Day     [ Friday ▾ ]

Please consider contributing a dollar to offset YAC's credit card processing fees    [ Yes ( + $1.00 ) ]

Price with options: $16.00
88 items in stock

[ 1 ▾ ] [ Add to cart ]

Festival Schedule

**Friday, August 7, 2020 7 pm**
*Powerhouse Community Arts Center*



DEFENDANT'S EXHIBIT E

Theatre Oxford presents Complete History of Theatre (abridged)....
Spillit - Audience Participation Storytelling event
Includes complimentary beverage sponsored by Cathead (non-alcoholic option available)

**Saturday, August 8, 2020** 7 pm
*Powerhouse Community Arts Center*
Theatre Oxford presents Complete History of Theatre (abridged)....
Kinetic Etchings Dance Project
Includes complimentary beverage sponsored by Cathead (non-alcoholic option available)

*Oxford Square* 9 pm
Project(ion) - Projection Art Showcase
Free

**Sunday, August 9, 2020** 6 pm
*Old Armory Pavilion*
Summer Sunset Concert Series featuring the Jett Powers Incident
Free

**OFF to the Drive In**
Art-er Limits ticket holders will receive discount codes to Oxford Film Festival drive in movies. Codes will be included in purchase.

Due to Covid-19 social distancing guidelines will be in place. Indoor events will have limited attendance with an online vi
https://www.facebook.com/yoknapatawphaartscouncil

**Tickets**:

Friday & Saturday $12/$15 member/non-member
YAC members check your email for a coupon code to receive your member discount!

To buy tickets for more than one day, add the first ticket to your cart, and click continue shopping to add another day.

Festival Sponsored By:




 

HikaShop , Joomla!® Online Store Component

**Upcoming Events:** (click for full calendar)

Tuesday August 4, 8:00 AM - 5:00 PM
Last Call Art Camp
Wednesday August 5, 8:00 AM - 5:00 PM
Last Call Art Camp
Thursday August 6, 8:00 AM - 5:00 PM
Last Call Art Camp
Friday August 7, 8:00 AM - 5:00 PM
Last Call Art Camp
Sunday August 9, 10:00 AM - 2:00 PM
University Life Church

**Find us on Facebook:**



**@YACoxfordarts** Follow