**Cynthia Palmer**

| | |
|---|---|
| **From:** | John F. Rash <mr.rash@gmail.com> |
| **Sent:** | Tuesday, July 7, 2020 2:11 PM |
| **To:** | lcarwyle@lafayettecoms.com |
| **Subject:** | Outdoor art display Aug 8 |

Lisa

I was given your contact by Wayne Andrews from the arts council concerning obtaining a permit for us to set up an evening art installation on the courthouse property on the evening of August 8th, the same night as the YAC Fringe Festival. I have several artists who would like to project onto screens as well as the existing courthouse property. We've done this one the square several times in the past few years and would like the opportunity to use the courthouse area this year due to COVID-19 so that it can be viewed by cars driving by or people parked in the adjacent spaces around the square. Please let me know the process for the permit and if there is a cost associated. I can also provide photos of our previous events if needed.

Thank you

**John Rash**
Filmmaker / Photographer
www.johnrash.com
336.303.0360



1