# FACILITY USE APPLICATION AND PERMIT
## LAFAYETTE COUNTY, MISSISSIPPI

Permit Number_____

---

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.* **APPLICATIONS MUST BE FILED 30 DAYS PRIOR TO THE EVENT, THE BOARD OF SUPERVISORS OR THE SHERIFF HAVE THE RIGHT TO WAIVE THE 30 DAY REQUIREMENT.**

*ORGANIZATION*
BUSINESS NAME: _PROJECT(ION)_          DATE: _7/14/20_

CONTACT NAME (PHOTO ID REQUIRED): _J. F. Rash_

TELEPHONE NUMBER: _(336) 303 0360_

ADDRESS: _228 Birch Tree Loop_
_Oxford, MS 38655_

EMAIL: _projection.night@gmail.com_

DATE OF
MEETING/EVENT: _8/8/2020_          START TIME
AND DURATION: _8PM – 11PM_

COUNTY FACILITIES: (PLEASE CHECK ONE)

**SQUARE COURTHOUSE**          **CHANCERY BUILDING**          _12ft wide_

_✓_ Grounds                    _____ Grounds

OTHER: _____

EXPLANATAION OF USE: _Artists installations with light and projectors onto screens and courthouse objects_

APPROXIMATE NUMBER OF PEOPLE IN ATTENDANCE: _30_

**NON-LIABILITY AGREEMENT:** By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

**RULES OF COURTHOUSE GROUNDS:** The undersigned understands no one is allowed to block the sidewalk walking up to and around the statue, and no one is allowed to stand or climb onto the statue.

SIGNATURE: _____

$25.00 APPLICATION FEE _✓_

$50.00 PER HOUR RENTAL FEE _____

$1,000,000 LIABILITY COVERAGE FOR MORE THAN 50 PEOPLE _____

---

## PERMIT

_____ GRANTED          _✓_ DENIED (see attached)

_____
**COUNTY ADMINISTRATOR**

DEFENDANT'S
EXHIBIT
H

---------- Forwarded message ---------
From: Lisa Carwyle <LCarwyle@lafayettecoms.com>
Date: Mon, Jul 27, 2020 at 10:37 AM
Subject: FW: permit denial
To: projection.night@gmail.com <projection.night@gmail.com>

Mr. Rash –

In response to your question on Friday, the Courthouse grounds, including the statue area, are closed for any gathering after dark, regardless of permit requirements. So you would not be allowed to be on the grounds from thirty minutes prior to dusk to sunrise. Thanks.

<Image001.png>