UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CIVIL MINUTES – MOTION HEARING
HEARING ON MOTION FOR PRELIMINARY INJUNCTION

JOHN RASH                                                                                          PLAINTIFF

v.                                                              CIVIL ACTION NO. 3:20cv224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                  DEFENDANT

Date and Time Began:   August 5, 2020 -  1:30 PM
Date and Time Ended:   August 5, 2020 -  4:17 PM

TOTAL TIME:  2 hrs  27 minutes

**PRESENT:**
HONORABLE NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE

Karen Tidwell                                            Rita Davis
**Courtroom Deputy Clerk**                    **Official Court Reporter**

**ATTORNEYS FOR PLAINTIFF:**            **ATTORNEY FOR DEFENDANT:**
Joshua Fiyenn Tom                                  David D. O'Donnell
C. Jackson Williams
Landon P. Thames
Jonathan Youngwood
Isaac Rethy

**PROCEEDINGS:**  Hearing on Motion for Preliminary Injunction held.  Witnesses testified.  Exhibit admitted. Order to follow.

**DAVID CREWS**

By /s/ Karen Tidwell
    Courtroom Deputy Clerk