UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## WITNESS LIST – HEARING ON MOTION FOR PRELIMINARY INJUNCTION

**JOHN RASH**                                                    **PLAINTIFF**

**v.**                                                    **CASE NO. 3:20cv224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                       **DEFENDANT**

                                                                                              Date: August 5, 2020

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| 1. John Rash | 1. Lisa Carwyle |
| 2. | 2. Joey East |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |