UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN RASH**                                                                    **PLAINTIFF**

v.                                  CASE NO. 3:20cr224-NBB-RP

**LAFAYETTE COUNTY MISSISSIPPI**

<u>**Motion Hearing  -  Exhibit List**</u>

| Presiding Judge:<br>  Neal B. Biggers, Jr. | Attorney for Defendant:<br>  David O'Donnell | Attorneys for Plaintiff:<br>  Joshua Fiyenn Tom<br>  C. Jackson Williams<br>  Landon Thomas<br>  Jonathan Youngwood<br>  Isaac Rethy |
|---|---|---|
| Motion Hearing – Motion for Preliminary Injunction<br>8/5/2020 | Court Reporter:<br>  Rita Davis | Courtroom Deputy:<br>  Karen Tidwell |

| Plain | Deft | Date Offered | Moved | Admitted | Description of Exhibits |
|---|---|---|---|---|---|
|  | A | 8/5/2020 | X | X | Email dated 77/2020 |
| 1 |  | 8/5/2020 |  |  | Email dated 7/23/2020 (identification only) |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Page 1 of 1