IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                                                            PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:20-cv-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                       DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is ORDERED AND ADJUDGED that the plaintiff's Motion for Preliminary Injunction is **DENIED**.

This 6th day of August, 2020.

                                              /s/ Neal Biggers
                                              NEAL B. BIGGERS, JR.
                                              UNITED STATES DISTRICT JUDGE