UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

## NOTICE OF TRIAL

JOHN RASH                                                      PLAINTIFF

V.                                                 CIVIL CASE NO. 3:20cv224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                  DEFENDANT

---

TAKE NOTICE that a proceeding in this case has been **SET** for the place, date, and time set for below:

| Place: | Room Number: |
|---|---|
| **United States Courthouse and Federal Building**<br>**911 Jackson Avenue**<br>**Oxford, Mississippi** | **Courtroom 3 West**<br>**Third Floor** |
| | **Date and Time:**<br><br>**June 7, 2021 – 10:00 AM** |

**Type of Proceeding:**

## NON-JURY TRIAL BEFORE U.S. DISTRICT JUDGE NEAL B. BIGGERS, JR.

## YOUR CASE MIGHT NOT BE THE ONLY CASE SET FOR TRIAL ON THIS DATE
## BE ON STANDBY FOR TRIAL

---

DAVID CREWS, Clerk of Court

/s/ Karen Tidwell
(By) Karen Tidwell, Courtroom Deputy

Date:  September 16, 2020

To:    Isaac M. Rethy (electronic notice only)
       Jonathan K. Youngwood (electronic notice only)
       Joshua Fiyenn Tom (electronic notice only)
       Landon P. Thames (electronic notice only)
       C. Jackson Williams (electronic notice only)
       David D. O'Donnell (electronic notice only)

**IF YOU HAVE ANY QUESTIONS CONTACT KAREN TIDWELL AT (662) 281-3002 OR (662) 234-3401**
or by email at Karen_Tidwell@msnd.uscourts.gov