**IN THE UNITED STATES DISTRICT COURT**
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN RASH**

    **V.**                                     **CASE NO. 3:20CV224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**

---

    **TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time and place set forth below:

---

**Place**
U.S. FEDERAL BLDG.
**Oxford**, MS 38655

**Room No.**
911 Jackson Ave., Room 242

**Date and Time**
April 26, 2021 at 10:00 a.m.

---

**Type of Proceeding**

**FINAL PRETRIAL CONFERENCE
BEFORE UNITED STATES MAGISTRATE JUDGE ROY PERCY**

---

                                                          DAVID CREWS
                                                          Clerk of Court

                                                          /s/ Rebekah Capps
                                                          Courtroom Deputy

Date: September 18, 2020

                **CONTACT REBEKAH CAPPS AT 662-234-3114 IF YOU HAVE ANY QUESTIONS**