IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | |
|---|---|
| JOHN RASH, <br><br> *Plaintiff*, <br><br> v. <br><br> LAFAYETTE COUNTY, MISSISSIPPI, <br> *Defendant*. | No. 3:20-cv-224-NBB-RP <br><br> **NOTICE OF ISSUANCE OF SUBPOENA** |

Plaintiff, by and through counsel, has caused to be issued and intends to serve the subpoena attached as Exhibit A upon KEVIN FRYE.

Dated: November 18, 2020

Respectfully submitted,

    /s/: Joshua Tom
    Joshua Tom

ATTORNEYS FOR PLAINTIFF:

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Isaac Rethy*
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2000
jyoungwood@stblaw.com
irethy@stblaw.com

*pro hac vice*

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.
Joshua Tom, MS Bar No. 105392
Landon Thames, MS Bar No. 105127
P.O. Box 2242
Jackson, MS 39225
Phone: (601) 354-3408
jtom@aclu-ms.org
lthames@aclu-ms.org

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on November 18, 2020, filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392