IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | |
|---|---|
| JOHN RASH, ) | |
| ) | No. 3:20-cv-224-NBB-RP |
| *Plaintiff*, ) | |
| v. ) | **AMENDED NOTICE OF DEPOSITION** |
| LAFAYETTE COUNTY, MISSISSIPPI, ) | **OF JEFF BUSBY AND DAVID RIKARD** |
| *Defendant*. ) | |
| ) | |
| ) | |

NOTICE IS HEREBY GIVEN that Plaintiff, by and through counsel, shall depose the following persons, on the date, at the location, and beginning approximately at the time designated below for each, upon oral examination by stenographic and/or videographic means, under oath before a duly authorized court reporter or other officer authorized by law to administer oaths under law.

| **Date** | **Time** | **Deponent** | **Location** |
|---|---|---|---|
| December 3, 2020 | 9:00 a.m. | Jeff Busby | Deposition to occur remotely |
| December 10, 2020 | 9:00 a.m. | David Rikard | Deposition to occur remotely |

Dated: November 27, 2020

Respectfully submitted,

    /s/: Joshua Tom                 
Joshua Tom

ATTORNEYS FOR PLAINTIFF:

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood*
Isaac Rethy*
425 Lexington Avenue
New York, NY 10017
Phone: (212) 455-2000
jyoungwood@stblaw.com
irethy@stblaw.com

*pro hac vice

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.
Joshua Tom, MS Bar No. 105392
Landon Thames, MS Bar No. 105127
P.O. Box 2242
Jackson, MS 39225
Phone: (601) 354-3408
jtom@aclu-ms.org
lthames@aclu-ms.org

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

**CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on November 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom
Joshua Tom