IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | |
|---|---|
| JOHN RASH, </br></br> *Plaintiff*, </br></br> v. </br></br> LAFAYETTE COUNTY, MISSISSIPPI, </br> *Defendant*. | ) </br> ) No. 3:20-cv-224-NBB-RP </br> ) </br> ) **NOTICE OF ISSUANCE OF SUBPOENA** </br> ) </br> ) </br> ) </br> ) |

      Plaintiff, by and through counsel, has caused to be issued and intends to serve the subpoena attached as Exhibit A upon THE CITY OF OXFORD, MISSISSIPPI.

Dated: November 30, 2020

Respectfully submitted,

                                                    /s/: Joshua Tom
                                                      Joshua Tom

ATTORNEYS FOR PLAINTIFF:

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP </br> Jonathan K. Youngwood* </br> Isaac Rethy* </br> 425 Lexington Avenue </br> New York, NY 10017 </br> Phone: (212) 455-2000 </br> jyoungwood@stblaw.com </br> irethy@stblaw.com </br></br> *pro hac vice* | AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC. </br> Joshua Tom, MS Bar No. 105392 </br> Landon Thames, MS Bar No. 105127 </br> P.O. Box 2242 </br> Jackson, MS 39225 </br> Phone: (601) 354-3408 </br> jtom@aclu-ms.org </br> lthames@aclu-ms.org |

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

## **CERTIFICATE OF SERVICE**

I, Joshua Tom, hereby certify that on November 30, 2020, filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/: Joshua Tom_____
Joshua Tom, MSB # 105392