# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**JOHN RASH**                                                                     **PLAINTIFF**

**V.**                        **CIVIL ACTION NO. 3:20CV224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                  **DEFENDANT**

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Lafayette County, Mississippi seeks a five (5) day extension of time to complete and supplement prior discovery and disclosures and to obtain material information maintained by non-parties. Docket 62. Plaintiff does not object to the requested extension of time. The court has reviewed the docket and concludes that the motion may be GRANTED. Lafayette County, Mississippi is granted an additional five (5) days through January 20, 2021 to supplement discovery and disclosures and to obtain information maintained by non-parties.

This, the 20th day of January, 2021.

                                                                /s/ Roy Percy
                                                                UNITED STATES MAGISTRATE JUDGE