# EXHIBIT 13

Page 1

1                    CHAD MCLARTY

2        IN THE UNITED STATES DISTRICT COURT

3     FOR THE NORTHERN DISTRICT OF MISSISSIPPI

4                  OXFORD DIVISION

5

6  JOHN RASH,

7

            Plaintiff,
8
v.                              CIVIL ACTION NO.:
9                                 3:20-cv-224-NBB-RP

10 LAFAYETTE COUNTY,
   MISSISSIPPI,
11
            Defendant.
12

13

14

15
        VIDEOTAPED REMOTE DEPOSITION OF
16
                  CHAD MCLARTY
17
            Friday, January 15, 2021
18
        9:07 a.m. Central Standard Time
19

20

21

22

23 Reported by:

24 GRETA H. DUCKETT, CCR, RPR, CRR, CVR-S, RVR-M-S

25 JOB NO.: 188452

Page 2

```
 1              CHAD MCLARTY
 2
 3
 4
 5
 6              January 15, 2021
 7         9:07 a.m. Central Standard Time
 8
 9         Videotaped remote deposition of
10  CHAD MCLARTY, before Greta H. Duckett, CCR,
11  RPR, CRR, CVR-S, RVR-M-S.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              CHAD MCLARTY
 2         A P P E A R A N C E S
 3
 4  FOR THE PLAINTIFF:
 5
 6         C. Jackson Williams, Esq.
 7         PO Box 69
 8         Taylor, Mississippi  38673
 9
10
11
12
13         Joshua Tom, Esq.
14         ACLU OF MISSISSIPPI
15         P.O. Box 2242
16         Jackson, Mississippi  39225
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              CHAD MCLARTY
 2         A P P E A R A N C E S
 3         C O N T I N U E D
 4
 5
 6  FOR LAFAYETTE COUNTY, MISSISSIPPI:
 7
 8
 9         David O'Donnell, Esq.
10         CLAYTON O'DONNELL
11         1403 Van Buren Avenue
12         Oxford, Mississippi  38655
13
14
15  ALSO PRESENT:
16         Tim Falk, videographer
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              CHAD MCLARTY
 2              I N D E X
 3         EXAMINATION INDEX
 4
 5  CHAD MCLARTY
 6         BY MR. WILLIAMS          10
 7         BY MR. O'DONNELL         112
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 6

CHAD MCLARTY

EXHIBIT INDEX

| | | |
|---|---|---|
| 4 | EXHIBIT A Google Map | 19 |
| 5 | EXHIBIT B Google map | 27 |
| 6 | EXHIBIT C Google map | 28 |
| 7 | EXHIBIT D Google map | 29 |
| 8 | EXHIBIT F Photograph | 38 |
| 9 | EXHIBIT G Links to images of Double Decker | 42 |
| 11 | EXHIBIT H 6/15/2020 email; Bates Lafayette County Doc000393 to Lafayette County Doc000394 | 56 |
| 13 | EXHIBIT I Photograph | 85 |
| 14 | EXHIBIT J 7/20/2020 Facility Use Policy | 62 |
| 16 | EXHIBIT M 10/27/2020 email; Bates Rash - Sheriffs Department Docs - 001 to Rash - Sheriffs Department Docs - 004 | 69 |
| 18 | EXHIBIT N Photograph | 110 |

---

Page 7

CHAD MCLARTY

THE VIDEOGRAPHER: Good morning, Counselors. My name is Tim Falk. I am a certified legal videographer in association with TSG Reporting, Incorporated. Due to the severity of COVID-19 and following the practice of social distancing, I will not be in the same room as the witness. Instead, I will record this videotaped deposition remotely. The reporter, Greta Duckett, also will not be in the same room and will swear the witness remotely.

Do all parties stipulate to the validity of this video recording and remote swearing and that it will be admissible in the courtroom as if it had been taken following Rule 30 of the Federal Rules of Civil Procedures and the state's rules where this case is pending?

MR. WILLIAMS: Plaintiff

---

Page 8

CHAD MCLARTY

does.

MR. O'DONNELL: On behalf of the defendants, I don't know what you mean by "admissibility." I think "use" would be the proper term. With that understanding, no objection.

THE VIDEOGRAPHER: Okay. Thank you, Counselors.

This is the start of media labeled number 1 of the video-recorded deposition of Chad McLarty, in the matter of John Rash versus Lafayette County, Mississippi, in the United States District Court, Northern District of Mississippi, case number 3:20-cv-224-NBB-RP.

This deposition is being held via videoconference, with all participants appearing remotely due COVID-19 restrictions, on Friday, January 15th, 2021, at approximately 9:09 a.m.

---

Page 9

CHAD MCLARTY

My name is Tim Falk. I am the legal video specialist from TSG Reporting, Incorporated, headquartered at 228 East 45th Street, New York, New York. The court reporter is Greta Duckett, in association with TSG Reporting.

Counsel, please introduce yourselves.

MR. WILLIAMS: Jack Williams, or C. Jackson Williams, counsel for plaintiff, John Rash.

MR. TOM: Joshua Tom for plaintiff, John Rash.

MR. O'DONNELL: David O'Donnell, on behalf of Lafayette County, Mississippi.

THE VIDEOGRAPHER: And would the court reporter please swear in the witness.

(The witness was sworn.)

THE VIDEOGRAPHER: And, Counsel, before we begin, I just wanted to make a record that it

Page 10

CHAD MCLARTY

1
2 looks like the Internet connection
3 for the witness is very low, and so
4 I'm not able to get a full screen
5 capture on Zoom, and the audio
6 seems to be garbled as a result.
7 So I just wanted to make sure
8 you're aware of that before we
9 begin.
10 (Technical discussion.)
11 THE VIDEOGRAPHER: Going off
12 the record. The time is 9:11 a.m.
13 (Off-the-record discussion
14 from 9:11 a.m. to 9:13 a.m.)
15 THE VIDEOGRAPHER: We are
16 back on the record. The time is
17 9:13 a.m.
18 CHAD MCLARTY,
19 the witness, having first been duly
20 sworn to speak the truth, the whole truth and
21 nothing but the truth, testified as follows:
22 EXAMINATION
23 BY MR. WILLIAMS:
24 Q. Good morning, Mr. McLarty. My name
25 is Jack Williams. I've lived in Oxford a long

Page 11

CHAD MCLARTY

1
2 time off and on, but I haven't had the fortune
3 of crossing paths with you before that I know
4 of. I think you're a good bit younger than me,
5 though, so . . .
6 Have you ever been deposed before?
7 A. No, sir, I have not.
8 Q. So this is a new process for you,
9 then?
10 A. Correct.
11 Q. So in -- and I've known David a
12 long time too, and he's a really good attorney.
13 So I'm sure that he's told you on the front end
14 what to expect. But I'm simply going to ask
15 you questions, and your responsibility is to
16 respond as fully and candidly as you can, in
17 light of the question that I ask. You're not a
18 mind reader. And so, you know, you've got to
19 listen to what I'm saying.
20 Sometimes I do not speak as clearly
21 as I should, even though I know I should. So
22 if you are uncertain of the question that I'm
23 asking or you need me to rephrase it, stop and
24 say, Wait a minute, What are you asking, or
25 Would you rephrase that, and you will not hurt

Page 12

CHAD MCLARTY

1
2 my feelings, and I will be glad to.
3 But unless you do that, I'm going
4 to assume that, to the best of your knowledge,
5 you understand what I'm saying; is that fair?
6 A. Yes.
7 Q. Okay. And this is -- this is sort
8 of like -- well, it is out-of-court testimony,
9 and so a lot of the rules that apply in a
10 courtroom apply here. And that is, even though
11 David is seated next to you, he's there to
12 interject if I go out of bounds, or he's there
13 to protect the county's interest, but he does
14 not get to testify indirectly.
15 And you understand that, correct?
16 A. Yes.
17 Q. Okay. If you need to stop to use
18 the restroom or if you need to stop to get a
19 drink of water, don't hesitate to give us the
20 time-out, and we'll make reasonable
21 accommodations. Fair enough?
22 A. All right. Fair enough.
23 Q. So what did you to do prepare for
24 today's deposition? And don't tell me anything
25 David may have said to you. Don't share a

Page 13

CHAD MCLARTY

1
2 confidence. But tell me generally how you
3 prepared for the deposition.
4 A. I mean, I met Mr. O'Donnell
5 yesterday afternoon for a little while. Just
6 some general insight about what a deposition is
7 and how to go about it. Of course, I -- he
8 asked me the same question you asked me, had I
9 ever been involved in a deposition or ever been
10 in a -- have I ever testified in any form or
11 fashion. I told him, no, sir, I haven't, but I
12 did watch Law & Order the other night, so I
13 figured I was good to go.
14 Q. Have you ever been a juror before,
15 by any chance?
16 A. I have not.
17 Q. Ever seen a courtroom proceeding
18 other than on the screen?
19 A. No, sir.
20 Q. Okay. Let's get a little bit into
21 your background, just so I can get a feel for
22 what you might know and not know. Where is
23 home? Where did you grow up?
24 A. Born and raised in Oxford,
25 Mississippi.

Page 14

CHAD MCLARTY

1
2   Q.   In the city limits itself or in
3 Lafayette County?
4   A.   In Lafayette County.  I grew up in
5 Taylor.  I grew up in Taylor, Mississippi.
6   Q.   I have a particular fondness for
7 Taylor, Mississippi.  Do you still have family
8 there?
9   A.   Yes, sir, I do.
10  Q.   Do you still live in Taylor?
11  A.   I live right outside of Taylor on
12 Highway 7 South, but I maintain the water
13 association for Taylor -- Taylor Water, so I'm
14 down there all the time.
15  Q.   I live on -- or county road --
16 gosh, it's been so long since I've been there.
17 COVID has got me down in Jackson.  422 -- I
18 live on old Pine Flat Road.
19  A.   I know where it's at.
20  Q.   That's a great part of the world.
21     So I'm assuming you went to school
22 in the Lafayette County school system?
23  A.   Yes, sir.  Class of '92.
24  Q.   Class of '78.  I told you I'm older
25 than you are.

Page 15

CHAD MCLARTY

1
2   A.   A little bit.
3   Q.   I have more gray than you, too.
4 And you finished high school, and then what
5 happened?
6   A.   I went to Northwest Community
7 College in Senatobia for two years, and I came
8 back and I attended Ole Miss for a year.  And
9 then I decided I wanted to do something a
10 little different, so that was the extent of my
11 education.
12  Q.   Okay.  And so you finished school,
13 and you started on a path to something
14 different, which is certainly a good thing for
15 a lot of us to do.  Where did that path take
16 you?
17  A.   From start to finish?
18  Q.   Well, if it goes on too long, I'll
19 speed it up.
20  A.   I mean, I came back home.  I got a
21 job as a jailer for the Lafayette County
22 Sheriff's Department for a while.
23  Q.   Uh-huh.
24  A.   Saw that that wasn't my cup of tea.
25 I went to work for a natural gas company called

Page 16

CHAD MCLARTY

1
2 Entex at the time.  It's now CenterPoint.
3 Worked for them for three years.
4     And then I moved on to the City of
5 Oxford water department.  I've been with them
6 for 23 years.  I'm the superintendent over
7 water and sewer.
8     I got elected county supervisor in
9 2012.  This is my third term.  I'm the vice
10 president of the board.
11     I own a construction company called
12 MC Construction, where I employ four full-time
13 employees in the utility field outside of
14 Oxford.
15  Q.   I'm not going to dwell deeply in
16 any of that, but I'm going to hit a couple of
17 points.  When you went to work with Entex, what
18 did you do?  What was your position?
19  A.   Well, I maintained the distribution
20 lines for the natural gas company.  We were out
21 there installing lines, repairing leaks, things
22 of that nature.
23  Q.   Okay.  And then you went to work
24 with the City of Oxford in --
25  A.   The same principle, just different

Page 17

CHAD MCLARTY

1
2 product.  Instead of working on gas lines, I
3 was working on water lines.
4   Q.   So you're dealing with pipes and
5 topography and maps and just the layout of
6 wherever the service is your employer provides.
7 You're pretty conversant with all of that,
8 then, I would trust, right?
9   A.   Yes, sir.  Anything to do with the
10 distribution system.  Yes, sir.
11  Q.   Okay.  So -- and you said you were
12 superintendent or supervisor with the city's
13 water and sewage system?
14  A.   I'm the superintendent for the City
15 of Oxford water and sewer.
16  Q.   Okay.  And what does that entail at
17 this point?
18  A.   I mean, I lead a 14-man crew on a
19 daily basis, maintain all the infrastructure in
20 the City of Oxford in our water and sewer
21 franchise area.  I deal directly with the COO
22 and the city engineer and the mayor of Oxford.
23  Q.   Is it fair to say, then, that you
24 know Oxford, the boundaries and the layout,
25 pretty much like the back of your hand?

CHAD MCLARTY

1
2   A.      Pretty much, yes, sir.
3   Q.      Okay.  Tell me about your initial
4   decision to run for the board of supervisors.
5   A.      It was actually -- it was actually
6   a dare at one point in time.  My father is a
7   justice court judge for Lafayette County and
8   has been for over 40 years.  We were at a
9   wedding reception, and a couple of buddies of
10  mine thought it would be a good idea.  And so I
11  put my name in the hat.  I worked hard for it,
12  and here I am.
13  Q.      You've done it for several terms
14  now.  How has your experience been generally?
15  It must be satisfying for you, or you wouldn't
16  keep going back to the well.
17  A.      It's -- you know, it's a unique
18  job.  It's a job I think every individual ought
19  to try at least once in their lives, to run for
20  political office.  It will really humble you at
21  times.  I've had the opportunity to meet a lot
22  of people that I never would have met before,
23  so, yes, sir, I'm -- you know, I -- I like to
24  serve my community.  I like to do what I can to
25  better Lafayette County because this is my

CHAD MCLARTY

1
2   home.  And, you know, Lafayette County is
3   growing leaps and bounds.  We seem to be doing
4   a pretty good job because people want to come
5   here.
6               (Exhibit A was marked for
7                identification.)
8   BY MR. WILLIAMS:
9   Q.      Yeah.  It's changed a lot since
10  when I first moved there.  It has grown
11  remarkably.  Well, so with that in mind, I'm
12  going to go back to Exhibit A.
13  A.      I don't know how to pull it up.
14  Q.      Well, so if I'm lucky, it's on your
15  screen.
16  A.      Yes, sir, it is.
17  Q.      And do you know what that is?
18  A.      That's the courthouse square and
19  the surrounding area of Oxford.
20  Q.      I'm not hiding anything.  I pulled
21  that off of Google Maps.  You can see that in
22  the upper left-hand corner.  I'm not asking you
23  to vouch for the -- I don't even know the term
24  to use -- the precise measurements or the
25  accuracy of the map.  But does it fairly

CHAD MCLARTY

1
2   represent the way the square and the
3   surrounding areas are set out geographically?
4   Would you take a minute and look at it and
5   determine whether that's true?
6   A.      Yes, sir, it looks accurate to me.
7   Q.      Okay.  And so in the center -- in
8   the middle, just below the center line is the
9   Lafayette County courthouse.  And that's what
10  we know as "the square," right?
11  A.      Yes, sir.
12  Q.      Okay.  And I see a lot of
13  establishments in here.  As I said, I've been
14  down in Jackson since COVID, and I know things
15  may have changed.  Some businesses may not have
16  survived; some may have.  But I'm just going to
17  ask you about a few of these in here.  Square
18  Books -- I'm assuming Square Books and Off
19  Square Books and the children's bookstore --
20  are they still on the square?
21  A.      As far as I know.  I mean, I know
22  Square Books is.  I'm not -- I don't know about
23  the other two.  I'm assuming they are.
24  Q.      Well, what is -- how would you
25  describe Square Books and the other two,

CHAD MCLARTY

1
2   assuming they're still in business insofar as
3   being part of the community is concerned?
4   A.      I mean, to me, they're like any
5   other retail store in the city.  I don't know
6   exactly where you're going with that.
7   Q.      Well, are they -- what about
8   Neilson's?  And I don't see Neilson's on here,
9   but it's in the same building as Tallahatchie
10  Gourmet.
11  A.      It's a retail clothing store.  I
12  mean, I don't -- I don't give Neilson's any
13  more credit than Hinton & Hinton.
14  Q.      Well, and Hinton & Hinton, too.
15  These are all -- what I'm asking in essence is,
16  are these all sort of a vibrant part of the
17  retail community surrounding the square?
18  A.      I mean, any retail businesses on
19  the square bring people to the square.  That
20  makes it an attraction.  I don't know that one
21  has precedence over the other.
22  Q.      I agree with you completely.  So
23  but it's fair to say that the square is
24  populated with a number of retail
25  establishments that attract people to the

CHAD MCLARTY

1
2  square, correct?
3      A.    I mean, yeah.  I mean, if you're
4  coming -- if that's your cup of tea that day
5  and you want to shop for retail clothing, but
6  there are a lot of other establishments around
7  the square as far as bars and restaurants -- I
8  mean, there's a mix of -- a lot of combinations
9  of things that attract people to the square.
10     Q.    Okay.  YaYa's Frozen Yogurt in the
11 upper left-hand corner of the courthouse
12 square, are you familiar with it?
13     A.    Never been in it, but I am familiar
14 with it.
15     Q.    And what is it?  Do you know?
16     A.    Frozen yogurt, ice cream.  Like I
17 said, I've never been inside the building.
18     Q.    What about The Blind Pig next to
19 it?
20     A.    Pretty good place to eat.
21     Q.    Have you ever been in there?
22     A.    Yes, sir.
23     Q.    Is it popular?
24     A.    I mean, I've been in there when
25 there's three or four people, and I've been in

CHAD MCLARTY

1
2  there when there's 50 people.  I'm assuming,
3  yeah.
4      Q.    Okay.  I forgot to ask -- no, you
5  told me.  I take that back.
6            Do you ever get in the city at
7  nighttime?
8      A.    Yes, sir.
9      Q.    And what is -- what does the square
10 look like at nighttime on a Thursday, Friday,
11 or Saturday night?
12     A.    Mr. Williams, it depends on -- it
13 depends on what's going on, whether it's a
14 football game weekend or baseball game weekend.
15 I mean, there are a lot of different variables
16 of what that square will look like at any given
17 time.  That's kind of an open-ended question.
18     Q.    Okay.  So sometimes it's very busy?
19     A.    Yes, sir, sometimes it's so busy,
20 they close down Jackson Avenue and Van Buren,
21 you know, because of all the college kids and
22 the traffic associated with those two roads.
23     Q.    And what would cause --
24            (Simultaneous speakers.)
25 ///

CHAD MCLARTY

1
2  BY MR. WILLIAMS:
3      Q.    What are events that might cause it
4  to be that busy?
5      A.    Most of the time, it's
6  university-related stuff, you know, whether
7  it's football, baseball, basketball.  You have
8  a Double Decker festival when there's not a
9  COVID issue that brings in a lot of people.
10 And there are other events that I just can't
11 think of right now, but . . .
12     Q.    Okay.  And there are other times
13 when it's not so busy?
14     A.    Yes, sir.
15     Q.    And assuming homecoming is 10 on a
16 scale of 1 to 10 insofar as busy is concerned,
17 what is not so busy on a scale of 1 to 10?
18     A.    Mr. Williams, I don't -- maybe I'm
19 confused at where you're going with this, but I
20 mean, the City of Oxford square is a vibrant
