# EXHIBIT 16



RASH_2695