# EXHIBIT 18



RASH_2701