# EXHIBIT 19



RASH_2713