# EXHIBIT 22


