# EXHIBIT 24

## Lisa Carwyle

**From:** Lisa Carwyle
**Sent:** Friday, January 4, 2019 1:35 PM
**To:** Oxford Maker's Market
**Subject:** RE: Oxford Maker's Market December facility use permit application

These dates are approved:
Feb 2
March 2
April 6
May 4
June 1
July 6
August 3
Sept 7
Oct 5
Nov 2

These are not:
Nov 28 & 29
Dec 7

Thanks and I apologize I'm just getting back with you.


Lisa D. Carwyle
County Administrator
Lafayette County
662-236-2717


-----Original Message-----
From: Oxford Maker's Market [mailto:oxfordmakersmarket@gmail.com]
Sent: Friday, October 12, 2018 1:44 PM
To: Lisa Carwyle <LCarwyle@lafayettecoms.com>
Subject: Oxford Maker's Market December facility use permit application

Hey Lisa,
I have attached the facility use permit application for December 7, 2019. I had to send it in a separate message due to attachment size restrictions.

The dates applied for are as follows...

The dates are as follows...

February 2, 2019
March 2, 2019
April 6, 2019
May 4, 2019

June 1, 2019
July 6, 2019
August 3, 2019
September 7, 2019
October 5, 2019
November 2, 2019
November 28, 2019
November 29, 2019
December 7, 2019

Thanks

--
J-MAN & Amanda Heavner
Oxford Maker's Market Directors
oxfordmakersmarket.org
www.facebook.com/OxfordMakersMarket