# EXHIBIT 26

**FACILITY USE APPLICATION AND PERMIT**
**LAFAYETTE COUNTY, MISSISSIPPI**

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: _Universal Television LLC_  DATE: _2/21/19_

CONTACT NAME: _Martin Lane (Loc Mgr)_  TELEPHONE NUMBER: _901.484.3786_

ADDRESS: _460 Tennessee St_
_Memphis, TN 38103_

EMAIL: _mlanc111@att.net_

DATE OF MEETING/EVENT: _3/9 - 3/14, 2019_   START TIME AND DURATION: _TBD_

COUNTY FACILITIES: (PLEASE CHECK ONE)

| SQUARE COURTHOUSE | CHANCERY BUILDING | COUNTY EXTENSION SERVICE |
|---|---|---|
| _X_ Grounds | ___ Grounds | ___ Auditorium |
| _X_ Large Courtroom | ___ Courtroom #1 | |
| _X_ Small Courtroom | ___ Courtroom #2 | |
| | ___ Courtroom #3 | |
| | ___ 2nd Floor Board Room | |

OTHER: _____

EXPLANATAION OF USE: _Filming for TV Pilot "Bluff City Law"_

**NON-LIABILITY AGREEMENT**

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: _[signature]_

**PERMIT**

___ GRANTED   ___ DENIED (see attached)

_____
COUNTY ADMINISTRATOR

*Prior notice given at least 5 days in advance
First come/first serve basis