# EXHIBIT 29

FACILITY USE APPLICATION AND PERMIT
LAFAYETTE COUNTY, MISSISSIPPI

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: _____  DATE: 6-3-19

CONTACT NAME: Jessie Honeycutt  TELEPHONE NUMBER: (662) 801-5131

ADDRESS: 72 CR 521
Como, MS 38614

EMAIL: Jessie Honeycutt 31@gmail.com

DATE OF MEETING/EVENT: July 19

START TIME AND DURATION: 8:30-9:30 ~~8:00-10:00 pm~~

COUNTY FACILITIES: (PLEASE CHECK ONE)

**SQUARE COURTHOUSE**
- X Grounds
- ___ Large Courtroom
- ___ Small Courtroom

**CHANCERY BUILDING**
- ___ Grounds
- ___ Courtroom #1
- ___ Courtroom #2
- ___ Courtroom #3
- ___ 2nd Floor Board Room

**COUNTY EXTENSION SERVICE**
- ___ Auditorium

OTHER: _____

EXPLANATAION OF USE: Memorial Serv.'s for Anthony Harry (10-20 people)

NON-LIABILITY AGREEMENT

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: _____

PERMIT

X GRANTED    ___ DENIED (see attached)

_____
COUNTY ADMINISTRATOR

*Prior notice given at least 5 days in advance  $45.00 cash payment for permits
First come/first serve basis  for using courthouse lawn. Memorial s.
Anthony Haney - Jamie Rose - 6-14-19

Lafayette County DOC000139