EXHIBIT 31



Exhibit 42