# EXHIBIT 32



Exhibit 43