# EXHIBIT 33

# Lisa Carwyle

**From:** Joey East
**Sent:** Wednesday, July 1, 2020 2:47 PM
**To:** Lisa Carwyle
**Subject:** RE: facility use application

I do not see any security threats or reasons the permit should not be allowed on either date. I have spoken with Chief McCutchen and the city does not have any permits issued that will take extra resources from us.

Joey

**From:** Lisa Carwyle <LCarwyle@lafayettecoms.com>
**Sent:** Wednesday, July 1, 2020 10:43 AM
**To:** Joey East <jeast@lafayettesheriff.net>; David O'Donnell <dodonnell@claytonodonnell.com>; Supervisor <supervisors@lafayettecoms.com>
**Subject:** facility use application

Please see the attached application for July 5 (or July 8, if the 5th isn't available). She is wanting to be on the east side of square with signs saying "we'll pray with you", etc. She says she's going to ask the City if people can drive through in front of Neilsons and them pray with them in their vehicle. I told her she could ask the City but I think they won't want them blocking traffic.



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-236-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com

# Lisa Carwyle

| | |
|---|---|
| **From:** | Lisa Carwyle |
| **Sent:** | Thursday, July 2, 2020 10:37 AM |
| **To:** | 'deannamjackson09@yahoo.com' |
| **Subject:** | approved permit application |
| **Attachments:** | Facility Use application approved 7 5 2020.pdf |

Deanna – please see the approved application attached. Just make sure due to not having liability insurance and COVID restrictions that you keep the number below 50 people. Thanks!



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-236-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com

# FACILITY USE APPLICATION AND PERMIT
# LAFAYETTE COUNTY, MISSISSIPPI

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.* **APPLICATIONS MUST BE FILED 30 DAYS PRIOR TO THE EVENT, THE BOARD OF SUPERVISORS OR THE SHERIFF HAVE THE RIGHT TO WAIVE THE 30 DAY REQUIREMENT.**

**BUSINESS NAME:** _____

**DATE:** July 1, 2020

**CONTACT NAME (PHOTO ID REQUIRED):** Deanna McLarty Jackson

**TELEPHONE NUMBER:** 662-816-0936

**ADDRESS:** 583 CR 215
Abbeville MS 38601

**EMAIL:** deannamjackson09@yahoo

**DATE OF MEETING/EVENT:** ① July 5, 2020    OR ② Wednesday July 8, 2020

**START TIME AND DURATION:** 3pm - 6pm (3 hours)    4pm - 6pm

**COUNTY FACILITIES: (PLEASE CHECK ONE)**

**SQUARE COURTHOUSE**         **CHANCERY BUILDING**
__X__ Grounds                 _____ Grounds

**OTHER:** East side lawn

**EXPLANATAION OF USE:** #Love Your Neighbor + Prayer

**APPROXIMATE NUMBER OF PEOPLE IN ATTENDANCE:** <50 or less

**NON-LIABILITY AGREEMENT:** By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

**RULES OF COURTHOUSE GROUNDS:** The undersigned understands no one is allowed to block the sidewalk walking up to and around the statue, and no one is allowed to stand or climb onto the statue.

**SIGNATURE:** Deanna McLarty Jackson

**$25.00 APPLICATION FEE** ✓

~~$50.00 PER HOUR RENTAL FEE~~

**$1,000,000 LIABILITY COVERAGE FOR MORE THAN 50 PEOPLE** N/A

## PERMIT

__✓__ GRANTED        _____ DENIED (see attached)

**COUNTY ADMINISTRATOR**