# EXHIBIT 34

## Lisa Carwyle

| | |
|---|---|
| **From:** | Lisa Carwyle |
| **Sent:** | Wednesday, July 1, 2020 11:08 AM |
| **To:** | 'George Johnson' |
| **Cc:** | Joey East |
| **Subject:** | RE: permit |
| **Attachments:** | Facility use permit approved 7 4 2020.pdf |

Mr. Johnson -
I've attached your approved application. Please remember you are limited to less than 50 people since liability insurance isn't able to be obtained. Also, due to the Governor's orders related to COVID, you're also limited to 50 people gathered outdoors.

Let me know if you have any questions. Thanks.

Lisa Carwyle


-----Original Message-----
From: George Johnson <george.o.johnson@gmail.com>
Sent: Wednesday, July 1, 2020 8:35 AM
To: Lisa Carwyle <LCarwyle@lafayettecoms.com>
Subject: Re: permit

Yes ma'am! I greatly appreciate your help!

George

Sent from my iPhone

> On Jul 1, 2020, at 7:47 AM, Lisa Carwyle <LCarwyle@lafayettecoms.com> wrote:
>

# FACILITY USE APPLICATION AND PERMIT
## LAFAYETTE COUNTY, MISSISSIPPI

**POLITICAL PROTEST EVENT**

Permit Number _____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.* **APPLICATIONS MUST BE FILED 30 DAYS PRIOR TO THE EVENT, THE BOARD OF SUPERVISORS OR THE SHERIFF HAVE THE RIGHT TO WAIVE THE 30 DAY REQUIREMENT.**

**BUSINESS NAME:** _____

**DATE:** 6-22-2020

**CONTACT NAME (PHOTO ID REQUIRED):** George O. Johnson

**TELEPHONE NUMBER:** 662-813-3434

**ADDRESS:** 603 Plantation Way, Byhalia, MS

**EMAIL:** george.o.johnson@gmail.com

**DATE OF MEETING/EVENT:** July 4th 2020

**START TIME AND DURATION:** 12:30p 5:30p

**COUNTY FACILITIES: (PLEASE CHECK ONE)**

**SQUARE COURTHOUSE**
✓ Grounds

**CHANCERY BUILDING**
___ Grounds

**OTHER:** _____

**EXPLANATAION OF USE:** Mississippi Stands 2.0

**APPROXIMATE NUMBER OF PEOPLE IN ATTENDANCE:** *Approved for less than 50 people*

**NON-LIABILITY AGREEMENT:** By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

**RULES OF COURTHOUSE GROUNDS:** The undersigned understands no one is allowed to block the sidewalk walking up to and around the statue, and no one is allowed to stand or climb onto the statue.

**SIGNATURE:** [signed]

— $25.00 APPLICATION FEE _____

— $50.00 PER HOUR RENTAL FEE _____

$1,000,000 LIABILITY COVERAGE FOR MORE THAN 50 PEOPLE _____

---

## PERMIT

✓ GRANTED     ___ DENIED (see attached)

[signed]
**COUNTY ADMINISTRATOR**