# EXHIBIT 35

## FACILITY USE APPLICATION AND PERMIT
## LAFAYETTE COUNTY, MISSISSIPPI

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: _____
CONTACT NAME: George O. Johnson
ADDRESS: 603 Plantation Way
Byhalia, MS 38611

EMAIL: george.o.johnson@gmail.com

DATE: June 8, 2020
TELEPHONE NUMBER: 662-812-3434

DATE OF MEETING/EVENT: July 19th 2020
START TIME AND DURATION: 9p, 1hr

COUNTY FACILITIES: (PLEASE CHECK ONE)

**SQUARE COURTHOUSE**
✓ Grounds
___ Large Courtroom
___ Small Courtroom

**CHANCERY BUILDING**
___ Grounds
___ Courtroom #1
___ Courtroom #2
___ Courtroom #3
___ 2nd Floor Board Room

**COUNTY EXTENSION SERVICE**
___ Auditorium

10 people

OTHER: _____

EXPLANATAION OF USE: Anthony Hervey Vigil

### NON-LIABILITY AGREEMENT

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: _[signed]_

### PERMIT

✓ GRANTED    ___ DENIED (see attached)

_[signed]_
COUNTY ADMINISTRATOR

Lafayette County DOC000022

*Prior notice given at least 5 days in advance
First come/first serve basis