# EXHIBIT 36



Exhibit 64