# EXHIBIT 37



Exhibit 65