# EXHIBIT 39

# Board of Supervisors Special Meeting Agenda 6.22.2020

## Lafayette County Board of Supervisors <lafayetteboardofsupervisors@gmail.com>

Fri 6/19/2020 4:38 PM

To:Larry Gillespie <LGillespie@lafayettecoms.com>;



· L A F A Y E T T E   C O U N T Y ·
# BOARD OF SUPERVISORS

*Agenda*

**DATE: June 22, 2020**

**TIME: 5:00 pm**

**LOCATION: Courtroom 1, upstairs Chancery Building**

**(300 North Lamar Blvd.)**

Notice is hereby given that the Lafayette County Board of Supervisors will hold an Emergency Meeting on Monday, June 22, 2020 at 5:00 p.m. The meeting will be held in the Lafayette County Chancery Building Courtroom No. 1 regarding:

1. Approve Agenda
2. Discuss Confederate Statue.
3. Adjourn

Lafayette County Doc000752

Case: 3:20-cv-00224-NBB-RP Doc #: 66-39 Filed: 02/02/21 3 of 3 PageID #: 977

This the 15th day of June 2020.

## For more information visit our Website!

**BOARD OF SUPERVISORS**
District 1 - Brent Larson
District 2 - Larry Gillespie
District 3 - David Rikard
District 4 - Chad McLarty, *Vice President*
District 5 - Mike Roberts, *President*

 

*Copyright © *Lafayette County Board of Supervisors*, All rights reserved.*

**Our mailing address is:**
300 North Lamar Blvd. Oxford, MS 38655

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list

This email was sent to lgillespie@lafayettecoms.com
*why did I get this?*    unsubscribe from this list    update subscription preferences
Lafayette County, Mississippi · 300 North Lamar · Oxford, MS 38655 · USA



Lafayette County Doc000753