# EXHIBIT 40

NB

Joey
5 Sup
Sherry
Joe
MyB.

LAFAYETTE COUNTY BOARD OF SUPERVISORS
July 6, 2020
5:00 P.M.

1. Call to Order
2. Approve Agenda

   Motion: CM   Second: LG   Yea: 5   Nay: 0

3. Approve minutes of regular meeting on June 15, 2020, recessed meetings on June 19, 22 and July 1, 2020 and special meeting on June 22, 2020.

   Motion: DR   Second: LG   Yea: 5   Nay: 0

4. Approve claims docket for claim numbers 4260 - 4513.

   Motion: CM   Second: BL   Yea: 5   Nay: 0

## New Business

5. Consent Agenda:

   a) Approve budget amendments. (Lisa Carwyle)
   b) Award bid for two 2021 Model Tandem Axle Day Cab Class 8 Tractors and trailers. (Lisa Carwyle)
   c) Approve receipt of and payment for Regions Visa Business credit card. (Lisa Carwyle)
   d) Approve contract with Fortenberry and Ballard, PC for the 2019 and 2020 Financial Audit. (Lisa Carwyle)
   e) Accept donation for the Sheriff's Department. (Lisa Carwyle)
   f) Approve employment of general laborer in Road Department. (Lisa Carwyle)
   g) Declare purchases for the Fire Department as Sole Source. (Lisa Carwyle)
   h) Spread on the minutes effective July 1, 2020, salary for Drug Court employees. (Lisa Carwyle)
   i) Spread on the minutes transfer of two employees from the Jail to Sheriff's Department. (Sheriff Joey East)
   j) Spread on the minutes employment of two part-time jailors. (Sheriff Joey East)
   k) Spread on the minutes transfer of a jailor from part-time to full-time. (Sheriff Joey East)
   l) Spread on the minutes employment of three deputy sheriffs. (Sheriff Joey East)
   m) Spread on the minutes employment of a part-time 911 dispatcher. (Sheriff Joey East)
   n) Accept the 2020 Real and Personal Property tax rolls and authorize Clerk of the Board to advertise rolls are available for public inspection. (Sherry Wall)
   o) Authorize payment to the Clerk of the Board in the amount of $120.00 for attendance at June 1, 15 and 22, 2020 board meetings. (Sherry Wall)

p) Authorize payment to Clerk of the Board in the amount of $1,500.00 for serving as Clerk of the Board. (Sherry Wall)
q) Approve MOU with MSDH reconfirming Lafayette County Arena as an Open Pod Site. (Steve Quarles)
r) Approve Request for Public Assistance for DR-4536 (Easter Storms) and appoint Steve Quarles as applicant agent. (Steve Quarles)
s) Approve addition of County Road 125 to the Four Year Road Plan. (Joe Bynum)
t) Spread on the minutes the MS Department of Revenue Certificate indicating compliance with the filing recapitulation of Real and Personal Tax Rolls. (Sylvia Baker)

Motion: BL   Second: DR   Yea: 5   Nay: 0

6. Approve final acceptance of State Aid Project No. SAP-36(19)S, including County Roads 102, 103, 101, 415, 251, 337, 445 and 244. (Larry Britt)

Motion: LG   Second: BL   Yea: 5   Nay: 0

7. Approve resolution granting exemption from Ad Valorem Taxes to Jay 2 Investments. (Sherry Wall)

Motion: OM   Second: LG   Yea: 5   Nay: 0

8. Approve resolution granting exemption from Ad Valorem Taxes to G2 Investments. (Sherry Wall)

Motion: _____   Second: _____   Yea: _____   Nay: _____

9. Request permission to enter private property at 765 County Road 313 to repair erosion problems on both sides of the ditch. (Joe Bynum)

Motion: OM   Second: BL   Yea: 5   Nay: 0

10. Consider executive session. Chse seauts

Motion: LG   Second: DR   Yea: 5   Nay: 0

11. Recess until Wednesday, July 15, 2020 at 7:30 a.m.

Motion: _____   Second: _____   Yea: _____   Nay: _____

9a.) Discuss Confederate Statue.
Larry statement. David statement.
Chad statement. Mike statement.

★ Motion to decline to move the statue from its current location.
LG - CM - 5 - 0



Excee - facility use permit change
back ~~30 days~~ 2 wks D.O.
* Safety - OPD, UPD, LCSO
* afta dark
* anti stick provision doesn't include flags

Recess - CM - NR - 0