# EXHIBIT 41

**Lisa Carwyle**

| | |
|---|---|
| **From:** | Joey East |
| **Sent:** | Friday, August 14, 2020 2:05 PM |
| **To:** | Lisa Carwyle |
| **Subject:** | Re: facility use |

Lisa,
After checking with the other entities, we have the resources to provide them with a safe environment and see no safety issues.

Joey

Sent from my iPhone

> On Aug 13, 2020, at 5:00 PM, Lisa Carwyle <LCarwyle@lafayettecoms.com> wrote:
>
> This was turned in this afternoon, I guess it's exactly 14 days prior to 8/27. She had she wanted it at 7:00 for an hour and a half. I googled when dusk would be and my computer said 7:54 p.m. I called and told her she'd have to be done by 7:30, so she asked me to change the time.
>
> <image001.png>
>
> <Guest Facility Use permit 8 27 2020.pdf>

**Lisa Carwyle**

| | |
|---|---|
| **From:** | Lisa Carwyle |
| **Sent:** | Thursday, August 13, 2020 5:01 PM |
| **To:** | Joey East; David O'Donnell |
| **Subject:** | facility use |
| **Attachments:** | Guest Facility Use permit 8 27 2020.pdf |

This was turned in this afternoon, I guess it's exactly 14 days prior to 8/27. She had she wanted it at 7:00 for an hour and a half. I googled when dusk would be and my computer said 7:54 p.m. I called and told her she'd have to be done by 7:30, so she asked me to change the time.



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-236-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com

**FACILITY USE APPLICATION AND PERMIT**
**LAFAYETTE COUNTY, MISSISSIPPI**

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.* APPLICATIONS MUST BE FILED 14 DAYS PRIOR TO THE EVENT, THE BOARD OF SUPERVISORS OR THE SHERIFF HAVE THE RIGHT TO WAIVE THE 14 DAY REQUIREMENT.

BUSINESS NAME: ————— DATE: 7.28.20 8/13/20

CONTACT NAME (PHOTO ID REQUIRED): Mary Catherine Guest

TELEPHONE NUMBER: 662.832.8885

ADDRESS: 324 Wishing Tree Ln.
Oxford, MS 38655

EMAIL: guestmary@yahoo.com

DATE OF MEETING/EVENT: 8.27.20   START TIME: 7:00 pm   6:00 - 7:30

AND DURATION: 1.5 hrs.
All events must end thirty minutes prior to dusk

COUNTY FACILITIES: (PLEASE CHECK ONE)

✓ SQUARE COURTHOUSE          CHANCERY BUILDING

Grounds                      Grounds

OTHER:

EXPLANATAION OF USE: Worship & prayer

APPROXIMATE NUMBER OF PEOPLE IN ATTENDANCE: _____25_____

NON-LIABILITY AGREEMENT: By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

RULES OF COURTHOUSE GROUNDS: The undersigned understands no one is allowed to block the sidewalk walking up to and around the statue, and no one is allowed to stand or climb onto the statue.

SIGNATURE:

$25.00 APPLICATION FEE _____

$1,000,000 LIABILITY COVERAGE FOR MORE THAN 50 PEOPLE _____

**PERMIT**

GRANTED                    DENIED (see attached)

**COUNTY ADMINISTRATOR**



