# EXHIBIT 44

## OXFORD POLICE DEPARTMENT

**Chief of Police**
Joseph B. East

## SPECIAL EVENT, PARADE, OR PUBLIC ASSEMBLY PERMIT

In accordance with City of Oxford Municipal Code, 2008-12, The City of Oxford Police Department does hereby grant the petitioner, permission to hold speaking event on the following date(s), time(s), and location:

102-640. - Fees.

A nonrefundable fee of $25.00 to cover administrative costs of processing the permit shall be paid to the City of Oxford by the applicant when the application is filed.

*Name of Applicant:* Visit Oxford

*Address:* 1013 Jackson Ave. East
Oxford, MS 38655
*Telephone:* 662-232-2477
*Name of Organization:* Same as above

*Address:* Same

*Telephone:* Same

*Organization Director:* Kinney Ferris

*Telephone:* 662-232-2477

*On Site Contact Person:*
*Name:* Kinney Ferris        Wayne Andrews
*Telephone:* 662-401-6264     901-237-9091

*Requested Date(s):* Saturday Aug. 8, 2020

*Requested Time(s):* 5pm - 11:30pm

*Requested Location(s):* City Hall Plaza

*Type of Event:* Arts council projection of artwork accompanied by acoustic musician

*Designation of any Public Facilities and / or Equipment to be utilized:* 1 reserved parking space in front for load-in.

*Detailed Route Information, Start to Finish:*
N/A

*Spacing Intervals to be maintained between units of such parade or assembly:* N/A
None

*Area/Width of Street, Sidewalk, or Public Area to be used by event:* N/A
*Expected Number of Participants and/or vehicles, animals, etc.:* Less than 10

*Number of expected Spectators:* No more than 50 at one time

*Assembly Point and time of Participants:*
City Hall Plaza — Time TBD w/ Visit Oxford & OPD
*Description of any type of recording equipment, signs, banners, attention getting devices to be used for the event:*
Possible banner for promotion

---

**Special Detail Instructions:**

_____    7/16/20    11:50 am
Applicant                     Date       Time

**Permit Approved By:**

_____    _____    _____
Chief of Police              Date         Time


**Copies To:**

___ Mayor
___ City Attorney
___ Fire Chief
___ City Engineer
___ Other


**Attachments:**