# EXHIBIT 45

# FACILITY USE APPLICATION AND PERMIT
## LAFAYETTE COUNTY, MISSISSIPPI

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.* **APPLICATIONS MUST BE FILED 30 DAYS PRIOR TO THE EVENT, THE BOARD OF SUPERVISORS OR THE SHERIFF HAVE THE RIGHT TO WAIVE THE 30 DAY REQUIREMENT.**

ORGANIZATION/BUSINESS NAME: PROJECT(ION)　　　DATE: 7/14/20

CONTACT NAME (PHOTO ID REQUIRED): J. F. Rash

TELEPHONE NUMBER: (336) 303 0360

ADDRESS: 228 Birch Tree Loop
Oxford, MS 38655

EMAIL: projection.night@gmail.com

DATE OF MEETING/EVENT: 8/8/2020　　　START TIME AND DURATION: 8PM - 11PM

COUNTY FACILITIES: (PLEASE CHECK ONE)

**SQUARE COURTHOUSE**　　　**CHANCERY BUILDING**
✓ Grounds　　　___ Grounds

12ft wide

OTHER: _____

EXPLANATAION OF USE: Artists installations with light and projectors onto screens and courthouse objects

APPROXIMATE NUMBER OF PEOPLE IN ATTENDANCE: 30

**NON-LIABILITY AGREEMENT**: By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

**RULES OF COURTHOUSE GROUNDS**: The undersigned understands no one is allowed to block the sidewalk walking up to and around the statue, and no one is allowed to stand or climb onto the statue.

SIGNATURE: _[signature]_

$25.00 APPLICATION FEE ✓

$50.00 PER HOUR RENTAL FEE ____

$1,000,000 LIABILITY COVERAGE FOR MORE THAN 50 PEOPLE ____

2-3 people without a permit

**PERMIT**
____ GRANTED　　　✓ DENIED (see attached)

_[signature]_
COUNTY ADMINISTRATOR

Lafayette County DOC000030