21 area.  There's going to be people up there at
22 all times.  Now, whether it's a thousand people
23 or whether it's 10,000 people is just related
24 to what's going on that weekend.
25     Q.    When there's a lot of people, they

CHAD MCLARTY

1
2  need to park, right?
3      A.    Yes, sir.
4      Q.    Has parking been an issue in the
5  city that you know of?
6      A.    It has been an issue.  The City of
7  Oxford just recently got through with a parking
8  garage.  I don't remember exactly how many cars
9  it parked.  500, maybe.  It seems to have
10 really helped, but, like I said, when you've
11 got 10-, 20,000 people coming to the square,
12 even that can get overrun.
13     Q.    So on this map, where is the
14 parking garage located?  Can you tell me?
15     A.    It's north of Monroe Avenue.  Might
16 be west of Uptown Coffee.
17     Q.    Okay.  So on this map, we see four
18 long rectangles that at one point -- right
19 behind Oxford Creamery and Uptown Coffee and
20 north of Monroe -- at one time, those were just
21 empty parking lots -- or parking lots; is that
22 correct?
23     A.    That's correct.
24     Q.    And the parking garage is in there
25 now?

Page 26

CHAD MCLARTY

1
2     A.    Yes, sir.
3     Q.    Let's see what else is up here.
4  Right across from Uptown Coffee, across Lamar
5  Boulevard, what do we have?
6     A.    That's the Lafayette County
7  chancery building.
8     Q.    Okay.  And what's in the chancery
9  building?
10    A.    You've got chancery court; you've
11 got your tax assessor's office; you've got
12 Sherry Wall, which is the chancery clerk;
13 you've got Joel Hollowell and them, which is
14 the building -- building codes and zoning
15 regulations; you've got the board of
16 supervisors; the county administrator.  I may
17 be leaving somebody out.  But that's the
18 majority of them.
19    Q.    Mississippi has a unique court
20 system -- a relatively unique court system.  Do
21 you know whether the chancery court, which is
22 located in the chancery building, and the
23 circuit court, which is located in the
24 Lafayette County courthouse -- are you able to
25 determine whether they're of equal stature?

Page 27

CHAD MCLARTY

1
2     Do you have that knowledge?
3     A.    No, sir, I do not.
4     Q.    Okay.  I'm going to move past
5  Exhibit A, and I'm going to bring some other
6  maps up.  And they're just Google Maps, but
7  they're the satellite images as opposed to the
8  map image.  So I'm going to take Exhibit A off.
9  And I'm going to put a new file in the chat
10 box.
11    And, Mr. McLarty, certainly show
12 the screen to your counsel before we proceed.
13         MR. O'DONNELL:  I'm looking
14    over his shoulder, Jack.
15         MR. WILLIAMS:  You can see
16    it?  Okay.
17         (Exhibit B was marked for
18         identification.)
19 BY MR. WILLIAMS:
20    Q.    Mr. McLarty, I'm handing you
21 what -- I put on the screen, if you'll look
22 down on the lower left-hand corner, it says
23 Exhibit B.
24         MR. O'DONNELL:  We don't see
25    it.

Page 28

CHAD MCLARTY

1
2         MR. WILLIAMS:  I've got to
3     share the screen.  Thank you for
4     saying that.
5  BY MR. WILLIAMS:
6     Q.    Okay.  Now do you see it?
7     A.    Yes, sir.
8     Q.    And can you tell me what this is?
9     A.    It's a satellite imagery of the
10 same map you showed on Exhibit A.
11    Q.    So it fairly and accurately
12 represents the layout of Oxford on and around
13 the square.  Is that a fair assessment?
14    A.    Yes, sir.
15    Q.    That was quick.  I'm going to bring
16 in a few more.
17         (Exhibit C was marked for
18         identification.)
19 BY MR. WILLIAMS:
20    Q.    Mr. McLarty, I have a document that
21 has Exhibit C in the lower corner on your
22 screen.
23    A.    I'm looking at it.
24    Q.    Can you tell me what that is?
25    A.    It looks like the same picture as

Page 29

CHAD MCLARTY

1
2  Exhibit B but zoomed in closer.
3     A.    That's a fair assessment.  It's
4  just a zoomed-in satellite photograph of the
5  square and the surrounding area.  Is that a
6  fair and accurate representation of how the
7  square and the surrounding streets and
8  buildings are laid out, to the best of your
9  knowledge?
10    A.    To the best of my knowledge, yes,
11 sir.
12    Q.    If there are changes, they are not
13 remarkable, with the exception of the addition
14 of a parking garage probably; is that fair?
15    A.    Yes, sir.
16    Q.    It may be Smitty's being torn down,
17 which is a shame.
18         (Exhibit D was marked for
19         identification.)
20 BY MR. WILLIAMS:
21    Q.    Okay.  Mr. McLarty, this is another
22 Google satellite image, but it's a little
23 different.  Can you tell me what it is?
24    A.    I mean, it's the center of -- the
25 image is the chancery building, it appears.

Page 30

CHAD MCLARTY

1
2      Q.     Okay.  And the chancery building is
3   the building you described a moment ago that
4   houses the chancery court and the board of
5   supervisors' office and the tax collector and
6   so on?
7      A.     Yes, sir.
8      Q.     Okay.  And do you see the little
9   marker in the upper left-hand corner that says,
10  Search Google Maps and See travel times and
11  such?
12     A.     Yes, sir, I do.
13     Q.     The new parking garage is below
14  that, in essence, in what was a parking lot; is
15  that fair?
16     A.     Yes, sir.
17     Q.     Okay.  I am going to take us
18  back -- I'll have to see which one it is.
19            So I've returned to the exhibit
20  that we've marked as C.  And this is centered
21  on the courthouse square.  Will you tell --
22  will you describe generally how the courthouse
23  is laid out in the square and the grounds?
24     A.     I mean, basically, the courthouse
25  property is an octagon, for the most part, with

Page 31

CHAD MCLARTY

1   the south side being extended out where the
2   Confederate monument is at.
3
4      Q.     Okay.  Now there's a south side and
5   a north side.  Do they both have entrances?
6      A.     They both have sidewalk entrances,
7   yes, sir.
8      Q.     Okay.  And what about -- what about
9   the grounds themselves around the courthouse?
10            MR. O'DONNELL:  Object to
11            form.  You can answer, if you can.
12     A.     I mean, the grounds themselves -- I
13  mean, you've got sidewalks coming north and
14  south, all the way around the courthouse.
15  You've got sidewalks that go out to the street
16  on the east and west side.  There's a dozen or
17  so big oak trees and grassy areas in between
18  the sidewalk and the fence.
19     Q.     Are there park benches?
20     A.     Yes, sir, there are a few park
21  benches.  I don't remember how many, but . . .
22     Q.     Now, can you see my cursor move on
23  the screen?  You may not be able to.
24     A.     Yes, sir, I can see it.
25     Q.     Okay.  So I'm going around the

Page 32

CHAD MCLARTY

1   perimeter of the courthouse grounds.  Would you
2   describe any fencing?
3
4      A.     It's a wrought iron fencing.
5      Q.     It's been there as long as you've
6   been going to the square, I'd bet.  Is that a
7   fair assessment?
8      A.     As long as I can remember, yes,
9   sir.
10     Q.     Okay.  And so there's wrought iron
11  fencing, but there are four entrance ways,
12  four -- I'm going to use "gates" momentarily --
13  on the north, south, east, and west side of the
14  courthouse grounds, right?
15     A.     There are four openings to the
16  courthouse.  There are no gates.
17     Q.     What about entranceways?
18     A.     What do you mean, Mr. Williams?
19     Q.     Well, I mean, do -- when David
20  wants to defend a client in circuit court or
21  sue on behalf of a plaintiff, does he have to
22  scale the gates in order to get in the
23  courthouse door?
24     A.     No, sir.  There's no gates on the
25  wrought iron fencing.  There are four openings.

Page 33

CHAD MCLARTY

1   The north and the south probably are 6-, 7-foot
2   wide entrance, and -- where there's no fencing
3   at all.  And the east and west side are
4   probably a little smaller, but there's no
5   gates.
6      Q.     And outside of each of those
7   entranceways, it leads into a crosswalk that
8   allows pedestrians to get to or from the
9   courthouse.  Is that a fair assessment?
10     A.     That's correct.
11     Q.     Describe for me the signs on the
12  fence that advise people of what access rights
13  they have to the courthouse grounds.
14     A.     I can't, Mr. Williams.  I don't --
15  I don't -- I don't have an answer to that
16  question.
17     Q.     Do you know whether there are any
18  signs that restrict access -- or at least
19  announce restriction of access to the grounds,
20  other than signs that state that some of the
21  parking spots are reserved for the sheriff and
22  for deputies and for judges?
23     A.     The only signs that I can remember
24  are reserved parking signs.  But there could be

Page 34

CHAD MCLARTY

1
2 others.  I'm just not up there every day,
3 so . . .
4         Q.     There are none of which you know?
5         A.     None of which I know, yes, sir.
6         Q.     Are there any events that take
7 place on and around the square on a regular
8 basis that you know of?
9         A.     On a regular basis?  No, sir.
10        Q.     Did you ever go to the Christmas
11 parade when you were young?
12        A.     Yes, sir, I did.
13        Q.     I didn't ask whether you have
14 children.  Do you have children?
15        A.     I have three.
16        Q.     Have you taken them to the
17 Christmas parade?
18        A.     Yes, sir.
19        Q.     So describe the Christmas parade
20 for me, if you please.
21        A.     I mean, Mr. Williams, I guess it's
22 like any other parade with Santa Claus at the
23 end.  I don't know how to describe a parade.
24 Marching bands, different floats, throwing
25 candy.  That's the best I can do.

Page 35

CHAD MCLARTY

1
2         Q.     Is it poorly attended?
3         A.     No, sir.  It's a good many people
4 up there when the City of Oxford hosts a
5 Christmas parade or allows it to be hosted.  I
6 don't think they actually run it, but, I mean,
7 there's -- there's several thousand people.
8         Q.     I would like to tell you that
9 organization is my strong suit, but I'd be
10 lying to you.
11        A.     Fair enough.
12        Q.     So I'm back to the -- just the map.
13 The Christmas parade, where does it begin?
14        A.     Well, you've got to understand,
15 Mr. Williams, my kids are -- my oldest is 25;
16 my youngest is 20.  So it's been several years
17 since I attended a Christmas parade.  When I
18 did attend, it started at Midtown Shopping
19 Center and went to the university.  Since then,
20 I think it's changed, but I'm --
21        Q.     So --
22               I'm sorry.  I don't mean to be
23 speaking over you.  That's a cardinal sin, and
24 Ms. Duckett is going to throw something at me
25 through the screen if I continue to do that.

Page 36

CHAD MCLARTY

1
2               So Midtown Shopping Center, it's
3 off of this map.  It's north of -- on North
4 Lamar, correct?
5         A.     Correct.  It's at the intersection
6 of North Lamar and Price Street.
7         Q.     And North Lamar, approximately
8 how -- from Jefferson Street to Price Street,
9 approximately how far is that?  Can you
10 reasonably estimate that?
11        A.     Best guess, a quarter of a mile.
12        Q.     Okay.  And so the parade comes down
13 Lamar Boulevard.  Does it go around the
14 courthouse square?
15        A.     When I was attending the parade, it
16 did go around the west side of the square and
17 continue on to South Lamar.
18        Q.     And then -- so it would continue
19 down here to South Lamar, and then we can't see
20 it on the map.  But would it go to
21 University -- would the parade go to University
22 Avenue and then turn west and go to the campus?
23        A.     I mean, years ago, it used to turn
24 down University Avenue.  But I think that got
25 changed where it actually went west to the

Page 37

CHAD MCLARTY

1
2 university campus.
3         Q.     Okay.  And so when you were talking
4 about a thousand or more people attending, were
5 they on both sides of Lamar, and did they
6 populate the courthouse grounds as they watched
7 the floats and the parades go by -- the floats
8 and the bands?
9         A.     Again, Mr. Williams, I can't speak
10 to that.  I mean, yes, they were on both sides
11 of North Lamar.  I always stood at the Graduate
12 Hotel area.  That's where I watched the parade,
13 and that's as far as I can tell you what
14 happened.
15        Q.     You never saw the parade or crowds
16 south of the Graduate Hotel?
17        A.     No, sir.
18        Q.     Okay.  And the Graduate Hotel on
19 the map --
20        A.     North Lamar and Jefferson.
21        Q.     It's Jefferson and North Lamar
22 Boulevard, right?
23        A.     Correct.
24        Q.     Okay.  Tell me about Christmas
25 lights on the square at Christmastime.

Page 38

CHAD MCLARTY

1     A.    I mean, that's a City of Oxford
2  agenda.  I mean, there are lights up, but, I
3  mean, I can't speak to anything about them.
4     Q.    Do they extend to the courthouse?
5     A.    Yes, sir.  There were cables
6  installed that allow the Christmas lights to go
7  aerial.
8     Q.    Since you've been a supervisor, has
9  there been any discussion as to whether that
10  should be permitted?
11     A.    No, sir.
12     Q.    Has there been any discussion as to
13  whether the lights provide a distraction to
14  motorists?
15     A.    Not to my knowledge.
16                (Exhibit F was marked for
17                identification.)
18  BY MR. WILLIAMS:
19     Q.    So, Mr. McLarty, I've got a
20  document that has Exhibit F at the lower
21  left-hand corner.  And I doubt you know the
22  young lady.  Her name is Emma York, though.
23            Short of identifying the girl in
24  the photograph, do you know what that is?
25

Page 39

CHAD MCLARTY

1     MR. O'DONNELL:  Jack, we
2  don't -- we don't have a
3  photograph.
4     MR. WILLIAMS:  I guess you're
5  not going to go into the
6  mind-reading mode.  Let me get that
7  up.  Now do you see Exhibit F?
8     MR. O'DONNELL:  Yeah.
9  BY MR. WILLIAMS:
10     Q.    Okay.  So I'm lowering it right
11  now.
12     A.    Yes, sir.  That is the courthouse
13  with the Christmas lights attached to it.
14     Q.    Okay.  And what do you see in the
15  young woman's hand?
16     A.    It looks like YaYa's.
17     Q.    Which is the yogurt store, right?
18     A.    That's correct.
19     Q.    Does it startle you to see that
20  somebody may have taken a photograph of their
21  child under the Christmas lights with --
22     A.    No, sir, not at all.
23     Q.    Why not?
24     A.    I mean, what was the previous --
25

Page 40

CHAD MCLARTY

1  the next question, Mr. Williams?
2     Q.    Well, are you startled to see a
3  photograph of a child underneath all of the
4  Christmas lights, eating frozen yogurt on the
5  courthouse grounds?
6     A.    No, sir, I'm not.  I mean, it
7  appears to be cold in that picture.  I don't
8  know that I would want frozen yogurt when it's
9  cold, but . . .
10     Q.    Do people wander across the
11  courthouse grounds?
12     A.    Yes, sir, they do.
13     Q.    And why do they do that?
14     A.    To get from point A to point B.  I
15  mean, it's the -- it's the center of the
16  square.
17     Q.    And you can certainly walk around
18  the square, but the shortest direction is to
19  cut across the grounds; is that fair?
20     A.    Yes, sir.
21     Q.    Would you consider the courthouse
22  grounds to be an inviting place?
23     A.    I mean, it's an historical
24  building.  I mean, it's -- in my eyes, it's

Page 41

CHAD MCLARTY

1  aesthetically pleasing.  So I mean, yeah,
2  personally, but I can't speak for everybody.
3     Q.    A lot of people probably consider
4  it to be an attractive space.  Is that a fair
5  assessment?
6     A.    I mean, my opinion, Mr. Williams,
7  personally, yes, I would agree.
8     Q.    I know the city is not a body and
9  the county is not a body, but do you know
10  whether the county takes pride in the
11  courthouse and its appearance and the way that
12  it's the center of the community?
13     A.    Yes, sir, we do.
14     Q.    And I know you're not Mayor
15  Tannehill or part of that governing body, but
16  is it fair to say that it's the pride of the
17  city also?
18     A.    I can't speak for them.
19     Q.    Okay.  I've tried to minimize the
20  hoops that you have to jump through to see
21  these photographs, but you have to jump through
22  some hoops for this one.  And I'm going to
23  apologize on the front end.  Well, you're not
24  going to be able to do it, because you're not

Page 42

CHAD MCLARTY

1  downloading documents.  Let me see if I can do
2  it another way.
3
4              (Exhibit G was marked for
5              identification.)
6              MR. WILLIAMS:  Okay.  So this
7              document is not marked as Exhibit
8              G.  It was meant to be.  How do I
9              solve that problem for you,
10             Ms. Duckett?
11             (Technical discussion.)
12 BY MR. WILLIAMS:
13    Q.    So this has two links, and I'm
14 going to click them.  You can't see my screen,
15 I bet, though.  Let's fix that.
16             Okay.  So I have a document, and it
17 has links to images of the Double Decker
18 festival.  And I'm going to click one of them.
19 Okay.  So do you see the image of the
20 courthouse with people all around it on my
21 screen?
22    A.    No, sir, I do not.
23             (Technical discussion.)
24    Q.    So this is the first click on that
25 document.  Do you see the photograph in the --

Page 43

CHAD MCLARTY

1
2    A.    Yes, I see it now.
3    Q.    And there's certainly no way to
4  know whether you were there or I was there.
5  But do you recognize what it is?
6    A.    It appears to be the Double Decker
7  festival.
8    Q.    So tell me about the Double Decker
9  festival.
10    A.    It's a -- it's a city event that
11 attracts a lot of people.  There are a lot of
12 art vendors and different-type vendors that set
13 up in the parking lot area.  They close off the
14 square for vehicular traffic, and it's a nice
15 event.
16    Q.    So if I look at the -- I'm having a
17 hard time orienting myself.  I'm assuming
18 that's probably -- if I look at the upper end,
19 I'm assuming that's the northern end of the
20 square.  I see a stage.  Do you know what that
21 is?
22    A.    That's -- to me, that appears to be
23 the south side on the upper end.  To me, on the
24 bottom of the picture, you have First National
25 Bank and the Thompson building.

Page 44

CHAD MCLARTY

1
2    Q.    I stand corrected, because I see
3  City Grocery in the right-hand at about
4  2 o'clock.  Okay.
5             So that stage, do you know the
6  function of the stage?
7    A.    I really don't remember the stage
8  being on the south side, but I mean, they bring
9  in live -- live music.  I mean, they have
10 different bands and artists come perform.
11    Q.    So it's a -- in addition to having
12 artists who display their wares -- and we see
13 that on the tents on the left and right side of
14 the screen -- there are also musicians who play
15 on the stage, right?
16    A.    That's correct.
17    Q.    Are there people on the courthouse
18 grounds during these events?
19    A.    Yes, sir.
20    Q.    About how many people could fit on
21 the courthouse grounds?  Can you assess that?
22    A.    Mr. Williams, I -- that would be
23 like taking a stab in the dark.  I don't know.
24    Q.    More than 10?
25    A.    Yes, sir.  That would be an

Page 45

CHAD MCLARTY

1
2  accurate statement.
3    Q.    More than 50?
4    A.    I don't know.
5    Q.    I'm getting ready to click the
6  second link.  And I'll have to share the screen
7  again.  And what do we have here?
8    A.    The same -- it looks like the same
9  event, just a different camera angle zoomed in
10 on the courthouse more.
11    Q.    Are there tents on the courthouse
12 square?
13    A.    It appears to be, yes, sir.
14    Q.    And people milling around?
15    A.    Yes, sir.
16    Q.    It looks like there are a lot of
17 tents that are circling the perimeter of the
18 square.  Do you know what is housed under
19 those?
20    A.    Most of the time, that's the food
21 vendors, because the courthouse grounds, years
22 ago, was set up to -- to be the power supply
23 for most of the vendors that were serving food.
24    Q.    Okay.  And how did that work?
25    A.    I was not a supervisor at the time

Page 46

CHAD MCLARTY

1  when that came to light, but I do know, because
2  of my employment with the City of Oxford
3  Utilities, that there was a lot of
4  infrastructure work done around the courthouse
5  to provide power to those vendors.
6      Q.    Did the county approve that?
7      A.    I assume, Mr. Williams.  That was
8  before my time as board supervisor, so . . .
9      Q.    Well, that is in the county's
10 jurisdiction, right or wrong?
11     A.    The courthouse grounds, yes, sir,
12 they're in the county jurisdiction.
13     Q.    And any changes --
14             (Simultaneous speakers.)
15     A.    Go ahead.
16     Q.    Any changes to the infrastructure
17 that would be the responsibility -- at least
18 approval, would be the responsibility of the
19 county?
20     A.    I would think so, yes, sir.
21     Q.    Now, if I recall correctly -- and
22 correct me if I'm mistaken -- you said that on
23 some weekends with particularly well-attended
24 events, that some of the streets leading into

Page 47

CHAD MCLARTY

1  or out of the square are closed off?  Do I
2  recall that correctly?
3      A.    Yes, sir.  The City of Oxford had
4  put up -- they put up bollards and at certain
5  points in times, I'm assuming it would be left
6  up to the police chief, Jeff McCutchen, on
7  whether or not to close the road due to
8  pedestrian traffic.
9      Q.    And I'm going to go back to
10 Exhibit A.
11             So if we turn to Exhibit A, which
12 is just the map, do you have that up on your
13 screen now?
14     A.    Yes, sir.
15     Q.    Okay.  And to the best of your
16 recollection, what roads have been barricaded
17 to -- I guess, for the benefit of pedestrian
18 traffic?
19     A.    The one road in particular that
20 gets closed that I've seen personally is East
21 Jackson Avenue, just west of the square.
22     Q.    Okay.  And so looking on this map,
23 then, East Jackson Avenue runs -- is the
24 northern boundary of the courthouse, correct?

Page 48

CHAD MCLARTY

1      A.    Correct.
2      Q.    And so are you saying it's
3  barricaded approximately where YaYa's Frozen
4  Yogurt is?
5      A.    No, sir.  Further to the west.
6  Right there.
7      Q.    Okay.  And so you see where the
8  Renasant Bank sign is?
9      A.    Yes, sir.
10     Q.    About there?
11     A.    Correct.
12     Q.    And to the west, about how far?
13     A.    I think it goes all the way down to
14 Ninth Street.
15     Q.    So Ninth Street is the street that
16 borders the federal courthouse and St. Peter's
17 Episcopal, correct?
18     A.    That's correct.
19     Q.    Now, if we go south of that area,
20 we see Saint Leo's, which I think this was
21 their bar, if I remember correctly, and it says
22 "takeout."  We have Rafters.  What is Rafters?
23     A.    It's a restaurant/bar.
24     Q.    And then the Library is down here.

Page 49

CHAD MCLARTY

1  What's the Library?
2      A.    It's a restaurant/bar, as well.
3      Q.    The Library does an enviable
4  business.  Is that fair to say?
5      A.    It seems to be a pretty popular
6  place.
7      Q.    Yeah, okay.  And so in between the
8  Library and this row of buildings right on the
9  square, am I correct in recalling that that's
10 an alleyway?
11     A.    Yes, sir.
12     Q.    Okay.  When the square is really
13 busy, do you know whether people walk up and
14 down and mill around it?
15     A.    To the best of my knowledge, yes,
16 sir.  They barricade it off, too.
17     Q.    Okay.  And of course, we have Ajax,
18 which that's a restaurant and a bar, correct?
19     A.    Correct.
20     Q.    And even though it's not mentioned
21 on here, Boure is a restaurant and a bar, and
22 it's in the general vicinity of YaYa's; is that
23 correct?
24     A.    Correct.

Page 50

CHAD MCLARTY

Q.    Okay.  And adjacent to Square Books
down here on the southern end, that's City
Grocery, and it's a high-end restaurant and a
bar; is that correct?

A.    Correct.

Q.    Have you ever been in the bar
upstairs?

A.    I have.

Q.    Does it ever fill up?

A.    It wasn't that night.

Q.    You've only been once?

A.    I've only been once.  You said it
was high-end.

Q.    And then down here in the southeast
quadrant, we have Proud Larry's, and that's a
restaurant and a bar, right?

A.    Correct.

Q.    Okay.  Is it fair to say that -- I
think that beeping is on my end, and I don't
know what it is.  I'm sorry for the
distraction.

    Is it fair to say that these are
all establishments that are popular with people
who are on the square to celebrate an event?

Page 51

CHAD MCLARTY

A.    Yes, sir, I guess that's a fair
statement.

Q.    Is it fair to say that's part of
the reason why this section of East Jackson is
closed off, is because there are so many people
milling about?

A.    That would be my take on it,
Mr. Williams.

    Can I interrupt you a minute to use
the restroom?

    MR. WILLIAMS:  Absolutely.

    THE VIDEOGRAPHER:  We're off
the record.  The time is 10:14 a.m.

    (Recess from 10:14 a.m. to
    10:25 a.m.)

    THE VIDEOGRAPHER:  We are
back on the record.  The time is
10:25 a.m.

BY MR. WILLIAMS:

Q.    Mr. McLarty, before we broke, we
were discussing the fact that there are some
times when the square -- can you hear me?

A.    Yes, sir.

Q.    Okay.  There are some times when

Page 52

CHAD MCLARTY

the square is pretty vibrant and active.  Is
that a fair assessment?

A.    That's correct.  I mean, when
college is in session, I mean, it's -- it's
more than normal.

Q.    Well, so tell me about when college
is in session.  How is it more than normal?

A.    Well, I mean, you get the majority
of your college kids coming up there at night,
bar hopping, I mean, for lack of a better word.

Q.    I never did that when I was in
school.  But I understand that to have been the
case.  And on weekends when alumni are in town,
a lot of parents and kids on the square, eating
out and going to the bars?

A.    Yes, sir.

Q.    Do you think the Oxford Police
Department manages that sort of excitement and
vibrance responsibly?

A.    I mean, from my opinion, for what
it's worth, you know, I think they do a pretty
good job.  You know, it's a pedestrian
nightmare up there at times.

Q.    Explain that, please.

Page 53

CHAD MCLARTY

A.    Well, you've got so many people,
whether it be the majority college-aged kids or
alumni.  I mean, you've only got so many square
foot of buildings they can get into.  And, I
mean, there's a line, like -- some nights I've
seen a line at the Library that would stretch
500 yards long, trying to get in that building.

Q.    Okay.  I'm going to pull Exhibit A
up again.  So the Library is the bar -- and I
guess it's a restaurant, because I think in
Mississippi you have to serve food.

A.    You have to serve food.  That's
correct.

Q.    But it's on Van Buren on the west
side of the square and that little alley that
we were talking about a moment ago, right?

A.    That's correct.

Q.    And so when you say there's a line,
is it -- does that line extend up the alleyway
towards --

A.    It goes all the way up the alleyway
to East Jackson and then will turn, depending
on the night and who is in charge, I guess,
whether it goes east or west on Jackson.

Page 54

CHAD MCLARTY

1
2    Q.    So it extends a full block, in
3  essence, is that -- am I reading the map
4  correctly and listening to you correctly?
5    A.    Yes, sir.
6    Q.    Okay.  I'm in the wrong business.
7          Do you know how the Oxford Police
8  Department manages crowds like that?  I mean,
9  do you have any familiarity with or
10 understanding generally?
11   A.    I do not.
12   Q.    Okay.  Have you ever had a chance
13 to inquire about it?
14   A.    No, sir.
15   Q.    Do you know whether there are any
16 cameras on the square?  When I say "cameras,"
17 cameras that are monitored by the Oxford Police
18 Department?
19   A.    Yes, sir, I know that there are
20 cameras.  I can't tell you how many.
21   Q.    Are there any cameras on the
22 Lafayette County courthouse grounds?
23   A.    There are cameras inside the
24 building.  There's none on the exterior of the
25 building, to my knowledge, due to Archives and

Page 55

CHAD MCLARTY

1
2  History not allowing them.  But Sheriff East
3  has gotten two cameras installed, I believe, on
4  city-owned light poles that project on the
5  north and south side of the courthouse.
6    Q.    And when did that happen?
7    A.    When he took office, right after he
8  took office.  February -- sometime around that
9  general time in 2020.
10   Q.    February of 2020?
11   A.    Yes, sir.
12   Q.    Did he discuss that with the board
13 beforehand?
14   A.    Yes, he did.
15   Q.    And what did he state?
16   A.    He just felt like that the camera
17 angles that the city had -- because
18 Sheriff East used to be the police chief of the
19 city -- there were some blind spots around the
20 courthouse, and he wanted to try to have a
21 better visual view of that.  And so we
22 authorized him to put up two cameras.  Again, I
23 don't know exactly where he staged them, but I
24 do know that they're not on the building.
25   Q.    Do you know whether they're

Page 56

CHAD MCLARTY

1
2  monitored by someone in the sheriff's office?
3    A.    I don't know that for sure, but I
4  believe they are on the same fiber line or
5  software that goes to OPD, and I think OPD
6  monitors it, to the best of my recollection.
7    Q.    Which I guess makes sense, because
8  when things are really vibrant, they're on the
9  square anyway, right?
10   A.    They're in that general vicinity,
11 yes, sir.
12   Q.    Okay.  I'm going to shift gears on
13 you.
14          (Exhibit H was marked for
15           identification.)
16 BY MR. WILLIAMS:
17   Q.    Okay.  Have I successfully shared
18 the screen?
19   A.    I've got it on my screen, yes, sir.
20   Q.    Okay.  So this is a email from
21 Sherry Wall.  And what I'm including is a
22 document entitled, Order: Amendment To Facility
23 Use Ground -- Regarding Use Of Courthouse
24 Grounds.  And it bears the Lafayette County
25 Bates --

Page 57

CHAD MCLARTY

1
2          MR. WILLIAMS:  Are they still
3    Bates numbers, David?
4          MR. O'DONNELL:  They should
5    be.
6          MR. WILLIAMS:  I mean, it's
7    been so long.  Nobody uses stamps
8    anymore, though, right?
9          MR. O'DONNELL:  Right.
10   They're electronically affixed.
11   You'll see the Bates number is
12   actually upside down on your
13   document.  It's at the top.
14         MR. WILLIAMS:  So it's
15   Lafayette County Doc000394, if I'm
16   reading it correctly.
17         MR. O'DONNELL:  Looks like
18   it.
19 BY MR. WILLIAMS:
20   Q.    Mr. McLarty, are you familiar with
21 this document?
22   A.    Yes, sir.
23   Q.    Tell me what it is.
24   A.    I mean, it's an amendment to the
25 facility use policy regarding the courthouse

Page 58

CHAD MCLARTY

1     grounds.
2         Q.    And this is a true and authentic --
3     let me back up.  Strike that.
4         Is this the policy that's in place
5     now insofar as -- or is this incorporated in
6     the usage policy for the courthouse grounds?
7         A.    The -- the four person -- less than
8     four people around the Confederate memorial
9     holds true.  But I thought we had changed the
10    30 days to 14.
11        Q.    You know, now that you mention it,
12    there's a later document that I'll get to
13    that -- I think that it states that.  But this
14    will -- did I hear David in the background?
15        A.    No, sir.
16        Q.    Okay.  Tell me how this came about.
17        A.    I mean, Mr. Williams, sometimes
18    it's hard to remember what I did last week,
19    much less a year ago, eight months ago.
20        But we were -- the county
21    administrator, we had conversations with her
22    because we were -- her office was getting
23    flooded at times -- and I don't -- I'm not
24    looking at the date on this right now -- but
25

Page 59

CHAD MCLARTY

1     with permit requests.  And, you know, we were
2     trying to make it where -- there was so much
3     going on at that time frame, if I'm thinking
4     when this happened -- that we felt like we
5     needed to loosen up on our restrictions,
6     because so many people wanted to -- to -- I
7     don't know if "protest" is the word I need to
8     use -- voice their First Amendment right.
9         And we felt like four people could
10    do that around the Confederate memorial without
11    impeding pedestrian traffic, because the
12    crosswalk comes right up to it.  Any more than
13    four would create a safety hazard, in my
14    professional opinion.  That's the gist of where
15    that came about.
16        MR. WILLIAMS:  I'm going to
17        have to apologize.  I've got
18        5 percent on my computer.  I'm
19        going to have to go grab my power
20        cord real quickly.  I am so sorry.
21        Hold that thought.
22        THE VIDEOGRAPHER:  We are off
23        the record.  The time is 10:40 a.m.
24        (Off-the-record discussion
25

Page 60

CHAD MCLARTY

1         from 10:40 a.m. to
2         10:42 a.m.)
3         THE VIDEOGRAPHER:  We are
4         back on the record.  The time is
5         10:42 a.m.
6     BY MR. WILLIAMS:
7         Q.    Mr. McLarty, if I recall correctly,
8     you testified that the county administrator
9     brought a concern to the board's attention; is
10    that correct?
11        A.    I don't understand that,
12    Mr. Williams.
13        Q.    Well, then let's get me -- let's
14    get me in between the lines again.
15        How did this issue come to the
16    board's attention?  And I apologize --
17        MR. O'DONNELL:  Object to
18        form.
19    BY MR. WILLIAMS:
20        Q.    -- if you've answered this, but I
21    didn't write it down well enough.
22        MR. O'DONNELL:  You can
23        answer.
24        A.    We -- the sheriff was in contact

Page 61

CHAD MCLARTY

1     with the county administrator, which relayed
2     the sheriff's concerns to us and things that
3     were going on at the time.  We met as a board
4     in executive session and had a discussion about
5     it, and we came up with what we felt was a
6     policy that would allow some people to stand
7     out on the Confederate memorial without having
8     to apply for a permit, which the county
9     administrator was getting a lot of permit
10    requests.
11        We felt like we were just laxing
12    our policy a little bit to allow somebody to
13    express their First Amendment right.  And as
14    long as they kept it to a small group, we
15    didn't feel the need, if they were less than
16    four, that -- and they stayed outside of
17    courthouse grounds -- if I remember correctly,
18    they had to be around the monument itself.  If
19    it came inside the wrought iron fence, I still
20    think that it was one or more.
21        But for an organized event would
22    require a permit.  I might be not correct on
23    that, but I think that's the way it was worded.
24    I mean, so yes, I mean, it was a conversation
25

Page 62

CHAD MCLARTY

1    CHAD MCLARTY
2  between the county administrator, the sheriff,
3  and they brought concerns to us.
4      Q.   Okay.  Let's switch gears.  And I
5  think this document will confirm your
6  recollection about the timeline being changed.
7  I'm going to go out of sequence, Ms. Duckett.
8  This will be Exhibit J.
9            (Exhibit J was marked for
10                identification.)
11 BY MR. WILLIAMS:
12     Q.   Okay.  Mr. McLarty, I have a
13 document that's entitled, Facility Use Policy.
14 It says, Effective Date:  July 20, 2020, and
15 Last Reviewed:  March 4, 2019.
16          If I understand correctly, this is
17 the current policy.  And what I would like for
18 you to do is let David review this with you,
19 too.  And y'all tell me when you want me to
20 move it up so you can verify that I have
21 provided the current document.  Okay?  Because
22 it's -- it's easy to get all these confused,
23 and I want to make certain we're all on the
24 same page.
25          MR. O'DONNELL:  It looks like

Page 63

1    CHAD MCLARTY
2  it, Jack.
3          MR. WILLIAMS:  Is that good
4      to go?
5          MR. O'DONNELL:  Yeah.
6  BY MR. WILLIAMS:
7      Q.   Okay.  So, Mr. McLarty, can you
8  tell me what this is?  And tell me when you
9  want me to move it up.
10     A.   It's a facility use policy that we
11 had in effect, effective July 20th, 2020.
12     Q.   Now, it's my understanding that the
13 document did not exist in this consolidated
14 form on July 20, 2020; is that correct?
15     A.   I don't know, Mr. Williams.  I
16 mean, I -- we voted to adopt it.  There may
17 have been a tweak here and there, but I -- I
18 don't know.  I mean, I don't guess I
19 understand.  The document was presented to the
20 board of supervisors, and we voted to establish
21 this policy.
22          MR. WILLIAMS:  Can we go off
23      the record for just a minute?
24          THE VIDEOGRAPHER:  Sure.  We
25      are off the record.  The time is

Page 64

1    CHAD MCLARTY
2  10:51 a.m.
3          (Off-the-record discussion
4          from 10:51 a.m. to
5          10:53 a.m.)
6          THE VIDEOGRAPHER:  We're back
7  on the record.  The time is
8  10:53 a.m.
9          MR. O'DONNELL:  Okay.  This
10 is David.  Regarding Exhibit J,
11 which is the facility use policy
12 that's dated -- reflecting July 20,
13 2020, revisions, this document was
14 finally presented to the board in
15 its January 4, 2021 meeting, at
16 which time it was reviewed and
17 approved, the purpose of which was
18 to combine all the changes that the
19 board had made during 2020 into one
20 document so that it would be one
21 document posted on the website,
22 which reflected the current version
23 of the facility use policy.
24          MR. WILLIAMS:  Thank you.
25          MR. O'DONNELL:  Okay.

Page 65

1    CHAD MCLARTY
2  BY MR. WILLIAMS:
3      Q.   Okay.  Mr. McLarty, I am scrolling
4  down to page 2.  And there's a provision that's
5  entitled, Courthouse Grounds.  Do you recall
6  how this provision came about?
7      A.   Give me just a second,
8  Mr. Williams.
9      Q.   Take all the time you need.
10     A.   Mr. Williams, it goes back to what
11 we talked about just a few minutes ago with the
12 four or less.  Due to all the permit
13 applications that were coming in, the
14 complexity of what was going on at the time in
15 2020, you know, in my personal opinion, you
16 know, things change, and a lot of times, we try
17 to react to different things in this world.
18          You know, the Constitution of the
19 United States has been amended a bunch of
20 times.  I don't think you can write everything
21 in to cover everything.  So we felt a need
22 that -- you know, we were having so many
23 requests that we allowed a few to stand out in
24 front of the Confederate memorial without a
25 permit.  But if they impeded the sidewalk, then

Page 66

CHAD MCLARTY

1
2 it would be a violation, or if they interrupted
3 county business, you know, there would have to
4 be something done about it.
5        Q.     Now, you mentioned complexity of
6 the time at 2020.  And I don't mean to misstate
7 you.  If I am, correct me.  What did you mean
8 by that?
9        A.     You know, outside of COVID, in
10 2020, I think everybody is well aware that
11 there were some ongoing issues, a lot of
12 protests in our country due to various factors.
13 And, I mean, I think you could just pick one if
14 you wanted to.  I don't know that I could name
15 them all.
16        Q.     Was George Floyd's death one of the
17 reasons --
18        A.     Yes, sir.  He would be one of the
19 factors, yes, sir.
20        Q.     Are there any others that come to
21 mind?
22        A.     I mean, you know, there's been so
23 many things going on in 2020.  I mean, Breonna
24 Taylor would probably be one of them.  There
25 were numerous things that happened to cause a

Page 67

CHAD MCLARTY

1
2 lot of friction in our society.  I mean, I --
3 I'm sure there were countless other things, but
4 I just -- people were very passionate on either
5 side of the fence, and, you know, it caused a
6 lot of people to want to come voice their
7 opinion, their First Amendment right, which,
8 you know, is fine.
9        We were just trying to -- trying to
10 react to what was going on.  I don't know how
11 else to phrase it.
12        Q.     Do you have an opinion as to
13 whether the policy should reflect what is going
14 on at a given time?
15        A.     Mr. Williams, I don't know that I
16 have an opinion on it, but, I mean, it's --
17 it's our job as county supervisors and -- you
18 know, to try to take advice from the county
19 administrator and sheriff.  And that's the road
20 we tried to go down.  I mean, we listened to
21 the ones we put in that position for advice and
22 input, and these were the things the sheriff
23 had had conversations with us about -- and the
24 county administrator.
25        Q.     Did the sheriff ever personally

Page 68

CHAD MCLARTY

1
2 appear in front of the board?
3        A.     Yes, sir.  He was in executive
4 session several times in conversations about
5 facility use policy.
6        Q.     When you say "several times," more
7 than two?
8        A.     I'm going to say yes, off the top
9 of my head, Mr. Williams.  The majority of the
10 time, regardless of the conversation we're
11 having, the sheriff is in the room with us in
12 executive session.
13        Q.     Do you recall the last time that
14 y'all revisited the four-or-less limit that is
15 contained in this provision that begins,
16 Courthouse Grounds?
17        A.     Mr. Williams, I don't -- we
18 adopted -- I mean, we proposed that or adopted
19 that in July of last year.  I don't recall
20 another conversation about the four-or-less
21 since then.  I think everybody was fairly happy
22 with the way it was working.  If there was a
23 conversation, I don't remember.
24        Q.     Now, no courthouse business is
25 conducted around the Confederate soldier; is

Page 69

CHAD MCLARTY

1
2 that correct?
3        A.     I mean, there's no business
4 conducted around the Confederate memorial, but
5 there are people coming in and out of that
6 south entrance to get to business in the
7 courthouse, yes.
8        Q.     And there are three other ways to
9 get onto the courthouse grounds, in addition to
10 that south entrance.  That's correct, isn't it?
11        A.     That's correct.  But if I just had
12 my coffee at Square Books, I don't want to walk
13 around it.  I want to take the path of least
14 resistance.
15        Q.     Now, the language in here says that
16 it's primarily a place of court business.
17        A.     That's correct.
18        Q.     But it's not exclusively a place of
19 court business; is that correct?
20        A.     No, sir.  I mean, you've got the
21 election commissioners, you know, circuit
22 clerk, the election process, marriage license,
23 things of that nature.
24               (Exhibit M was marked for
25                  identification.)

Page 70

CHAD MCLARTY

1  BY MR. WILLIAMS:
2      Q.    Okay.  Mr. McLarty, I'm handing you
3  a document that has Exhibit M at the bottom,
4  and it also says, Rash - Sheriff's Department,
5  docs 1, 2, 3, and 4.
6          And tell me when you want me to
7  scroll up so you can read these.  Okay?  So you
8  can get through it.
9      A.    Mr. Williams, I can't read anything
10 that says.
11     Q.    Okay.  I'm just showing it to you.
12 This is how it was produced to us.
13     A.    All right.
14     Q.    Okay.
15     A.    Okay.
16     Q.    Okay.  So do you know what this
17 series of documents is?
18     A.    Not really.  I mean, it seems to be
19 communication between the sheriff and Chief
20 McCutchen and the university police chief.
21     Q.    So on this last page, there's a
22 statement that says, It's Deannie McLarty doing
23 a prayer meeting on the courthouse lawn on
24 the 9th.  And it's dated July 28th.  So I'm

Page 71

CHAD MCLARTY

1  assuming that it's August 9 of 2020.
2          Does that refresh your
3  recollection?
4      A.    No, sir.  I was not part of this
5  email correspondence, so, I mean, this is the
6  first time I've seen it.
7      Q.    Who is Deannie McLarty?  Do you
8  know?
9      A.    That's my sister.
10     Q.    So do you know anything about her
11 having prayer meetings on the courthouse lawn?
12     A.    Yes, sir.  I'm aware that she
13 applied for a permit and had prayer meetings
14 with several of the ministers in this
15 community.
16     Q.    Okay.  And so tell me about that,
17 what you know.
18     A.    Mr. Williams, all I know is the
19 event occurred.  I was not in attendance.
20     Q.    Did she talk to you about it?
21     A.    She asked me one time over the
22 phone what I thought about it, and I said I
23 thought it was a good idea.
24     Q.    And how did she describe it when

Page 72

CHAD MCLARTY

1  she spoke with you about it over the phone?
2      A.    I mean, she was excited about it,
3  Mr. Williams.  It's something she's pretty
4  passionate about.
5      Q.    Did she describe the clergy who
6  would be in attendance?
7      A.    The main one that I'm aware of is
8  Fish Robinson.
9      Q.    And you will probably have to spell
10 that for Ms. Duckett, just to make certain she
11 gets the name down correctly.
12     A.    It's Fish, F-I-S-H.  Robinson,
13 R-O-B-I-N-S-O-N.
14     Q.    And what congregation or church
15 does --
16     A.    He's the pastor of Community Church
17 in Oxford.
18     Q.    Was there anybody else on the --
19     A.    Mr. Williams, I was not in
20 attendance, so I don't know.
21     Q.    Did she state that it would be only
22 one?
23     A.    She did not advise me either way.
24     Q.    Well, when you were able -- on what

Page 73

CHAD MCLARTY

1  did you base your opinion to her that it would
2  be a good idea, then?
3      A.    Mr. Williams, I believe in the
4  power of prayer.  I'm a religious man, so . . .
5      Q.    Did the courthouse lawn seem -- and
6  I'm not trying to -- I'm not being dismissive.
7  So if that tone -- I want to make certain that
8  you understand that that's not the tone of my
9  question.
10         But did it seem to you that the
11 courthouse lawn was an appropriate place to
12 celebrate faith and to draw upon faith?
13     A.    I mean, Mr. Williams, I believe
14 anywhere is an appropriate place, to be honest
15 with you.
16     Q.    Some people believe you can pray
17 wherever you are.  Is that -- does that meet
18 with your beliefs?
19     A.    Yes, sir.
20     Q.    Did she speak with you after the
21 prayer meeting?
22     A.    I mean, yes, sir.  She's my sister,
23 so we would have spoken.
24     Q.    Did she speak with you about the

Page 74

CHAD MCLARTY

1
2  prayer meeting after the prayer meeting?
3       A.    I do not recall.  I don't recall.
4       Q.    Is it fair to say that that was not
5  county business, though?
6                MR. O'DONNELL:  Object to
7                form.  You can answer.
8       A.    Yes, that was not county business.
9       Q.    Now this, definition of "courthouse
10 grounds" on page 2 of -- and let me get back to
11 the exhibit.  I believe it's Exhibit J.  Do I
12 have Exhibit J up?  Yes.
13       Do I have -- am I sharing page 2 of
14 Exhibit J, where you can see the "courthouse
15 grounds" definition?
16       A.    Yes, sir.
17       Q.    That does not include the chancery
18 courthouse, am I correct?
19       A.    The building itself?
20       Q.    Well, this definition that says
21 "courthouse grounds," does that include the
22 chancery court building and the grounds
23 surrounding the building?
24       A.    No.
25       Q.    I'm moving down to page 3 of

Page 75

CHAD MCLARTY

1
2  Exhibit J, and I'm looking at the section that
3  has the subheading, Applications for Usage.
4  And the second bullet point reads,
5  "Applications should be submitted to the county
6  administrator at least 14 days in advance of
7  the day needed."
8       How was that 14-day period arrived at?
9       A.    The board had conversations, again,
10 with the sheriff and the county administrator,
11 and we felt like the 30-day previous
12 application process was too long.  We felt like
13 14 days was adequate enough time for the
14 sheriff to do whatever he needed to do on his
15 side to make sure that there was not going to
16 be an issue or any additional manpower, et
17 cetera.  That's how it came about.
18       Q.    Do you know what the sheriff or
19 what the county administrator would do in those
20 14 days in order to determine whether the
21 application could be honored?
22       A.    Mr. Williams, I can't speak for
23 them.  They had a job to do, and I can't tell
24 you exactly what they were doing.  But I'm sure
25 researching, stuff of that nature.

Page 76

CHAD MCLARTY

1
2       Q.    Do you know what sort of research
3  they conducted?
4       A.    No, sir.
5       Q.    Did you look at any research they
6  conducted?
7       A.    No, sir.
8       Q.    Did you listen to their explanation
9  of the research they conducted?
10       A.    I would listen to the sheriff's
11 advice.  If he felt like a permit needed to be
12 denied, then that's what we followed suit with.
13       Q.    So within that same subheading
14 entitled, Applications for Usage, turning to
15 the last bullet point, it reads in pertinent
16 part, "The county administrator may shorten or
17 waive the 14-day permit application requirement
18 for proposed uses which demonstrate an urgent
19 need for use of the county facility, such as
20 the desire to demonstrate or engage in speech
21 protected by the First Amendment, motivated by
22 events or issues suggesting a need for
23 immediate demonstration or expression, subject
24 to reasonable time, place and manner
25 restrictions."

Page 77

CHAD MCLARTY

1
2       What is your understanding of what
3  a reasonable time, place, and manner
4  restriction is?
5       A.    As far as how it relates to that
6  section?
7       Q.    Sure.
8       A.    I mean, if something --
9  Mr. Williams, if something came up, like it
10 says, it's First Amendment motivated by
11 issues -- and I think we had several of those
12 when we took a vote on the Confederate memorial
13 relocation -- that some of these people didn't
14 have time.  They didn't have 14 days to
15 exercise their First Amendment right and to
16 protest.  And I believe the county
17 administrator waived several of those.  So, I
18 mean, there are certain things that happened
19 that, you know, as long as the county
20 administrator and the sheriff are comfortable
21 with it, I think that process can be moved up
22 from the 14 days, if need be.
23       Q.    Is it fair to say, then, that the
24 discretion to waive the 14 days rests with the
25 sheriff and the county administrator?

Page 78

CHAD MCLARTY

1
2     A.     It rests solely with the county
3  administrator, on the sheriff's advice.
4     Q.     Does the county administrator have
5  any guidance that must be considered other than
6  the sheriff's advice?
7     A.     I mean, Mr. Williams, Lisa Carwyle,
8  our county administrator, works at the will and
9  pleasure of the board, yes.  But at the end of
10 the day, we dedicated her in this position, and
11 it is in her authority that she goes through
12 permit applications.  We added an appeal clause
13 to this facility use policy in case there was
14 an issue that needed to be addressed in front
15 of the board of supervisors.  We have never --
16 in my nine years of being on the board of
17 supervisors, I don't ever remember hearing an
18 appeal for denial of a permit.
19    Q.     Now, do you recall when the appeal
20 provision was added?
21    A.     It was just recently added, this
22 last amendment, as far as actual language in
23 the facility use permit application or process.
24 It's always been out there.  Any constituent or
25 any citizen or anybody coming in could always

Page 79

CHAD MCLARTY

1  appeal to the board of supervisors by getting
2  on the agenda.
3
4     Q.     So I'm looking on page 3 of
5  Exhibit J.  Have I moved that up so that you
6  can see it, too?
7     A.     Yes, sir.
8     Q.     And so there's a provision that has
9  the subheading, Denial of Proposed Usage.  Is
10 this the appeal provision to which you
11 referred?
12    A.     It is.
13    Q.     And when you -- and correct me if
14 I'm misquoting you.  When you state that it was
15 recently incorporated in the official language,
16 do you remember approximately when "recently"
17 was?
18    A.     I don't have them all in front of
19 me.  I mean, I -- without looking at them all
20 right now, Mr. Williams, I can't tell you
21 exactly when it was.
22    Q.     Was it the start of 2020?
23    A.     Like I said, not looking at them, I
24 don't know.
25    Q.     Middle of 2020?

Page 80

CHAD MCLARTY

1
2     A.     Again, I don't know.
3     Q.     So I'm on page 2 of Exhibit J, and
4  I'm looking at a provision that has the
5  subheading, Scope of and Restrictions on Use.
6     A.     I see it.
7     Q.     Okay.  And the last sentence reads,
8  "Use of the county courthouse exterior grounds
9  is prohibited between 30 minutes before dusk
10 through and until dawn."
11           How did this come about?
12    A.     On the sheriff's advice.
13    Q.     So why did the sheriff advise that?
14    A.     We would have so many deputies that
15 worked rotation or shifts, so many did at
16 night.  The sheriff was having a hard time
17 delegating manpower to the rest of the county
18 with some things going on around the courthouse
19 square at the time.  So on his advice, we added
20 that language into the facility use policy.
21    Q.     So before dusk, he has plenty of
22 manpower, but after dusk, he does not?
23    A.     According to his statement to me.
24    Q.     Do you know whether the deputies
25 and the people under his control, whether their

Page 81

CHAD MCLARTY

1
2  shifts change with -- when the sun sets?
3     A.     Mr. Williams, I don't know exactly
4  when their rotations are changed.  You would
5  have to ask the sheriff that question.  I just
6  know that between all the pedestrian issues
7  they were having on the square with the City of
8  Oxford, you know, and the traffic issues, it
9  was a safety issue to the sheriff.  And he felt
10 like we needed to close the courthouse grounds.
11    Q.     Now, I'm returning back to the
12 document that was previously marked as
13 Exhibit C.  And this is the satellite view of
14 the square, correct?
15    A.     Correct.
16    Q.     The county contends that it owns
17 the courthouse itself and the grounds
18 immediately surrounding the courthouse and the
19 sidewalk around the perimeter of the
20 courthouse; is that correct?
21    A.     That's correct.
22    Q.     But insofar as Lamar Boulevard is
23 concerned -- that surrounds either side of the
24 courthouse.  The county does not own Lamar
25 Boulevard, does it?

Page 82

CHAD MCLARTY

2    A.    It depends on who you ask.  We
3 don't maintain it.
4    Q.    Does the city exercise jurisdiction
5 over Lamar Boulevard?
6    A.    They do.
7    Q.    Do the police officers issue
8 traffic citations and jaywalking tickets and
9 speeding tickets for violations that occur on
10 Lamar Boulevard?
11    A.    I'm assuming they do.  I never had
12 one.
13    Q.    We spoke about pedestrian issues;
14 we spoke about traffic issues.  Was any
15 additional justification given for enacting the
16 curfew on the Lafayette County courthouse
17 grounds at dusk?
18    A.    I don't know that I would call it a
19 curfew, Mr. Williams.  I mean, it's just a
20 closure.  Curfew reminds me of having to be
21 home at a certain time.  We've had various
22 different acts of vandalism over the years.  I
23 mean, you've got to understand, you've got a
24 lot of -- a lot of people up there that are
25 coming through that general area that are

Page 83

CHAD MCLARTY

2 intoxicated.  And the sheriff just felt like it
3 was best to close off the grounds at night.
4    Q.    So what deliberation has been given
5 to installing gates on the openings so that the
6 courthouse grounds can be secured and closed at
7 night?
8    A.    We have had an open discussion
9 about it amongst several of the supervisors.
10 We've talked to Sheriff East about it.  He
11 would love to pursue that option.  I don't
12 remember if we asked the county administrator
13 to reach out to Archives and History, because
14 I'm sure that's something that would have to go
15 through them in order for us to do that.  So
16 right now, I would say that's still pending.
17    Q.    What discussion has been had about
18 erecting signs advising the public that the
19 courthouse grounds are closed at dusk?
20    A.    To my knowledge, right now there
21 are signs being made, and they will be put up
22 in the near future.
23    Q.    And when did that decision occur?
24    A.    I mean, Mr. Williams, I don't
25 remember an actual board action just yet.  I

Page 84

CHAD MCLARTY

2 mean, it was a conversation between a
3 supervisor and the county administrator and the
4 sheriff.  If it requires board action, then
5 that will happen really soon, too.  But I'm
6 going to say the county administrator has the
7 authority to put the signs up without a board
8 action.
9    Q.    Do you recall when this
10 conversation took place approximately?
11    A.    No, sir, I do not.
12    Q.    Did it take place in July?
13    A.    Yeah.  I mean, the sheriff had a
14 conversation about it in July.
15    Q.    Now, the chancery grounds -- the
16 chancery building and the grounds upon which it
17 is included are not part of this dusk-to-dawn
18 closure described --
19    A.    Is that the end of your question?
20    Q.    No.  No.  I'm looking for a
21 document.  Okay.
22         So the scope and restrictions of
23 use that we looked at in Exhibit J, which says
24 that use of the county courthouse exterior
25 grounds is prohibited between 30 minutes before

Page 85

CHAD MCLARTY

2 dusk through and until dawn, that does not
3 include the grounds upon which the chancery
4 building is situated.  Am I correct in
5 understanding that?
6    A.    You are correct.
7             (Exhibit I was marked for
8              identification.)
9 BY MR. WILLIAMS:
10    Q.    I'm attempting to share Exhibit I.
11 Have I succeeded?
12    A.    I've got it, Mr. Williams.
13    Q.    Okay.  So would you tell me what
14 this is?
15    A.    That's the chancery building, or
16 better known as Plunck Palace.
17    Q.    Better known as what?
18    A.    Plunck Palace.
19    Q.    P-L-U-N-C-K?
20    A.    Yes, sir.
21    Q.    Was he the county administrator?
22 You're going to have to refresh my memory.
23    A.    He was the circuit clerk for
24 Lafayette County for -- I mean, the chancery
25 clerk for, God --

Page 86

CHAD MCLARTY

1
2    Q.    Forever.
3    A.    25, 30 years.
4    Q.    Yeah.  You know, I've never done
5  any chancery work to speak of, so I never had
6  to interact with that court.  But as soon as
7  you said "Plunck," I went, Oh, I know that's a
8  significant figure.
9          Okay.  So this is Exhibit I,
10 page 1, and what do we see?
11   A.    That's the Lafayette County
12 chancery building.
13   Q.    And this is the front of the
14 building, correct?
15   A.    Correct.
16   Q.    And it faces onto Lamar?
17   A.    Correct.
18   Q.    And we go to page 2 of the exhibit,
19 and what do we see?
20   A.    We're looking south on North Lamar
21 towards the county courthouse.
22   Q.    And on the left side of this photo
23 is the chancery building, and on the right side
24 of the photo are a number of commercial
25 establishments, and Grady Tollison's office is

Page 87

CHAD MCLARTY

1  down there in his space.  Is that a fair
2  assessment?
3    A.    Yes, sir.
4    Q.    Okay.  So there is a large
5  crosswalk that runs across Lamar, correct?
6    A.    Correct.
7    Q.    Now, if we get this building on
8  the -- across from the court building, and
9  there's several panes of glass in a door
10 leading into an establishment on the southwest
11 side of that building, do you know what that
12 establishment is?
13   A.    Coffee place, maybe.
14   Q.    Pardon?
15   A.    A coffee place, maybe?
16   Q.    Yeah.  Have you ever been in there?
17   A.    Maybe once.
18   Q.    Do you know how late it stays open?
19   A.    I have no idea.
20   Q.    Okay.  Around the corner, I believe
21 there's a place called The Growler.  At least
22 there used to be.  Do you know whether that's
23 true?
24   A.    As far as I know, it's still there.
25

Page 88

CHAD MCLARTY

1
2    Q.    And what is The Growler?
3    A.    It's a craft beer specialty place.
4    Q.    Okay.
5    A.    I have been there before.
6    Q.    I haven't been in a long time, but
7  I used to like their selection.  I do remember
8  that much.
9          So if we keep heading south,
10 there's a tan building that in 2020 looks a
11 little bit out of place.  And then immediately
12 beyond that is a three-story red brick
13 building.  Are you with me?
14   A.    Yes, sir.  The Thompson House.
15   Q.    Okay.  And The Blind Pig is in the
16 basement of that building, isn't it?
17   A.    That's correct.
18   Q.    Okay.  Now, The Blind Pig is a bar
19 and sandwich place, correct?
20   A.    Correct.
21   Q.    Okay.  I'm looking at page 3 of
22 Exhibit I.  And what do I see?
23   A.    You're looking east on Monroe.
24 You're looking at the south side of the
25 chancery building.

Page 89

CHAD MCLARTY

1
2    Q.    Okay.  And I'm on page 4 of
3  Exhibit I.  And what am I looking at?
4    A.    The east side of the chancery
5  building and employee parking.
6    Q.    Do people ever park in the parking
7  spots associated with the chancery building
8  after chancery hours?
9    A.    I'm sure they do.
10   Q.    And when you say you're sure, why
11 do you say that?
12   A.    I mean, after 5:00 when all
13 employees go home, there's nobody up there
14 enforcing a "no parking."  So it basically
15 would be free parking to whoever came in.  I
16 mean, I've never parked there, but I'm assuming
17 that.
18   Q.    I think I'm sharing what's
19 previously been marked as Exhibit D.  Do I have
20 that on the screen?
21   A.    Yes, sir.
22   Q.    Okay.  And so we see the Lafayette
23 County -- I'm going to say "chancery
24 building" -- in the middle of the screen.  And
25 south on Monroe Avenue, there are parking

Page 90

CHAD MCLARTY

1  slots.  Is that parking that's associated with
2
3  the chancery building?
4      A.    No, sir.  It's city-owned.
5      Q.    That's city-owned.  Do people park
6  there after 5:00?
7      A.    It's paid parking, but yeah.
8      Q.    Okay.  And then so I'm on the east
9  side of the building now, and I see parking
10 spots.  Is that the chancery building parking
11 spots?
12     A.    That is correct.
13     Q.    And do people park there after
14 5:00?
15     A.    Like I said previously, I'm
16 assuming.  I've never parked there.
17     Q.    Free parking --
18     A.    Correct.
19     Q.    -- is cherished after 5:00, isn't
20 it?
21     A.    It is.
22     Q.    Okay.  And looking on the north
23 side of the chancery building, there's another
24 parking lot.  Can you tell me about that?
25     A.    That's Lafayette County property.

Page 91

CHAD MCLARTY

1  It's -- that parking lot on the north side is
2  structured for the constituents to come in and
3  pay their tax bills or whatever other business
4  they have in the chancery building.  It's free
5  of charge.  Some of them have signs dedicated
6  for employee parking on the far north side.
7  Everything to the south side of the parking lot
8  is for taxpayers of Lafayette County.
9      Q.    And do people park there after
10 5:00?
11     A.    Yes, sir, they do.
12     Q.    Now, when we go due north just on
13 the northern edge, there is a structure that's
14 called Graduate Oxford.  Do you know what that
15 is?
16     A.    It's a hotel.
17     Q.    And what do you know about that
18 hotel?
19     A.    I mean, it's a fairly nice hotel.
20 I've been upstairs and ate at the restaurant.
21 That's all I can tell you.  I've never stayed
22 there.
23     Q.    Do you know whether it's a
24 desirable place to stay for alumni coming into
25

Page 92

CHAD MCLARTY

1  town for games and things like that?
2      A.    I would assume, yes, sir.  It's
3  close to the square.
4      Q.    And it's pretty swanky, isn't it?
5      A.    Yes, sir.
6      Q.    Now, up here, you see the little
7  orange dot and a little pink dot?
8      A.    Yes, sir.
9      Q.    Do you know whether there's a bar
10 up there?
11     A.    There's a bar and a restaurant.  I
12 believe it's called the -- maybe The Coop.  I'm
13 not -- I don't really remember the name, but, I
14 mean, I've been in it.
15     Q.    It's upstairs and part of it is
16 open air; isn't that correct?
17     A.    Rooftop, yes, sir.
18     Q.    Yeah.  And, again, going back to
19 this little corner that says, Search Google
20 Maps, and we've got the parking lot.  This is
21 where the new parking tower is located; is that
22 correct?
23     A.    It's a parking garage, yes, sir.
24     Q.    Parking garage.  And about 800 cars
25

Page 93

CHAD MCLARTY

1  will fit in there?  Did I recall that?
2      A.    I would estimate closer to 500, but
3  that's just me throwing out a number.
4      Q.    Okay.  Now, do you think there are
5  pedestrian issues up and down North Lamar
6  sometimes at nighttime because of the cars that
7  are parked over in this northeast corner
8  because we've got a popular bar in the Graduate
9  of Oxford -- I'm sorry, that's northwest
10 corner -- northeast corner.  And we've got The
11 Blind Pig down here in the southwesterly
12 corner?
13     A.    Mr. Williams, the difference
14 between -- my answer would be no.  I mean,
15 because if you're trying to compare it to the
16 courthouse square, it's -- it's not even the
17 same ball game.  Your line of sight is a whole
18 lot better on North Lamar.  Your lighting is
19 better.  There's only three crosswalks:  one at
20 Jefferson, one at Monroe, and one in between
21 the chancery building and the coffee place.
22 You come around that square, and it's
23 completely different line of sight.  The
24 lighting is not where it needs to be.  It's
25

Page 94

CHAD MCLARTY

1    like comparing apples to oranges to me.
2        Q.    So let's return back to Exhibit C.
3    And we're looking at the Lafayette County
4    courthouse from a satellite view.
5        A.    Yes, sir.
6        Q.    What about the closure of the
7    courthouse grounds at dusk prevents anybody
8    from using the crosswalks from the outside
9    perimeter of the square to get onto the
10   sidewalks that surround the courthouse?
11       A.    I mean, if you're talking about
12   gaining -- whether wrought iron fencing is --
13   the sidewalks are on the outside of the wrought
14   iron fencing.  So, I mean, they could still
15   technically walk around the outside of the
16   fencing.
17                MR. O'DONNELL:  Jack?
18                MR. WILLIAMS:  Yes, sir.
19                MR. O'DONNELL:  I'm not sure
20                where you are in your exam, but now
21                it's the lunch hour.  Do you want
22                to just press through, or do you
23                want to take a break?
24                MR. WILLIAMS:  I probably

Page 95

CHAD MCLARTY

1        have about 30 minutes, tops.  But I
2        need to take a short break, anyway,
3        because my body is being my body.
4                MR. O'DONNELL:  I prefer to
5        press on if you've got 30 minutes.
6        We can take a short break.
7                MR. WILLIAMS:  Well, let's do
8        that, then.
9                THE VIDEOGRAPHER:  We are off
10       the record.  The time is 11:56 a.m.
11                (Recess from 11:56 a.m. to
12                12:07 p.m.)
13                THE VIDEOGRAPHER:  We are
14       back on the record.  The time is
15       12:07 p.m.
16   BY MR. WILLIAMS:
17       Q.    I'm not trying to keep y'all in
18   suspense.  I'm just trying to gather all of my
19   documents.  I should be sharing Exhibit C
20   again, which is the zoomed-in satellite view of
21   the courthouse.  Is that on the screen?
22       A.    Yes, sir.
23       Q.    Okay.  Now, let me make certain
24   that I understand entrances to the courthouse.

Page 96

CHAD MCLARTY

1    There is an entrance on the south side of the
2    Lafayette County courthouse looking out onto
3    South Lamar boulevard, correct?
4        A.    Correct.
5        Q.    And it's a -- I can't remember how
6    many doors there are.  It's a true entrance,
7    right?
8        A.    Yes, sir.  It's dual doors.
9        Q.    So there's also another set of
10   doors on the north side of the courthouse;
11   isn't that correct?
12       A.    Correct.
13       Q.    And they are double doors also,
14   correct?
15       A.    That's correct.  There are two more
16   doors on the north side, if I remember
17   correctly, but they're not for public entrance.
18       Q.    I may be wrong, but I think one of
19   those doors is the doors that the circuit court
20   judges can use to get up to their chambers and
21   into the courtroom, and another one may be
22   where prisoners are escorted into and outside
23   of the building.
24                There is a -- I'm going to use

Page 97

CHAD MCLARTY

1    "courtyard," for lack of a better word.  There
2    is some grassy space on the north side of the
3    courthouse outside those -- the northerly
4    steps.  That's correct, isn't it?
5        A.    Yes, sir.
6        Q.    And isn't there a flagpole there?
7        A.    Yes, sir.  Two of them.
8        Q.    Okay.  Do you recall whether there
9    are ever any ceremonies conducted there
10   honoring either law enforcement officers or the
11   military?
12       A.    One that sticks out to me is the
13   fallen law enforcement officer thing they do
14   every year.  I know we have it on the north
15   lawn of the courthouse, if the weather is
16   permitting.
17       Q.    And approximately how many people
18   gather for that?
19       A.    Best guess, 50, maybe.  40, 50.
20       Q.    Do they fit safely on the north
21   lawn?
22       A.    Yes, sir.
23       Q.    About how long does that ceremony
24   take?

CHAD MCLARTY

1
2    A.    20 or 30 minutes, at best.
3    Q.    And court business continues while
4  that ceremony is taking place?
5    A.    Out of respect for that ceremony,
6  all of the court stops and comes and attends.
7    Q.    That would certainly make sense.
8  Are there any other events that you know of
9  that take place on the north lawn?
10   A.    That's the only one that I can
11  think of, Mr. Williams.
12   Q.    Have you ever heard of an Easter
13  bunny appearing for kids and their families on
14  that north lawn?
15   A.    Well, like I said, my kids are a
16  lot older.  I do not recall that.
17   Q.    What about a Santa Claus?
18   A.    I don't really recall Santa Claus
19  appearing on the north lawn.  I'm not saying he
20  hasn't.  There was one group -- I remember a
21  sleigh being out there.  I don't know how that
22  came about.  I didn't ask any questions.  I
23  didn't see a big issue with it.
24   Q.    I wonder if there was a photo
25  opportunity.

CHAD MCLARTY

1
2    A.    I'm sure there was, but I wasn't
3  there.
4    Q.    How does the budgeting process for
5  the sheriff's department work?
6    A.    I mean, it's -- the sheriff gives
7  his budget request to the county administrator.
8  The board of supervisors review it, and, you
9  know, we try to figure out ways to finance his
10  budget without increasing millage.  I mean,
11  sometimes he gets what he wants; sometimes he
12  doesn't.  Unfortunately, we're not like the
13  federal government.  We just can't print money.
14   Q.    Does the budget include a line item
15  for overtime for deputies and other law
16  enforcement officers who are part of the
17  sheriff's department?
18   A.    Well, I don't have the budget in
19  front of me right now.  That budget is massive
20  in itself.  I would be -- without looking at
21  it, I really can't answer that question.  And
22  as far as him particularly asking for X amount
23  of overtime in his budget, I don't recall.
24   Q.    Well, there are some times when
25  more feet are needed on the ground than others,

CHAD MCLARTY

1
2  correct?
3    A.    That is correct.
4    Q.    Do you know how the budget
5  accommodates that varying demand?
6    A.    Without looking at it, I mean, I
7  think there's a line item, like you said, for
8  overtime.  But, you know, how he comes up with
9  that equation of how much money he needs in
10  that budget for extra man hours, you would have
11  to ask the sheriff.  You know, I'm going to say
12  that, basically, his budget, as far as salary
13  is related, is just strictly the base salary of
14  the employee times whatever is his budget, with
15  a little bit of contingencies for overtime.
16   Q.    Have there ever been occasions when
17  he's come to the board of supervisors and asked
18  for additional funding to provide deputies to
19  cover unforeseen events?
20   A.    I don't recall him per se asking
21  the board of supervisors.  He may have come to
22  the county administrator and asked if he had
23  enough money in his budget allocated to cover
24  different additional man hours.  In the budget
25  itself, you can always move money around,

CHAD MCLARTY

1
2  whether you take a car out of the budget or if
3  you don't buy a couple of rifles.  I mean, the
4  county administrator and the sheriff can do
5  that in-house most of the time on small
6  budgetary items like that.  They would not get
7  us involved unless it was a massive -- a pretty
8  good sizable amount of money.
9    Q.    Do you know how overtime is paid to
10  deputies?
11   A.    I do not.
12   Q.    Do you recall an instance where the
13  sheriff caused a bill to be sent either to the
14  city or the University of Mississippi for the
15  cost of manpower associated with providing --
16  "security" is not the word that I'm looking
17  for -- for ensuring that the University of
18  Mississippi athletes' procession from the
19  Confederate statue on the courthouse grounds,
20  south on Lamar, and then east on University to
21  the old National Guard armory -- I've lost my
22  train of thought.  Let me rephrase that.
23         You know the march that I'm talking
24  about, right?
25         MR. O'DONNELL:  I was going

CHAD MCLARTY

1
2          to object, Jack, but I think you
3          fixed my objection.
4              MR. WILLIAMS:  I'm usually
5          pretty good at keeping a train of
6          thought going, but, boy, that one
7          went off the tracks.
8   BY MR. WILLIAMS:
9       Q.    So you are familiar with the
10  athletes' march from the Confederate soldier on
11  the courthouse grounds, down Lamar, and over to
12  the pavilion on University Avenue, correct?
13      A.    I am familiar with the march.  I
14  don't know which direction they went after they
15  left the Confederate memorial.
16      Q.    Are you aware that the sheriff
17  caused an invoice to be submitted, either to
18  the university or the city, for the cost of the
19  additional manpower?
20      A.    Yes, sir.  He copied me on the
21  email.
22      Q.    Okay.  Has that ever happened
23  before that you know of?
24      A.    Not that I'm aware of in my tenure
25  as county supervisor, no.  We have discussed it

CHAD MCLARTY

1   before, but I don't think we've ever actually
2   sent a bill to anybody.
3       Q.    And in what context have you
4   discussed it before?
5       A.    I knew you was going to ask me
6   this.  I really don't remember the -- what
7   happened, and I'm not saying it was related to
8   the sheriff's department.  I'm just saying as
9   far as sending an invoice to the City of Oxford
10  for something that we felt paid -- that they
11  owed us.  So maybe let me rephrase and back up.
12  As far as the sheriff's office is concerned, as
13  far as additional manpower, no.  I've never had
14  a discussion about that.
15      Q.    What is your understanding as to
16  why an invoice was submitted in this instance?
17      A.    My understanding, from what
18  Sheriff East told me, was that there was no
19  time given to the sheriff, that it happened
20  very quickly, and he was not prepared for that
21  many student athletes to be congregated around
22  the Confederate memorial out in the street.
23  There was a huge safety issue as far as them
24  blocking traffic.  And I believe that was what

CHAD MCLARTY

1   was -- the thorn in his side was that he was
2   not given advance notice.  And they were on
3   courthouse property without a permit.
4       Q.    Do you know Anthony Hervey?
5       A.    I know of him.
6       Q.    Do you know who he was?
7       A.    Yes, sir.
8       Q.    And who was he?
9       A.    He was a black man that sat in
10  front of the Confederate memorial for years and
11  years, holding a Confederate flag.
12      Q.    Okay.  I'm sharing a screen, and
13  it's a YouTube screen.  It's on the Local
14  Voices channel.  And the person who took this,
15  if she has not, she's going to submit a little
16  affidavit, stating that it's authentic.  But
17  I'm going to play this real quickly.
18          (Video played.)
19  BY MR. WILLIAMS:
20      Q.    Did you observe that personally?
21      A.    No.
22      Q.    Do you know anyone who did?
23      A.    No, sir.
24      Q.    Do you know of any other funeral

CHAD MCLARTY

1   procession that has been led in front of the
2   Confederate statue with Civil War reenactors
3   marching, singing Dixie?
4       A.    Not to my knowledge, no, sir.
5       Q.    There was a sheriff's department
6   car leading the procession, correct?
7       A.    That's correct.
8       Q.    Do you know whether the sheriff's
9   department billed the survivors of Anthony
10  Hervey for any additional manpower necessary to
11  provide safety during that procession?
12          MR. O'DONNELL:  Object to
13          form.  You can answer if you know.
14      A.    Mr. Williams, I'm not aware of any
15  monetary exchange between the Hervey family and
16  the sheriff's department.  Out of common
17  courtesy and respect, the sheriff's office and
18  OPD always escorts any of the dead in this
19  community to their final resting place.
20      Q.    Does that normally involve a foot
21  procession around the courthouse and the
22  square?
23      A.    No, sir, it doesn't normally
24  involve that.  But it was just a couple weeks

Page 106

CHAD MCLARTY

1 ago, there was a young -- young kid, 17 years
2 old, that got killed in a car accident, and his
3 father worked for a truck -- a towing company.
4 And they did a procession around the
5 courthouse, and there were probably in excess
6 of 150 tow trucks involved. So, I mean,
7 there's always things that are going to happen,
8 depending on who that person is.
9      Q.    Let's shift gears. The county has
10 discussed contextualization of the monument; is
11 that correct?
12     A.    Yes, sir.
13     Q.    And where does that stand right
14 now?
15     A.    To be honest with you,
16 Mr. Williams, it's been a long time ago. I
17 would have to refer back to my board minutes to
18 see if we actually approved it or didn't
19 approve it. I actually don't recall.
20     Q.    Do you recall whether it's been
21 discussed by the board in the last six months?
22     A.    I do not remember, per se, me being
23 involved in any conversation in the last six
24 months about contextualization.

Page 107

CHAD MCLARTY

1      Q.    What about in the last year?
2      A.    I mean, you're asking me to go
3 back. I don't recall.
4      Q.    Okay. Another historical topic
5 that has been considered within the
6 community -- and I believe at the county level,
7 and correct me if I'm wrong -- is erecting a
8 plaque memorializing African-Americans who were
9 lynched in Lafayette County; is that correct?
10     A.    That's correct.
11     Q.    And what is the status of that
12 presently?
13     A.    We meet with that committee at our
14 next board meeting, which will be Monday --
15 Monday morning at 9:00. They're on the agenda.
16     Q.    Okay. Are there any outside
17 advisors or consultants who are part of that
18 group in addition to the members of the board?
19     A.    I mean, Mr. Rikard and
20 Mr. Gillespie have met with the committee that
21 is overseeing that project the last couple of
22 times. Years ago, when -- two or three years
23 ago, when they first started, myself and
24 Mr. Busby met with that committee.

Page 108

CHAD MCLARTY

1      Q.    And approximately how many years
2 has that committee been meeting?
3      A.    At least two, maybe a little
4 longer. But dealing with Archives and History
5 is involved in that process.
6           MR. WILLIAMS: David, did you
7           ever have a case with Alex Alston
8           out of Jackson?
9           MR. O'DONNELL: I don't think
10          so, Jack. I know who you're
11          talking about. I don't believe so.
12          MR. WILLIAMS: Well, I was
13          lucky enough to work for him right
14          out of law school. And whenever I
15          attended a deposition with him and
16          he would get to the end, he would
17          say, let me talk to my lawyer,
18          which meant he just wanted to
19          consult with me.
20              I think we're close to
21          ending, but I would like to take a
22          moment to speak with Josh, if
23          that's okay with y'all.
24          MR. O'DONNELL: Sure. It

Page 109

CHAD MCLARTY

1 will be fine.
2           MR. WILLIAMS: Okay. So take
3           10.
4           THE VIDEOGRAPHER: We are off
5 the record. The time is 12:37 p.m.
6           (Recess from 12:37 p.m. to
7           12:47 p.m.)
8           THE VIDEOGRAPHER: We are
9 back on the record. The time is
10 12:47 p.m.
11          MR. WILLIAMS: I have one
12 housekeeping measure, but,
13 Mr. McLarty, I have no further
14 questions of you. I know that I've
15 consumed a good part of your day,
16 and I know that it's not fun having
17 to be on your feet and think so
18 hard. And I thank you for giving
19 me the time and your attention
20 today.
21          THE WITNESS: I appreciate
22 you taking it easy on me.
23          MR. WILLIAMS: You know, I
24 practiced in Texas for a while.

Page 110

CHAD MCLARTY

1  CHAD MCLARTY
2  Those people are hard-asses. We're
3  not in this part of the world. But
4  I do want -- and this is just to
5  make certain that the record is
6  complete. I do want to add one
7  thing to the record.
8      I have just put a document in
9  the chat box that's entitled,
10  Funeral Procession Link.
11      Ms. Duckett, have you
12  received that?
13      (Exhibit N was marked for
14      identification.)
15      MR. WILLIAMS: Okay. And I'm
16  just going to share the screen real
17  quickly so y'all can see what I've
18  added. It's simply a screenshot of
19  the page -- of the splash page for
20  the video that we just watched.
21  And I just want to make certain
22  that the record reflects the video
23  we watched and where to find it.
24  And so with that said --
25      MR. O'DONNELL: Jack, this is

Page 111

1  CHAD MCLARTY
2  your placeholder for the video?
3      MR. WILLIAMS: Well, I think
4  we're just going to submit the
5  video with an affidavit. But that
6  would work, too.
7      MR. O'DONNELL: I understand.
8  So the screenshot is not in and of
9  itself an exhibit. It's reflective
10  of the video or represents the
11  video.
12      MR. WILLIAMS: Yes. It is --
13  it's memorialization. Does that
14  make sense?
15      MR. O'DONNELL: Yes.
16      MR. WILLIAMS: Okay.
17      MR. O'DONNELL: So do you
18  have an exhibit number?
19      MR. WILLIAMS: Pardon?
20      MR. O'DONNELL: It has an
21  exhibit number, right?
22      MR. WILLIAMS: It does not,
23  but, Ms. Duckett, will you make it
24  Exhibit N.
25      Okay. And with that, I have

Page 112

1  CHAD MCLARTY
2      no further questions of you today,
3      Mr. McLarty, and I tender the
4      witness.
5          MR. O'DONNELL: And I just
6          have a couple of questions, just to
7          clarify.
8          EXAMINATION
9  BY MR. O'DONNELL:
10      Q. Mr. McLarty, you were shown early
11  on this morning a photo of a little girl eating
12  yogurt at night. The photo depicted a
13  Christmastime scene. Assuming that that photo
14  was taken in December of 2020, would the fact
15  that the girl was on the courthouse grounds at
16  night be a violation of the county's closure
17  policy?
18      A. Yes, it would.
19      Q. And you were also asked a question
20  about the use of -- nighttime use of -- by a
21  pedestrian -- of the exterior sidewalk, that is
22  the sidewalk outside the fencing along the
23  courthouse perimeter. If someone was using
24  that exterior sidewalk at night, would that
25  violate the county's closure policy?

Page 113

1  CHAD MCLARTY
2  A. Yes, it would. I misspoke earlier.
3      MR. O'DONNELL: That's all I
4  have, Jack.
5      MR. WILLIAMS: I have no
6  further questions.
7      THE VIDEOGRAPHER: This
8  concludes today's questioning. We
9  are off the record. The time is
10  12:54 p.m.
11      COURT REPORTER: Counsel,
12  would you like the same orders you
13  have been getting?
14      MR. WILLIAMS: Yes.
15      MR. O'DONNELL: Yes.
16      (The deposition of CHAD
17      MCLARTY concluded at
18      12:54 p.m.)
19  *   *   *   *   *   *   *   *   *
20
21
22
23
24
25

Page 114

CHAD MCLARTY

1
2          REPORTER'S CERTIFICATE
3          I, Greta H. Duckett, Certified Court
4    Reporter, Registered Professional Reporter, and
5    Certified Realtime Reporter, hereby certify
6    that on Friday, January 15, 2021, I reported
7    the remote deposition of CHAD MCLARTY, who was
8    first duly sworn or affirmed to speak the truth
9    in the matter of the foregoing cause, and that
10   the pages herein contain a true and accurate
11   transcription of said examination of said
12   witness by counsel for the parties set out
13   herein.
14          I further certify that I am neither of
15   kin nor of counsel to any of the parties to
16   said cause, nor in any manner interested in the
17   results thereof.
18          This 28th day of January, 2021.
19
20   *Greta Duckett*
21   _____
     GRETA H. DUCKETT, RPR, CRR, CVR-S, RVR-M-S
22   ACCR-12, GCCR-2891, MCCR-1945, TNLCR-671
23
24
25

---

Page 115

ERRATA SHEET

1
2    Case Name:
3    Deposition Date:
4    Deponent:
5    Pg.  No. Now Reads      Should Read  Reason
6    ___  ___ _____     _____   _____
7    ___  ___ _____     _____   _____
8    ___  ___ _____     _____   _____
9    ___  ___ _____     _____   _____
10   ___  ___ _____     _____   _____
11   ___  ___ _____     _____   _____
12   ___  ___ _____     _____   _____
13   ___  ___ _____     _____   _____
14   ___  ___ _____     _____   _____
15   ___  ___ _____     _____   _____
16   ___  ___ _____     _____   _____
17   ___  ___ _____     _____   _____
18   ___  ___ _____     _____   _____
19   ___  ___ _____     _____   _____
20
21                          _____
                                Signature of Deponent
22   SUBSCRIBED AND SWORN BEFORE ME
23   THIS _____ DAY OF _____, 2021.
24   _____
25   (Notary Public)   MY COMMISSION EXPIRES:_____

**1**

**1** 8:12 24:16,17 70:6
86:10

**10** 24:15,16,17 44:24
109:4

**10,000** 24:23

**10-** 25:11

**10:14** 51:14,15

**10:25** 51:16,19

**10:40** 59:24 60:2

**10:42** 60:3,6

**10:51** 64:2,4

**10:53** 64:5,8

**11:56** 95:11,12

**12:07** 95:13,16

**12:37** 109:6,7

**12:47** 109:8,11

**12:54** 113:10,18

**14** 58:11 75:6,13,20
77:14,22,24

**14-day** 75:8 76:17

**14-man** 17:18

**150** 106:7

**15th** 8:24

**17** 106:2

**2**

**2** 44:4 65:4 70:6
74:10,13 80:3 86:18

**20** 35:16 62:14 63:14
64:12 98:2

**20,000** 25:11

**2012** 16:9

**2019** 62:15

**2020** 55:9,10 62:14
63:11,14 64:13,19
65:15 66:6,10,23
71:2 79:22,25 88:10
112:14

**2021** 8:24 64:15

**20th** 63:11

**228** 9:5

**23** 16:6

**25** 35:15 86:3

**28th** 70:25

**3**

**3** 70:6 74:25 79:4
88:21

**30** 7:21 58:11 80:9
84:25 86:3 95:2,6
98:2

**30-day** 75:11

**3:20-cv-224-nbb-rp**
8:19

**4**

**4** 62:15 64:15 70:6
89:2

**40** 18:8 97:20

**422** 14:17

**45th** 9:5

**5**

**5** 59:19

**50** 23:2 45:3 97:20

**500** 25:9 53:8 93:3

**5:00** 89:12 90:6,14,19
91:11

**6**

**6-** 33:2

**7**

**7** 14:12

**7-foot** 33:2

**78** 14:24

**8**

**800** 92:25

**9**

**9** 71:2

**92** 14:23

**9:00** 107:16

**9:09** 8:25

**9:11** 10:12,14

**9:13** 10:14,17

**9th** 70:25

**A**

**a.m.** 8:25 10:12,14,17
51:14,15,16,19 59:24
60:2,3,6 64:2,4,5,8
95:11,12

**Absolutely** 51:12

**access** 33:13,19,20

**accident** 106:3

**accommodates**
100:5

**accommodations**
12:21

**accuracy** 19:25

**accurate** 20:6 29:6
45:2

**accurately** 28:11

**action** 83:25 84:4,8

**active** 52:2

**acts** 82:22

**actual** 78:22 83:25

**add** 110:6

**added** 78:12,20,21
80:19 110:18

**addition** 29:13 44:11
69:9 107:19

**additional** 75:16
82:15 100:18,24

**102:19 103:14
105:11**

**addressed** 78:14

**adequate** 75:13

**adjacent** 50:2

**administrator** 26:16
58:22 60:9 61:2,10
62:2 67:19,24 75:6,
10,19 76:16 77:17,
20,25 78:3,4,8 83:12
84:3,6 85:21 99:7
100:22 101:4

**admissibility** 8:5

**admissible** 7:19

**adopt** 63:16

**adopted** 68:18

**advance** 75:6 104:3

**advice** 67:18,21
76:11 78:3,6 80:12,
19

**advise** 33:13 72:24
80:13

**advising** 83:18

**advisors** 107:18

**aerial** 38:8

**aesthetically** 41:2

**affidavit** 104:17
111:5

**affixed** 57:10

**African-americans**
107:9

**afternoon** 13:5

**agenda** 38:3 79:3
107:16

**agree** 21:22 41:8

**ahead** 46:16

**air** 92:17

**Ajax** 49:18

**Alex** 108:8

**alley** 53:16

**alleyway** 49:11
53:20,22

**allowed** 65:23

**allowing** 55:2

**Alston** 108:8

**alumni** 52:14 53:4
91:25

**amended** 65:19

**amendment** 56:22
57:24 59:9 61:14
67:7 76:21 77:10,15
78:22

**amount** 99:22 101:8

**angle** 45:9

**angles** 55:17

**announce** 33:20

**Anthony** 104:5
105:10

**anymore** 57:8

**apologize** 41:24
59:18 60:17

**appeal** 78:12,18,19
79:2,10

**appearance** 41:12

**appearing** 8:22
98:13,19

**appears** 29:25 40:8
43:6,22 45:13

**apples** 94:2

**application** 75:12,21
76:17 78:23

**applications** 65:13
75:3,5 76:14 78:12

**applied** 71:14

**apply** 12:9,10 61:9

**approval** 46:19

**approve** 46:7 106:20

**approved** 64:17
106:19

**approximately** 8:25
36:7,9 48:4 79:16
84:10 97:18 108:2

**Archives** 54:25
83:13 108:5

Index: area..ceremony

**area** 17:21 19:19 24:21 29:5 37:12 43:13 48:20 82:25

**areas** 20:3 31:17

**armory** 101:21

**arrived** 75:8

**art** 43:12

**artists** 44:10,12

**assess** 44:21

**assessment** 28:13 29:3 32:7 33:10 41:6 52:3 87:3

**assessor's** 26:11

**association** 7:5 9:8 14:13

**assume** 12:4 46:8 92:3

**assuming** 14:21 20:18,23 21:2 23:2 24:15 43:17,19 47:6 71:2 82:11 89:16 90:16 112:13

**ate** 91:21

**athletes** 103:22

**athletes'** 101:18 102:10

**attached** 39:14

**attempting** 85:10

**attend** 35:18

**attendance** 71:20 72:7,21

**attended** 15:8 35:2, 17 108:16

**attending** 36:15 37:4

**attends** 98:6

**attention** 60:10,17 109:20

**attorney** 11:12

**attract** 21:25 22:9

**attraction** 21:20

**attractive** 41:5

**attracts** 43:11

**audio** 10:5

**August** 71:2

**authentic** 58:3 104:17

**authority** 78:11 84:7

**authorized** 55:22

**Avenue** 23:20 25:15 36:22,24 47:22,24 89:25 102:12

**aware** 10:8 66:10 71:13 72:8 102:16,24 105:15

---

**B**

**back** 10:16 15:8,20 17:25 18:16 19:12 23:5 30:18 35:12 47:10 51:18 58:4 60:5 64:6 65:10 74:10 81:11 92:19 94:3 95:15 103:12 106:18 107:4 109:10

**background** 13:21 58:15

**ball** 93:18

**bands** 34:24 37:8 44:10

**Bank** 43:25 48:9

**bar** 48:22 49:19,22 50:5,7,17 52:11 53:10 88:18 92:10,12 93:9

**barricade** 49:17

**barricaded** 47:17 48:4

**bars** 22:7 52:16

**base** 73:2 100:13

**baseball** 23:14 24:7

**basement** 88:16

**basically** 30:24 89:14 100:12

**basis** 17:19 34:8,9

**basketball** 24:7

**Bates** 56:25 57:3,11

**bears** 56:24

**beeping** 50:20

**beer** 88:3

**begin** 9:24 10:9 35:13

**begins** 68:15

**behalf** 8:3 9:17 32:21

**beliefs** 73:19

**benches** 31:19,21

**benefit** 47:18

**bet** 32:6 42:15

**big** 31:17 98:23

**bill** 101:13 103:3

**billed** 105:10

**bills** 91:4

**bit** 11:4 13:20 15:2 61:13 88:11 100:15

**black** 104:10

**blind** 22:18 55:19 88:15,18 93:12

**block** 54:2

**blocking** 103:25

**board** 16:10 18:4 26:15 30:4 46:9 55:12 61:4 63:20 64:14,19 68:2 75:9 78:9,15,16 79:2 83:25 84:4,7 99:8 100:17,21 106:18,22 107:15,19

**board's** 60:10,17

**body** 41:9,10,16 95:4

**bollards** 47:5

**Books** 20:18,19,22, 25 50:2 69:12

**bookstore** 20:19

**borders** 48:17

**Born** 13:24

**bottom** 43:24 70:4

**boulevard** 26:5 36:13 37:22 81:22,25 82:5,10 96:4

**boundaries** 17:24

**boundary** 47:25

**bounds** 12:12 19:3

**Boure** 49:22

**box** 27:10 110:9

**boy** 102:6

**break** 94:24 95:3,7

**Breonna** 66:23

**brick** 88:12

**bring** 21:19 27:5 28:15 44:8

**brings** 24:9

**broke** 51:21

**brought** 60:10 62:3

**buddies** 18:9

**budget** 99:7,10,14, 18,19,23 100:4,10, 12,14,24 101:2

**budget allocated** 100:23

**budgetary** 101:6

**budgeting** 99:4

**building** 21:9 22:17 26:7,9,14,22 29:25 30:2,3 40:25 43:25 53:8 54:24,25 55:24 74:19,22,23 84:16 85:4,15 86:12,14,23 87:8,9,12 88:10,13, 16,25 89:5,7,24 90:3, 9,10,23 91:5 93:22 96:24

**buildings** 29:8 49:9 53:5

**bullet** 75:4 76:15

**bunch** 65:19

**bunny** 98:13

**Buren** 23:20 53:15

**Busby** 107:25

**business** 21:2 49:5 54:6 66:3 68:24 69:3, 6,16,19 74:5,8 91:4 98:3

**businesses** 20:15 21:18

**busy** 23:18,19 24:4, 13,16,17 49:14

**buy** 101:3

---

**C**

**cables** 38:6

**call** 82:18

**called** 15:25 16:11 87:22 91:15 92:13

**camera** 45:9 55:16

**cameras** 54:16,17, 20,21,23 55:3,22

**campus** 36:22 37:2

**candidly** 11:16

**candy** 34:25

**capture** 10:5

**car** 101:2 105:7 106:3

**cardinal** 35:23

**cars** 25:8 92:25 93:7

**Carwyle** 78:7

**case** 7:23 8:18 52:14 78:13 108:8

**caused** 67:5 101:13 102:17

**celebrate** 50:25 73:13

**center** 20:7,8 29:24 35:19 36:2 40:16 41:13

**centered** 30:20

**Centerpoint** 16:2

**ceremonies** 97:10

**ceremony** 97:24 98:4,5

**certified** 7:4

**cetera** 75:17

**Chad** 7:1 8:1,13 9:1
10:1,18 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1 30:1 31:1 32:1
33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1
110:1 111:1 112:1
113:1,16

**chambers** 96:21

**chance** 13:15 54:12

**chancery** 26:7,8,10,
12,21,22 29:25 30:2,
4 74:17,22 84:15,16
85:3,15,24 86:5,12,
23 88:25 89:4,7,8,23
90:3,10,23 91:5
93:22

**change** 65:16 81:2

**changed** 19:9 20:15
35:20 36:25 58:10
62:6 81:4

**channel** 104:15

**charge** 53:24 91:6

**chat** 27:9 110:9

**cherished** 90:19

**chief** 47:7 55:18
70:20,21

**child** 39:22 40:4

**children** 34:14

**children's** 20:19

**Christmas** 34:10,17,
19 35:5,13,17 37:24
38:7 39:14,22 40:5

**Christmastime**
37:25 112:13

**church** 72:15,17

**circling** 45:17

**circuit** 26:23 32:20
69:21 85:23 96:20

**citations** 82:8

**citizen** 78:25

**city** 14:2 16:4,24
17:14,20,22 21:5
23:6 24:20 25:5,6
35:4 38:2 41:9,18
43:10 44:3 46:3 47:4
50:3 55:17,19 81:7
82:4 101:14 102:18
103:10

**city's** 17:12

**city-owned** 55:4
90:4,5

**Civil** 7:22 105:3

**clarify** 112:7

**Class** 14:23,24

**Claus** 34:22 98:17,18

**clause** 78:12

**clergy** 72:6

**clerk** 26:12 69:22
85:23,25

**click** 42:14,18,24
45:5

**client** 32:20

**close** 23:20 43:13
47:8 81:10 83:3 92:4
108:21

**closed** 47:2,21 51:6
83:6,19

**closer** 29:2 93:3

**closure** 82:20 84:18
94:7 112:16,25

**clothing** 21:11 22:5

**codes** 26:14

**coffee** 25:16,19 26:4
69:12 87:14,16 93:22

**cold** 40:8,10

**collector** 30:5

**college** 15:7 23:21
52:5,7,10

**college-aged** 53:3

**combinations** 22:8

**combine** 64:18

**comfortable** 77:20

**commercial** 86:24

**commissioners**
69:21

**committee** 107:14,
21,25 108:3

**common** 105:17

**communication**
70:20

**community** 15:6
18:24 21:3,17 41:13
71:16 72:17 105:20
107:7

**company** 15:25
16:11,20 106:4

**compare** 93:16

**comparing** 94:2

**complete** 110:6

**completely** 21:22
93:24

**complexity** 65:14
66:5

**computer** 59:19

**concern** 60:10

**concerned** 21:3
24:16 81:23 103:13

**concerns** 61:3 62:3

**concluded** 113:17

**concludes** 113:8

**conducted** 68:25
69:4 76:3,6,9 97:10

**Confederate** 31:3
53:9 59:11 61:8
65:24 68:25 69:4
77:12 101:19 102:10,
15 103:23 104:11,12
105:3

**confidence** 13:2

**confirm** 62:5

**confused** 24:19
62:22

**congregated** 103:22

**congregation** 72:15

**connection** 10:2

**considered** 78:5
107:6

**consolidated** 63:13

**constituent** 78:24

**constituents** 91:3

**Constitution** 65:18

**construction** 16:11,
12

**consult** 108:20

**consultants** 107:18

**consumed** 109:16

**contact** 60:25

**contained** 68:15

**contends** 81:16

**context** 103:4

**contextualization**
106:11,25

**contingencies**
100:15

**continue** 35:25
36:17,18

**continues** 98:3

**control** 80:25

**conversant** 17:7

**conversation** 61:25

**concludes** 113:8

**conducted** 68:25
69:4 76:3,6,9 97:10

68:10,20,23 84:2,10,
14 106:24

**conversations**
58:22 67:23 68:4
75:9

**COO** 17:21

**Coop** 92:13

**copied** 102:20

**cord** 59:21

**corner** 19:22 22:11
27:22 28:21 30:9
38:22 87:21 92:20
93:8,11,13

**correct** 11:10 12:15
22:2 25:22,23 33:11
36:4,5 37:23 39:19
44:16 46:23 47:25
48:2,12,18,19 49:10,
19,20,24,25 50:5,6,
18 52:4 53:14,18
60:11 61:23 63:14
66:7 69:2,10,11,17,
19 74:18 79:13
81:14,15,20,21 85:4,
6 86:14,15,17 87:6,7
88:17,19,20 90:12,18
92:17,23 96:4,5,12,
13,15,16 97:5 100:2,
3 102:12 105:7,8
106:12 107:8,10,11

**corrected** 44:2

**correctly** 46:22 47:3
48:22 54:4 57:16
60:8 61:18 62:16
72:12 96:18

**correspondence**
71:6

**cost** 101:15 102:18

**counsel** 9:9,12,24
27:12 113:11

**Counselors** 7:3 8:10

**countless** 67:3

**country** 66:12

**county** 8:15 9:18
14:3,4,15,22 15:21
16:8 18:7,25 19:2
20:9 26:6,16,24
41:10,11 46:7,13,20

54:22 56:24 57:15
58:21 60:9 61:2,9
62:2 66:3 67:17,18,
24 74:5,8 75:5,10,19
76:16,19 77:16,19,25
78:2,4,8 80:8,17
81:16,24 82:16 83:12
84:3,6,24 85:21,24
86:11,21 89:23 90:25
91:9 94:4 96:3 99:7
100:22 101:4 102:25
106:10 107:7,10

**county's** 12:13
46:10 112:16,25

**couple** 16:16 18:9
101:3 105:25 107:22
112:6

**court** 8:17 9:7,20
18:7 26:10,19,20,21,
23 30:4 32:20 69:16,
19 74:22 86:6 87:9
96:20 98:3,6 113:11

**courtesy** 105:18

**courthouse** 19:18
20:9 22:11 26:24
30:21,22,24 31:9,14
32:2,14,16,23 33:10,
14 36:14 37:6 38:5
39:13 40:6,12,22
41:12 42:20 44:17,21
45:10,11,21 46:5,12
47:25 48:17 54:22
55:5,20 56:23 57:25
58:7 61:18 65:5
68:16,24 69:7,9
70:24 71:12 73:6,12
74:9,14,18,21 80:8,
18 81:10,17,18,20,24
82:16 83:6,19 84:24
86:21 93:17 94:5,8,
11 95:22,25 96:3,11
97:4,16 101:19
102:11 104:4 105:22
106:6 112:15,23

**courtroom** 7:20
12:10 13:17 96:22

**courtyard** 97:2

**cover** 65:21 100:19,
23

**COVID** 14:17 20:14
24:9 66:9

**COVID-19** 7:7 8:23

**craft** 88:3

**cream** 22:16

**Creamery** 25:19

**create** 59:14

**credit** 21:13

**crew** 17:18

**crossing** 11:3

**crosswalk** 33:8
59:13 87:6

**crosswalks** 93:20
94:9

**crowds** 37:15 54:8

**cup** 15:24 22:4

**curfew** 82:16,19,20

**current** 62:17,21
64:22

**cursor** 31:22

**cut** 40:20

---

**D**

**daily** 17:19

**dare** 18:6

**dark** 44:23

**date** 58:25 62:14

**dated** 64:12 70:25

**David** 9:16 11:11
12:11,25 32:19 57:3
58:15 62:18 64:10
108:7

**dawn** 80:10 85:2

**day** 22:4 34:2 75:7
78:10 109:16

**days** 58:11 75:6,13,
20 77:14,22,24

**dead** 105:19

**deal** 17:21

**dealing** 17:4 108:5

**Deannie** 70:23 71:8

**death** 66:16

**December** 112:14

**decided** 15:9

**decision** 18:4 83:23

**Decker** 24:8 42:17
43:6,8

**dedicated** 78:10
91:6

**deeply** 16:15

**defend** 32:20

**defendants** 8:4

**definition** 74:9,15,20

**delegating** 80:17

**deliberation** 83:4

**demand** 100:5

**demonstrate** 76:18,
20

**demonstration**
76:23

**denial** 78:18 79:9

**denied** 76:12

**department** 15:22
16:5 52:19 54:8,18
70:5 99:5,17 103:9
105:6,10,17

**depending** 53:23
106:9

**depends** 23:12,13
82:2

**depicted** 112:12

**deposed** 11:6

**deposition** 7:12
8:13,20 12:24 13:3,6,
9 108:16 113:16

**deputies** 33:23
80:14,24 99:15
100:18 101:10

**describe** 20:25
30:22 32:3 33:12
34:19,23 71:25 72:6

**desirable** 91:25

**desire** 76:20

**determine** 20:5
26:25 75:20

**difference** 93:14

**different-type** 43:12

**direction** 40:19
102:14

**directly** 17:21

**discretion** 77:24

**discuss** 55:12

**discussed** 102:25
103:5 106:11,22

**discussing** 51:22

**discussion** 10:10,13
38:10,13 42:11,23
59:25 61:5 64:3 83:8,
17 103:15

**dismissive** 73:7

**display** 44:12

**distancing** 7:9

**distraction** 38:14
50:22

**distribution** 16:19
17:10

**District** 8:17

**Dixie** 105:4

**Doc000394** 57:15

**docs** 70:6

**document** 28:20
38:21 42:7,16,25
56:22 57:13,21 58:13
62:5,13,21 63:13,19
64:13,20,21 70:4
81:12 84:21 110:8

**documents** 42:2
70:18 95:20

**door** 32:23 87:10

**doors** 96:7,9,11,14,
17,20

**dot** 92:8

**double** 24:8 42:17
43:6,8 96:14

**doubt** 38:22

**downloading** 42:2

**dozen** 31:16

**draw** 73:13

**drink** 12:19

**dual** 96:9

**Duckett** 7:13 9:7
35:24 42:10 62:7
72:11 110:11 111:23

**due** 7:6 8:22 47:8
54:25 65:12 66:12
91:13

**duly** 10:19

**dusk** 80:9,21,22
82:17 83:19 85:2
94:8

**dusk-to-dawn** 84:17

**dwell** 16:15

---

**E**

**earlier** 113:2

**early** 112:10

**east** 9:5 31:16 32:13
33:4 47:21,24 51:5
53:23,25 55:2,18
83:10 88:23 89:4
90:8 101:20 103:19

**Easter** 98:12

**easy** 62:22 109:23

**eat** 22:20

**eating** 40:5 52:15
112:11

**edge** 91:14

**education** 15:11

**effect** 63:11

**effective** 62:14 63:11

**elected** 16:8

**election** 69:21,22

**electronically** 57:10

**email** 56:20 71:6
102:21

**Emma** 38:23

**employ** 16:12

**employee** 89:5 91:7 100:14

**employees** 16:13 89:13

**employer** 17:6

**employment** 46:3

**empty** 25:21

**enacting** 82:15

**end** 11:13 34:23 41:24 43:18,19,23 50:3,20 78:9 84:19 108:17

**ending** 108:22

**enforcement** 97:11, 14 99:16

**enforcing** 89:14

**engage** 76:20

**engineer** 17:22

**ensuring** 101:17

**entail** 17:16

**Entex** 16:2,17

**entitled** 56:22 62:13 65:5 76:14 110:9

**entrance** 32:11 33:3 69:6,10 96:2,7,18

**entrances** 31:5,6 95:25

**entranceways** 32:17 33:8

**enviable** 49:4

**Episcopal** 48:18

**equal** 26:25

**equation** 100:9

**erecting** 83:18 107:8

**escorted** 96:23

**escorts** 105:19

**essence** 21:15 30:14 54:3

**establish** 63:20

**establishment** 87:11,13

**establishments** 20:13 21:25 22:6 50:24 86:25

**estimate** 36:10 93:3

**event** 43:10,15 45:9 50:25 61:22 71:20

**events** 24:3,10 34:6 44:18 46:25 76:22 98:8 100:19

**exam** 94:21

**EXAMINATION** 10:22 112:8

**exception** 29:13

**excess** 106:6

**exchange** 105:16

**excited** 72:3

**excitement** 52:19

**exclusively** 69:18

**executive** 61:5 68:3, 12

**exercise** 77:15 82:4

**exhibit** 19:6,12 27:5, 8,17,23 28:10,17,21 29:2,18 30:19 38:17, 21 39:8 42:4,7 47:11, 12 53:9 56:14 62:8,9 64:10 69:24 70:4 74:11,12,14 75:2 79:5 80:3 81:13 84:23 85:7,10 86:9, 18 88:22 89:3,19 94:3 95:20 110:13 111:9,18,21,24

**exist** 63:13

**expect** 11:14

**experience** 18:14

**Explain** 52:25

**explanation** 76:8

**express** 61:14

**expression** 76:23

**extend** 38:5 53:20

**extended** 31:2

**extends** 54:2

**extent** 15:10

**exterior** 54:24 80:8 84:24 112:21,24

**extra** 100:10

**eyes** 40:25

---

**F**

**F-I-S-H** 72:13

**faces** 86:16

**facility** 56:22 57:25 62:13 63:10 64:11,23 68:5 76:19 78:13,23 80:20

**fact** 51:22 112:14

**factors** 66:12,19

**fair** 12:5,21,22 17:23 21:23 28:13 29:3,6, 14 30:15 32:7 33:10 35:11 40:20 41:5,17 49:5 50:19,23 51:2,4 52:3 74:4 77:23 87:2

**fairly** 19:25 28:11 68:21 91:20

**faith** 73:13

**Falk** 7:4 9:2

**fallen** 97:14

**familiar** 22:12,13 57:20 102:9,13

**familiarity** 54:9

**families** 98:13

**family** 14:7 105:16

**fashion** 13:11

**father** 18:6 106:4

**February** 55:8,10

**federal** 7:21 48:17 99:13

**feel** 13:21 61:16

**feelings** 12:2

**feet** 99:25 109:18

**felt** 55:16 59:5,10 61:6,12 65:21 75:11, 12 76:11 81:9 83:2 103:11

**fence** 31:18 33:13 61:20 67:5

**fencing** 32:3,4,11,25 33:3 94:13,15,17 112:22

**festival** 24:8 42:18 43:7,9

**fiber** 56:4

**field** 16:13

**figure** 86:8 99:9

**figured** 13:13

**file** 27:9

**fill** 50:10

**final** 105:20

**finally** 64:14

**finance** 99:9

**find** 110:23

**fine** 67:8 109:2

**finish** 15:17

**finished** 15:4,12

**Fish** 72:9,13

**fit** 44:20 93:2 97:21

**fix** 42:15

**fixed** 102:3

**flag** 104:12

**flagpole** 97:7

**Flat** 14:18

**floats** 34:24 37:7

**flooded** 58:24

**Floyd's** 66:16

**fondness** 14:6

**food** 45:20,23 53:12, 13

**foot** 53:5 105:21

**football** 23:14 24:7

**Forever** 86:2

**forgot** 23:4

**form** 13:10 31:11 60:19 63:14 74:7 105:14

**fortune** 11:2

**four-or-less** 68:14, 20

**frame** 59:4

**franchise** 17:21

**free** 89:15 90:17 91:5

**friction** 67:2

**Friday** 8:23 23:10

**front** 11:13 41:24 65:24 68:2 78:14 79:18 86:13 99:19 104:11 105:2

**frozen** 22:10,16 40:5, 9 48:4

**full** 10:4 54:2

**full-time** 16:12

**fully** 11:16

**fun** 109:17

**function** 44:6

**funding** 100:18

**funeral** 104:25 110:10

**future** 83:22

---

**G**

**gaining** 94:13

**game** 23:14 93:18

**games** 92:2

**garage** 25:8,14,24 29:14 30:13 92:24,25

**garbled** 10:6

**gas** 15:25 16:20 17:2

**gates** 32:12,16,22,24 33:6 83:5

**gather** 95:19 97:19

**gears** 56:12 62:4 106:10

**general** 13:6 49:23 55:9 56:10 82:25

**generally** 13:2 18:14 30:22 54:10

**geographically** 20:3

**George** 66:16

**get all** 62:22

**Gillespie** 107:21

**girl** 38:24 112:11,15

**gist** 59:15

**give** 12:19 21:12 65:7

**giving** 109:19

**glad** 12:2

**glass** 87:10

**God** 85:25

**good** 7:2 10:24 11:4, 12 13:13 15:14 18:10 19:4 22:20 35:3 52:23 63:3 71:24 73:3 101:8 102:5 109:16

**Google** 19:21 27:6 29:22 30:10 92:20

**gosh** 14:16

**Gourmet** 21:10

**governing** 41:16

**government** 99:13

**grab** 59:20

**Graduate** 37:11,16, 18 91:15 93:9

**Grady** 86:25

**grassy** 31:17 97:3

**gray** 15:3

**great** 14:20

**Greta** 7:13 9:7

**grew** 14:4,5

**Grocery** 44:3 50:4

**ground** 56:23 99:25

**grounds** 30:23 31:9, 12 32:2,14 33:14,20 37:6 40:6,12,20,23 44:18,21 45:21 46:12 54:22 56:24 58:2,7 61:18 65:5 68:16 69:9 74:10,15,21,22 80:8 81:10,17 82:17 83:3,6,19 84:15,16, 25 85:3 94:8 101:19 102:11 112:15

**group** 61:15 98:20 107:19

**grow** 13:23

**growing** 19:3

**Growler** 87:22 88:2

**grown** 19:10

**Guard** 101:21

**guess** 34:21 36:11 39:5 47:18 51:2 53:11,24 56:7 63:18 97:20

**guidance** 78:5

**H**

**hand** 17:25 39:16

**handing** 27:20 70:3

**happen** 55:6 84:5 106:8

**happened** 15:5 37:14 59:5 66:25 77:18 102:22 103:8, 20

**happy** 68:21

**hard** 18:11 43:17 58:19 80:16 109:19

**hard-asses** 110:2

**hat** 18:11

**hazard** 59:14

**head** 68:9

**heading** 88:9

**headquartered** 9:5

**hear** 51:23 58:15

**heard** 98:12

**hearing** 78:17

**held** 8:20

**helped** 25:10

**Hervey** 104:5 105:11,16

**hesitate** 12:19

**hiding** 19:20

**high** 15:4

**high-end** 50:4,14

**Highway** 14:12

**Hinton** 21:13,14

**historical** 40:24 107:5

**History** 55:2 83:13 108:5

**hit** 16:16

**Hold** 59:22

**holding** 104:12

**holds** 58:10

**Hollowell** 26:13

**home** 13:23 15:20 19:2 82:21 89:13

**homecoming** 24:15

**honest** 73:15 106:16

**honored** 75:21

**honoring** 97:11

**hoops** 41:21,23

**hopping** 52:11

**hosted** 35:5

**hosts** 35:4

**hotel** 37:12,16,18 91:17,19,20

**hour** 94:22

**hours** 89:8 100:10,24

**House** 88:14

**housed** 45:18

**housekeeping** 109:13

**houses** 30:4

**huge** 103:24

**humble** 18:20

**hurt** 11:25

**I**

**ice** 22:16

**idea** 18:10 71:24 73:3 87:20

**identification** 19:7 27:18 28:18 29:19 38:18 42:5 56:15 62:10 69:25 85:8 110:14

**identifying** 38:24

**image** 27:8 29:22,25 42:19

**imagery** 28:9

**images** 27:7 42:17

**immediately** 81:18 88:11

**impeded** 65:25

**impeding** 59:12

**in-house** 101:5

**include** 74:17,21 85:3 99:14

**included** 84:17

**including** 56:21

**incorporated** 7:6 9:4 58:6 79:15

**increasing** 99:10

**indirectly** 12:14

**individual** 18:18

**infrastructure** 17:19 46:5,17

**initial** 18:3

**input** 67:22

**inquire** 54:13

**inside** 22:17 54:23 61:20

**insight** 13:6

**installed** 38:7 55:3

**installing** 16:21 83:5

**instance** 101:12 103:17

**interact** 86:6

**interest** 12:13

**interject** 12:12

**Internet** 10:2

**interrupt** 51:10

**interrupted** 66:2

**intersection** 36:5

**intoxicated** 83:2

**introduce** 9:9

**inviting** 40:23

**invoice** 102:17 103:10,17

**involve** 105:21,25

**involved** 13:9 101:7 106:7,24 108:6

**iron** 32:4,10,25 61:20 94:13,15

**issue** 24:9 25:4,6 60:16 75:16 78:14 81:9 82:7 98:23 103:24

**issues** 66:11 76:22 77:11 81:6,8 82:13, 14 93:6

**item** 99:14 100:7

**items** 101:6

**J**

**Jack** 9:11 10:25 27:14 39:2 63:2 94:18 102:2 108:11 110:25 113:4

**Jackson** 9:12 14:17 20:14 23:20 47:22,24 51:5 53:23,25 108:9

**jailer** 15:21

**January** 8:24 64:15

**jaywalking** 82:8

**Jeff** 47:7

**Jefferson** 36:8 37:20,21 93:21

**job** 15:21 18:18 19:4 52:23 67:17 75:23

**Joel** 26:13

**John** 8:14 9:13,15

**Josh** 108:23

**Joshua** 9:14

**judge** 18:7

**judges** 33:23 96:21

**July** 62:14 63:11,14 64:12 68:19 70:25 84:12,14

**jump** 41:21,22

**jurisdiction** 46:11, 13 82:4

**juror** 13:14

**justice** 18:7

**justification** 82:15

**K**

**keeping** 102:5

**kid** 106:2

**kids** 23:21 35:15 52:10,15 53:3 98:13, 15

**killed** 106:3

**kind** 23:17

**knew** 103:6

**knowledge** 12:4 27:2 29:9,10 38:16 49:16 54:25 83:20 105:5

**L**

**labeled** 8:12

**lack** 52:11 97:2

**lady** 38:23

**Lafayette** 8:15 9:17 14:3,4,22 15:21 18:7, 25 19:2 20:9 26:6,24 54:22 56:24 57:15 82:16 85:24 86:11 89:22 90:25 91:9 94:4 96:3 107:10

**laid** 29:8 30:23

**Lamar** 26:4 36:4,6,7, 13,17,19 37:5,11,20, 21 81:22,24 82:5,10 86:16,20 87:6 93:6, 19 96:4 101:20 102:11

**language** 69:15 78:22 79:15 80:20

**large** 87:5

**Larry's** 50:16

**late** 87:19

**law** 13:12 97:11,14 99:15 108:15

**lawn** 70:24 71:12 73:6,12 97:16,22 98:9,14,19

**lawyer** 18:18

**laxing** 61:12

**layout** 17:5,24 28:12

**lead** 17:18

**leading** 46:25 87:11 105:7

**leads** 33:8

**leaks** 16:21

**leaps** 19:3

**leaving** 26:17

**led** 105:2

**left** 44:13 47:6 86:22 102:15

**left-hand** 19:22 22:11 27:22 30:9 38:22

**legal** 7:4 9:3

**Leo's** 48:21

**level** 107:7

**Library** 48:25 49:2,4, 9 53:7,10

**license** 69:22

**light** 11:17 46:2 55:4

**lighting** 93:19,25

**lights** 37:25 38:3,7, 14 39:14,22 40:5

**limit** 68:14

**limits** 14:2

**lines** 16:20,21 17:2,3 60:15

**link** 45:6 110:10

**links** 42:13,17

**Lisa** 78:7

**listen** 11:19 76:8,10

**listened** 67:20

**listening** 54:4

**live** 14:10,11,15,18 44:9

**lived** 10:25

**lives** 18:19

**Local** 104:14

**located** 25:14 26:22, 23 92:22

**long** 10:25 11:12 14:16 15:18 25:18 32:5,8 53:8 57:7 61:15 75:12 77:19 88:6 97:24 106:17

**longer** 108:5

**looked** 84:23

**loosen** 59:6

**lost** 101:21

**lot** 12:9 15:15 18:21 19:9 20:12 22:6,8 23:15 24:9,25 30:14 41:4 43:11,13 45:16 46:4 52:15 61:10 65:16 66:11 67:2,6 82:24 90:24 91:2,8 92:21 93:19 98:16

**lots** 25:21

**love** 83:11

**low** 10:3

**lower** 27:22 28:21 38:21

**lowering** 39:11

**lucky** 19:14 108:14

**lunch** 94:22

**lying** 35:10

**lynched** 107:10

**M**

**made** 64:19 83:21

**main** 72:8

**maintain** 14:12 17:19 82:3

**maintained** 16:19

**majority** 26:18 52:9 53:3 68:9

**make** 9:25 10:7 12:20 59:3 62:23 72:11 73:8 75:15 95:24 98:7 110:5,21 111:14,23

**makes** 21:20 56:7

**man** 73:5 100:10,24 104:10

**manages** 52:19 54:8

**manner** 76:24 77:3

**manpower** 75:16 80:17,22 101:15 102:19 103:14 105:11

**map** 19:25 25:13,17 27:8 28:10 35:12 36:3,20 37:19 47:13, 23 54:3

**maps** 17:5 19:21 27:6 30:10 92:21

**march** 62:15 101:23 102:10,13

**marching** 34:24 105:4

**marked** 19:6 27:17 28:17 29:18 30:20 38:17 42:4,7 56:14 62:9 69:24 81:12 85:7 89:19 110:13

**marker** 30:9

**marriage** 69:22

**massive** 99:19 101:7

**matter** 8:14

**mayor** 17:22 41:15

**MC** 16:12

**Mccutchen** 47:7 70:21

**Mclarty** 7:1 8:1,14 9:1 10:1,18,24 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1, 11,20 28:1,20 29:1, 21 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1,20 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1, 21 52:1 53:1 54:1 55:1 56:1 57:1,20 58:1 59:1 60:1,8 61:1 62:1,12 63:1,7 64:1 65:1,3 66:1 67:1 68:1 69:1 70:1,3,23 71:1,8 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1,14 110:1 111:1 112:1,3,10 113:1,17

**meant** 42:8 108:19

**measure** 109:13

**measurements** 19:24

**media** 8:11

**meet** 18:21 73:18 107:14

**meeting** 64:15 70:24 73:22 74:2 107:15 108:3

**meetings** 71:12,14

**members** 107:19

**memorial** 58:9 59:11 61:8 65:24 69:4 77:12 102:15 103:23 104:11

**memorialization** 111:13

**memorializing** 107:9

**memory** 85:22

**mention** 58:12

**mentioned** 49:21 66:5

**met** 13:4 18:22 61:4 107:21,25

**middle** 20:8 79:25 89:24

**Midtown** 35:18 36:2

**mile** 36:11

**military** 97:12

**mill** 49:15

**millage** 99:10

**milling** 45:14 51:7

**mind** 11:18 19:11 66:21

**mind-reading** 39:7

**mine** 18:10

**minimize** 41:20

**ministers** 71:15

**minute** 11:24 20:4 51:10 63:23

**minutes** 65:11 80:9 84:25 95:2,6 98:2 106:18

**misquoting** 79:14

**Mississippi** 8:16,18

9:18 13:25 14:5,7 26:19 53:12 101:14, 18

**misspoke** 113:2

**misstate** 66:6

**mistaken** 46:23

**mix** 22:8

**mode** 39:7

**moment** 30:3 53:17 108:23

**momentarily** 32:12

**Monday** 107:15,16

**monetary** 105:16

**money** 99:13 100:9, 23,25 101:8

**monitored** 54:17 56:2

**monitors** 56:6

**Monroe** 25:15,20 88:23 89:25 93:21

**months** 58:20 106:22,25

**monument** 31:3 61:19 106:11

**morning** 7:3 10:24 107:16 112:11

**motivated** 76:21 77:10

**motorists** 38:15

**move** 27:4 31:22 62:20 63:9 100:25

**moved** 16:4 19:10 77:21 79:5

**moving** 74:25

**music** 44:9

**musicians** 44:14

**N**

**National** 43:24 101:21

**natural** 15:25 16:20

**nature** 16:22 69:23 75:25

**needed** 59:6 75:7,14 76:11 78:14 81:10 99:25

**Neilson's** 21:8,12

**nice** 43:14 91:20

**night** 13:12 23:11 50:11 52:10 53:24 80:16 83:3,7 112:12, 16,24

**nightmare** 52:24

**nights** 53:6

**nighttime** 23:7,10 93:7 112:20

**Ninth** 48:15,16

**normal** 52:6,8

**north** 25:15,20 31:5, 13 32:13 33:2 36:3,6, 7 37:11,20,21 55:5 86:20 90:22 91:2,7, 13 93:6,19 96:11,17 97:3,15,21 98:9,14, 19

**northeast** 93:8,11

**northerly** 97:4

**northern** 8:17 43:19 47:25 91:14

**northwest** 15:6 93:10

**notice** 104:3

**number** 8:12,18 21:24 57:11 86:24 93:4 111:18,21

**numbers** 57:3

**numerous** 66:25

**O**

**O'DONNELL** 8:3 9:16,17 13:4 27:13, 24 31:10 39:2,9 57:4, 9,17 60:18,23 62:25 63:5 64:9,25 74:6 94:18,20 95:5 101:25 105:13 108:10,25

110:25 111:7,15,17, 20 112:5,9 113:3,15

**oak** 31:17

**object** 31:10 60:18 74:6 102:2 105:13

**objection** 8:8 102:3

**observe** 104:21

**occasions** 100:16

**occur** 82:9 83:23

**occurred** 71:20

**octagon** 30:25

**off-the-record** 10:13 59:25 64:3

**office** 18:20 26:11 30:5 55:7,8 56:2 58:23 86:25 103:13 105:18

**officer** 97:14

**officers** 82:7 97:11 99:16

**official** 79:15

**older** 14:24 98:16

**oldest** 35:15

**Ole** 15:8

**ongoing** 66:11

**OPD** 56:5 105:19

**open** 83:8 87:19 92:17

**open-ended** 23:17

**openings** 32:15,25 83:5

**opinion** 41:7 52:21 59:15 65:15 67:7,12, 16 73:2

**opportunity** 18:21 98:25

**opposed** 27:7

**option** 83:11

**orange** 92:8

**oranges** 94:2

**order** 13:12 32:22

56:22 75:20 83:15

**orders** 113:12

**organization** 35:9

**organized** 61:22

**orienting** 43:17

**out-of-court** 12:8

**overrun** 25:12

**overseeing** 107:22

**overtime** 99:15,23 100:8,15 101:9

**owed** 103:12

**owns** 81:16

**Oxford** 10:25 13:24 16:5,14,24 17:15,20, 22,24 19:19 24:20 25:7,19 28:12 35:4 38:2 46:3 47:4 52:18 54:7,17 72:18 81:8 91:15 93:10 103:10

**P**

**P-L-U-N-C-K** 85:19

**p.m.** 95:13,16 109:6, 7,8,11 113:10,18

**paid** 90:7 101:9 103:11

**Palace** 85:16,18

**panes** 87:10

**parade** 34:11,17,19, 22,23 35:5,13,17 36:12,15,21 37:12,15

**parades** 37:7

**Pardon** 87:15 111:19

**parents** 52:15

**park** 25:2 31:19,20 89:6 90:5,13 91:10

**parked** 25:9 89:16 90:16 93:8

**parking** 25:4,7,14, 21,24 29:14 30:13,14 33:22,25 43:13 89:5, 6,14,15,25 90:2,7,9, 10,17,24 91:2,7,8

92:21,22,24,25

**part** 14:20 21:3,16 30:25 41:16 51:4 71:5 76:16 84:17 92:16 99:16 107:18 109:16 110:3

**participants** 8:22

**parties** 7:16

**passionate** 67:4 72:5

**past** 27:4

**pastor** 72:17

**path** 15:13,15 69:13

**paths** 11:3

**pavilion** 102:12

**pay** 91:4

**pedestrian** 47:9,18 52:23 59:12 81:6 82:13 93:6 112:21

**pedestrians** 33:9

**pending** 7:24 83:16

**people** 18:22 19:4 21:19,25 22:9,25 23:2 24:9,21,22,23, 25 25:11 33:13 35:3, 7 37:4 40:11 41:4 42:20 43:11 44:17,20 45:14 49:14 50:24 51:6 53:2 58:9 59:7, 10 61:7 67:4,6 69:5 73:17 77:13 80:25 82:24 89:6 90:5,13 91:10 97:18 110:2

**percent** 59:19

**perform** 44:10

**perimeter** 32:2 45:17 81:19 94:10 112:23

**period** 75:8

**permit** 59:2 61:9,10, 23 65:12,25 71:14 76:11,17 78:12,18,23 104:4

**permitted** 38:11

**permitting** 97:17

**person** 58:8 104:15 106:9

**personal** 65:15

**personally** 41:3,8 47:21 67:25 104:21

**pertinent** 76:15

**Peter's** 48:17

**phone** 71:23 72:2

**photo** 86:22,24 98:24 112:11,12,13

**photograph** 29:4 38:25 39:4,21 40:4 42:25

**photographs** 41:22

**phrase** 67:11

**pick** 66:13

**picture** 28:25 40:8 43:24

**Pig** 22:18 88:15,18 93:12

**Pine** 14:18

**pink** 92:8

**pipes** 17:4

**place** 22:20 34:7 40:23 49:7 58:5 69:16,18 73:12,15 76:24 77:3 84:10,12 87:14,16,22 88:3,11, 19 91:25 93:22 98:4, 9 105:20

**placeholder** 111:2

**plaintiff** 7:25 9:13,15 32:21

**plaque** 107:9

**play** 44:14 104:18

**played** 104:19

**pleasing** 41:2

**pleasure** 78:9

**plenty** 80:21

**Plunck** 85:16,18 86:7

**point** 17:17 18:6 25:18 40:15 75:4

76:15

**points** 16:17 47:6

**poles** 55:4

**police** 47:7 52:18 54:7,17 55:18 70:21 82:7

**policy** 57:25 58:5,7 61:7,13 62:13,17 63:10,21 64:11,23 67:13 68:5 78:13 80:20 112:17,25

**political** 18:20

**poorly** 35:2

**popular** 22:23 49:6 50:24 93:9

**populate** 37:6

**populated** 21:24

**position** 16:18 67:21 78:10

**posted** 64:21

**power** 45:22 46:6 59:20 73:5

**practice** 7:8

**practiced** 109:25

**pray** 73:17

**prayer** 70:24 71:12, 14 73:5,22 74:2

**precedence** 21:21

**precise** 19:24

**prefer** 95:5

**prepare** 12:23

**prepared** 13:3 103:21

**presented** 63:19 64:14

**presently** 107:13

**president** 16:10

**press** 94:23 95:6

**pretty** 17:7,25 18:2 19:4 22:20 49:6 52:2, 22 72:4 92:5 101:7 102:5

**prevents** 94:8

**previous** 39:25 75:11

**previously** 81:12 89:19 90:15

**Price** 36:6,8

**pride** 41:11,17

**primarily** 69:16

**principle** 16:25

**print** 99:13

**prisoners** 96:23

**problem** 42:9

**Procedures** 7:22

**proceed** 27:12

**proceeding** 13:17

**process** 11:8 69:22 75:12 77:21 78:23 99:4 108:6

**procession** 101:18 105:2,7,12,22 106:5 110:10

**produced** 70:13

**product** 17:2

**professional** 59:15

**prohibited** 80:9 84:25

**project** 55:4 107:22

**proper** 8:6

**property** 30:25 90:25 104:4

**proposed** 68:18 76:18 79:9

**protect** 12:13

**protected** 76:21

**protest** 59:8 77:16

**protests** 66:12

**Proud** 50:16

**provide** 38:14 46:6 100:18 105:12

**provided** 62:21

**providing** 101:15

**provision** 65:4,6 68:15 78:20 79:8,10 80:4

**public** 83:18 96:18

**pull** 19:13 53:9

**pulled** 19:20

**purpose** 64:17

**pursue** 83:11

**put** 18:11 27:9,21 47:5 55:22 67:21 83:21 84:7 110:8

**Q**

**quadrant** 50:16

**quarter** 36:11

**question** 11:17,22 13:8 23:17 33:17 40:2 73:10 81:5 84:19 99:21 112:19

**questioning** 113:8

**questions** 11:15 98:22 109:15 112:2,6 113:6

**quick** 28:15

**quickly** 59:21 103:21 104:18 110:17

**R**

**R-O-B-I-N-S-O-N** 72:14

**Rafters** 48:23

**raised** 13:24

**Rash** 8:14 9:13,15 70:5

**reach** 83:13

**react** 65:17 67:10

**read** 70:8,10

**reader** 11:18

**reading** 54:3 57:16

**reads** 75:4 76:15 80:7

**ready** 45:5

**real** 59:21 104:18 110:16

**reason** 51:5

**reasonable** 12:20 76:24 77:3

**reasons** 66:17

**recall** 46:22 47:3 60:8 65:5 68:13,19 74:3 78:19 84:9 93:2 97:9 98:16,18 99:23 100:20 101:12 106:20,21 107:4

**recalling** 49:10

**received** 110:12

**recently** 25:7 78:21 79:15,16

**reception** 18:9

**recess** 51:15 95:12 109:7

**recognize** 43:5

**recollection** 47:17 56:6 62:6 71:4

**record** 7:11 9:25 10:12,16 51:14,18 59:24 60:5 63:23,25 64:7 95:11,15 109:6, 10 110:5,7,22 113:9

**recording** 7:18

**rectangles** 25:18

**red** 88:12

**reenactors** 105:3

**refer** 106:18

**referred** 79:11

**reflect** 67:13

**reflected** 64:22

**reflecting** 64:12

**reflective** 111:9

**reflects** 110:22

**refresh** 71:3 85:22

**regular** 34:7,9

**regulations** 26:15

**related** 24:23 100:13 103:8

**relates** 77:5

**relayed** 61:2

**religious** 73:5

**relocation** 77:13

**remarkable** 29:13

**remarkably** 19:11

**remember** 25:8 31:21 32:8 33:24 44:7 48:22 58:19 61:18 68:23 78:17 79:16 83:12,25 88:7 92:14 96:6,17 98:20 103:7 106:23

**reminds** 82:20

**remote** 7:18

**remotely** 7:12,15 8:22

**Renasant** 48:9

**repairing** 16:21

**rephrase** 11:23,25 101:22 103:12

**reporter** 7:12 9:7,20 113:11

**Reporting** 7:6 9:4,8

**represent** 20:2

**representation** 29:6

**represents** 28:12 111:10

**request** 99:7

**requests** 59:2 61:11 65:23

**require** 61:23

**requirement** 76:17

**requires** 84:4

**research** 76:2,5,9

**researching** 75:25

**reserved** 33:22,25

**resistance** 69:14

**respect** 98:5 105:18

**respond** 11:16

**responsibility** 11:15 46:18,19

**responsibly** 52:20

**rest** 80:17

**restaurant** 49:19,22 50:4,17 53:11 91:21 92:12

**restaurant/bar** 48:24 49:3

**restaurants** 22:7

**resting** 105:20

**restrict** 33:19

**restriction** 33:20 77:4

**restrictions** 8:23 59:6 76:25 80:5 84:22

**restroom** 12:18 51:11

**rests** 77:24 78:2

**result** 10:6

**retail** 21:5,11,17,18, 24 22:5

**return** 94:3

**returned** 30:19

**returning** 81:11

**review** 62:18 99:8

**reviewed** 62:15 64:16

**revisions** 64:13

**revisited** 68:14

**rifles** 101:3

**right-hand** 44:3

**rights** 33:13

**Rikard** 107:20

**road** 14:15,18 47:8, 20 67:19

**roads** 23:22 47:17

**Robinson** 72:9,13

**Rooftop** 92:18

**room** 7:10,14 68:11

**rotation** 80:15

**rotations** 81:4

**row** 49:9

**Rule** 7:21

**rules** 7:22,23 12:9

**run** 18:4,19 35:6

**runs** 47:24 87:6

**S**

**safely** 97:21

**safety** 59:14 81:9 103:24 105:12

**Saint** 48:21

**salary** 100:12,13

**sandwich** 88:19

**Santa** 34:22 98:17,18

**sat** 104:10

**satellite** 27:7 28:9 29:4,22 81:13 94:5 95:21

**satisfying** 18:15

**Saturday** 23:11

**scale** 24:16,17 32:22

**scene** 112:13

**school** 14:21,22 15:4,12 52:13 108:15

**scope** 80:5 84:22

**screen** 10:4 13:18 19:15 27:12,21 28:3, 22 31:23 35:25 42:14,21 44:14 45:6 47:14 56:18,19 89:20,24 95:22 104:13,14 110:16

**screenshot** 110:18 111:8

**scroll** 70:8

**scrolling** 65:3

**Search** 30:10 92:20

**seated** 12:11

**section** 51:5 75:2 77:6

**secured** 83:6

**security** 101:16

**selection** 88:7

**Senatobia** 15:7

**sending** 103:10

**sense** 56:7 98:7 111:14

**sentence** 80:7

**sequence** 62:7

**series** 70:18

**serve** 18:24 53:12,13

**service** 17:6

**serving** 45:23

**session** 52:5,8 61:5 68:4,12

**set** 20:3 43:12 45:22 96:10

**sets** 81:2

**severity** 7:7

**sewage** 17:13

**sewer** 16:7 17:15,20

**shame** 29:17

**share** 12:25 28:3 45:6 85:10 110:16

**shared** 56:17

**sharing** 74:13 89:18 95:20 104:13

**sheriff** 33:22 55:2,18 60:25 62:2 67:19,22, 25 68:11 70:20 75:10,14,18 77:20,25 80:13,16 81:5,9 83:2, 10 84:4,13 99:6 100:11 101:4,13 102:16 103:19,20

Index: sheriff's..sworn

**sheriff's** 15:22 56:2 61:3 70:5 76:10 78:3, 6 80:12 99:5,17 103:9,13 105:6,9,17, 18

**Sherry** 26:12 56:21

**shift** 56:12 106:10

**shifts** 80:15 81:2

**shop** 22:5

**Shopping** 35:18 36:2

**short** 38:24 95:3,7

**shorten** 76:16

**shortest** 40:19

**shoulder** 27:14

**show** 27:11

**showed** 28:10

**showing** 70:12

**shown** 112:10

**side** 31:2,4,5,16 32:13 33:4 36:16 43:23 44:8,13 53:16 55:5 67:5 75:15 81:23 86:22,23 87:12 88:24 89:4 90:9,23 91:2,7,8 96:2,11,17 97:3 104:2

**sides** 37:5,10

**sidewalk** 31:6,18 65:25 81:19 112:21, 22,24

**sidewalks** 31:13,15 94:11,14

**sight** 93:18,24

**sign** 48:9

**significant** 86:8

**signs** 33:12,19,21, 24,25 83:18,21 84:7 91:6

**simply** 11:14 110:18

**simultaneous** 23:24 46:15

**sin** 35:23

**singing** 105:4

**sir** 11:7 13:11,19 14:9,23 17:9,10 18:2, 23 19:16 20:6,11 22:22 23:8,19 24:14 25:3 26:2 27:3 28:7, 14 29:11,15 30:7,12, 16 31:7,20,24 32:9, 24 34:5,9,12,18 35:3 37:17 38:6,12 39:13, 23 40:7,13,21 41:14 42:22 44:19,25 45:13,15 46:12,21 47:4,15 48:6,10 49:12,17 51:2,24 52:17 54:5,14,19 55:11 56:11,19 57:22 58:16 66:18,19 68:3 69:20 71:5,13 73:20, 23 74:16 76:4,7 79:7 84:11 85:20 87:4 88:14 89:21 90:4 91:12 92:3,6,9,18,24 94:6,19 95:23 96:9 97:6,8,23 102:20 104:8,24 105:5,24 106:13

**sister** 71:10 73:23

**situated** 85:4

**sizable** 101:8

**sleigh** 98:21

**slots** 90:2

**small** 61:15 101:5

**smaller** 33:5

**Smitty's** 29:16

**social** 7:8

**society** 67:2

**software** 56:5

**soldier** 68:25 102:10

**solely** 78:2

**solve** 42:9

**sort** 12:7 21:16 52:19 76:2

**south** 14:12 31:2,4, 14 32:13 33:2 36:17, 19 37:16 43:23 44:8 48:20 55:5 69:6,10

86:20 88:9,24 89:25 91:8 96:2,4 101:20

**southeast** 50:15

**southern** 50:3

**southwest** 87:11

**southwesterly** 93:12

**space** 41:5 87:2 97:3

**speak** 10:20 11:20 37:9 38:4 41:3,19 73:21,25 75:22 86:5 108:23

**speakers** 23:24 46:15

**speaking** 35:23

**specialist** 9:3

**specialty** 88:3

**speech** 76:20

**speed** 15:19

**speeding** 82:9

**spell** 72:10

**splash** 110:19

**spoke** 72:2 82:13,14

**spoken** 73:24

**spots** 33:22 55:19 89:7 90:10,11

**square** 19:18 20:2, 10,17,18,19,20,22,25 21:17,19,23 22:2,7,9, 12 23:9,16 24:20 25:11 28:13 29:5,7 30:21,23 32:6 34:7 36:14,16 37:25 40:17,19 43:14,20 45:12,18 47:2,22 49:10,13 50:2,25 51:23 52:2,15 53:4, 16 54:16 56:9 69:12 80:19 81:7,14 92:4 93:17,23 94:10 105:23

**St** 48:17

**stab** 44:23

**stage** 43:20 44:5,6,7,

15

**staged** 55:23

**stamps** 57:7

**stand** 44:2 61:7 65:23 106:14

**start** 8:11 15:17 79:22

**started** 15:13 35:18 107:24

**startle** 39:20

**startled** 40:3

**state** 33:21 55:15 72:22 79:14

**state's** 7:23

**statement** 45:2 51:3 70:23 80:23

**states** 8:16 58:14 65:19

**stating** 104:17

**statue** 101:19 105:3

**stature** 26:25

**status** 107:12

**stay** 91:25

**stayed** 61:17 91:22

**stays** 87:19

**steps** 97:5

**sticks** 97:13

**stipulate** 7:16

**stood** 37:11

**stop** 11:23 12:17,18

**stops** 98:6

**store** 21:5,11 39:18

**street** 9:6 31:15 36:6, 8 48:15,16 103:23

**streets** 29:7 46:25

**stretch** 53:7

**strictly** 100:13

**Strike** 58:4

**strong** 35:9

**structure** 91:14

**structured** 91:3

**student** 103:22

**stuff** 24:6 75:25

**subheading** 75:3 76:13 79:9 80:5

**subject** 76:23

**submit** 104:16 111:4

**submitted** 75:5 102:17 103:17

**succeeded** 85:11

**successfully** 56:17

**sue** 32:21

**suggesting** 76:22

**suit** 35:9 76:12

**sun** 81:2

**superintendent** 16:6 17:12,14

**supervisor** 16:8 17:12 38:9 45:25 46:9 84:3 102:25

**supervisors** 18:4 26:16 63:20 67:17 78:15,17 79:2 83:9 99:8 100:17,21

**supervisors'** 30:5

**supply** 45:22

**surround** 94:11

**surrounding** 19:19 20:3 21:17 29:5,7 74:23 81:18

**surrounds** 81:23

**survived** 20:16

**survivors** 105:10

**suspense** 95:19

**swanky** 92:5

**swear** 7:14 9:20

**swearing** 7:18

**switch** 62:4

**sworn** 9:22 10:20

**system** 14:22 17:10, 13 26:20

**T**

**takeout** 48:23

**takes** 41:11

**taking** 44:23 98:4 109:23

**talk** 71:21 108:18

**talked** 65:11 83:10

**talking** 37:3 53:17 94:12 101:23 108:12

**Tallahatchie** 21:9

**tan** 88:10

**Tannehill** 41:16

**tax** 26:11 30:5 91:4

**taxpayers** 91:9

**Taylor** 14:5,7,10,11, 13 66:24

**tea** 15:24 22:4

**technical** 10:10 42:11,23

**technically** 94:16

**tender** 112:3

**tents** 44:13 45:11,17

**tenure** 102:24

**term** 8:7 16:9 19:23

**terms** 18:13

**testified** 10:21 13:10 60:9

**testify** 12:14

**testimony** 12:8

**Texas** 109:25

**thing** 15:14 97:14 110:7

**things** 16:21 20:14 22:9 56:8 61:3 65:16, 17 66:23,25 67:3,22 69:23 77:18 80:18 92:2 106:8

**thinking** 59:4

**Thompson** 43:25 88:14

**thorn** 104:2

**thought** 18:10 58:10 59:22 71:23,24 101:22 102:6

**thousand** 24:22 35:7 37:4

**three-story** 88:12

**throw** 35:24

**throwing** 34:24 93:4

**Thursday** 23:10

**tickets** 82:8,9

**Tim** 7:4 9:2

**time** 10:12,16 11:2,12 14:14 16:2 18:6 23:17 24:5 25:20 43:17 45:20,25 46:9 51:14,18 55:9 59:4, 24 60:5 61:4 63:25 64:7,16 65:9,14 66:6 67:14 68:10,13 71:7, 22 75:13 76:24 77:3, 14 80:16,19 82:21 88:6 95:11,15 101:5 103:20 106:17 109:6, 10,20 113:9

**time-out** 12:20

**timeline** 62:6

**times** 18:21 24:12,22 30:10 47:6 51:23,25 52:24 58:24 65:16,20 68:4,6 99:24 100:14 107:23

**today** 109:21 112:2

**today's** 12:24 113:8

**told** 11:13 13:11 14:24 23:5 103:19

**Tollison's** 86:25

**Tom** 9:14

**tone** 73:8,9

**top** 57:13 68:8

**topic** 107:5

**topography** 17:5

**tops** 95:2

**torn** 29:16

**tow** 106:7

**tower** 92:22

**towing** 106:4

**town** 52:14 92:2

**tracks** 102:7

**traffic** 23:22 43:14 47:9,19 59:12 81:8 82:8,14 103:25

**train** 101:22 102:5

**travel** 30:10

**trees** 31:17

**truck** 106:4

**trucks** 106:7

**true** 20:5 58:3,10 87:24 96:7

**trust** 17:8

**truth** 10:20,21

**TSG** 7:6 9:3,8

**turn** 36:22,23 47:12 53:23

**turning** 76:14

**tweak** 63:17

**U**

**Uh-huh** 15:23

**uncertain** 11:22

**underneath** 40:4

**understand** 12:5,15 35:14 52:13 60:12 62:16 63:19 73:9 82:23 95:25 111:7

**understanding** 8:7 54:10 63:12 77:2 85:5 103:16,18

**unforeseen** 100:19

**unique** 18:17 26:19, 20

**United** 8:16 65:19

**university** 35:19 36:21,24 37:2 70:21 101:14,17,20 102:12, 18

**university-related** 24:6

**upper** 19:22 22:11 30:9 43:18,23

**upside** 57:12

**upstairs** 50:8 91:21 92:16

**Uptown** 25:16,19 26:4

**urgent** 76:18

**usage** 58:7 75:3 76:14 79:9

**Utilities** 46:4

**utility** 16:13

**V**

**validity** 7:17

**Van** 23:20 53:15

**vandalism** 82:22

**variables** 23:15

**varying** 100:5

**vehicular** 43:14

**vendors** 43:12 45:21,23 46:6

**verify** 62:20

**version** 64:22

**versus** 8:15

**vibrance** 52:20

**vibrant** 21:16 24:20 52:2 56:8

**vice** 16:9

**vicinity** 49:23 56:10

**video** 7:17 9:3 104:19 110:20,22 111:2,5,10,11

**video-recorded**

8:13

**videoconference** 8:21

**view** 55:21 81:13 94:5 95:21

**violate** 112:25

**violation** 66:2 112:16

**violations** 82:9

**visual** 55:21

**voice** 59:9 67:6

**Voices** 104:15

**vote** 77:12

**voted** 63:16,20

**vouch** 19:23

**W**

**Wait** 11:24

**waive** 76:17 77:24

**waived** 77:17

**walk** 40:18 49:14 69:12 94:16

**Wall** 26:12 56:21

**wander** 40:11

**wanted** 9:25 10:7 15:9 55:20 59:7 66:14 108:19

**War** 105:3

**wares** 44:12

**watch** 13:12

**watched** 37:6,12 110:20,23

**water** 12:19 14:12,13 16:5,7 17:3,13,15,20

**ways** 32:11 69:8 99:9

**weather** 97:16

**website** 64:21

**wedding** 18:9

**week** 58:19

**weekend** 23:14 24:24

**weekends** 46:24 52:14

**weeks** 105:25

**well-attended** 46:24

**west** 25:16 31:16 32:13 33:4 36:16,22, 25 47:22 48:6,13 53:15,25

**wide** 33:3

**Williams** 7:25 9:11, 12 10:23,25 19:8 23:12 24:2,18 27:15, 19 28:2,5,19 29:20 32:18 33:15 34:21 35:15 37:9 38:19 39:5,10 40:2 41:7 42:6,12 44:22 46:8 51:9,12,20 56:16 57:2,6,14,19 58:18 59:17 60:7,13,20 62:11 63:3,6,15,22 64:24 65:2,8,10 67:15 68:9,17 70:2, 10 71:19 72:4,20 73:4,14 75:22 77:9 78:7 79:20 81:3 82:19 83:24 85:9,12 93:14 94:19,25 95:8, 17 98:11 102:4,8 104:20 105:15 106:17 108:7,13 109:3,12,24 110:15 111:3,12,16,19,22 113:5,14

**woman's** 39:16

**word** 52:11 59:8 97:2 101:16

**worded** 61:24

**work** 15:25 16:17,23 45:24 46:5 86:5 99:5 108:14 111:6

**worked** 16:3 18:11 80:15 106:4

**working** 17:2,3 68:22

**works** 78:8

**world** 14:20 65:17 110:3

**worth** 52:22

**write** 60:22 65:20

**wrong** 46:11 54:6 96:19 107:8

**wrought** 32:4,10,25 61:20 94:13,14

---

**Y**

**y'all** 62:19 68:14 95:18 108:24 110:17

**yards** 53:8

**Yaya's** 22:10 39:17 48:4 49:23

**year** 15:8 58:20 68:19 97:15 107:2

**years** 15:7 16:3,6 18:8 35:16 36:23 45:21 78:16 82:22 86:3 104:11,12 106:2 107:23 108:2

**yesterday** 13:5

**yogurt** 22:10,16 39:18 40:5,9 48:5 112:12

**York** 9:6 38:23

**young** 34:11 38:23 39:16 106:2

**younger** 11:4

**youngest** 35:16

**Youtube** 104:14

---

**Z**

**zoning** 26:14

**Zoom** 10:5

**zoomed** 29:2 45:9

**zoomed-in** 29:4 95:21