# EXHIBIT 54

# Ann M. Conerly

| | |
|---|---|
| **From:** | sheila <mckinns@hotmail.com> |
| **Sent:** | Wednesday, June 17, 2020 3:28 PM |
| **To:** | Mike Roberts; lgillespie@lafayettecoms.com; drikard@lafayettecoms.com; blarson@lafayettecoms.com; chadmclarty4@gmail.com |
| **Subject:** | Please LEAVE the Confederate Statue where it is! |
| **Importance:** | High |

Gentlemen,

You may have seen this already posted from Miller Civil War Tours Facebook page regarding our beloved Confederate statues. I respectfully request that you read it all and pay attention to the true meaning of its reasons for being where it is instead of the myths and kneejerk emotional reactions stirred by political agendas. Please do NOT allow outsiders to dictate the will of Lafayette County's own. Respect and honor ALL who have served. Leave the dedicated Confederate Statue where it is, on the Lafayette County Historic Courthouse lawn on the Square.

Thank you,
Sheila McKinney
District 5 Loyal Voter


OXFORD'S CONFEDERATE MONUMENT - WHO HOLDS THE DEED? YOU PROBABLY NEED TO READ THIS !

I have had 4 VERY long days. I have a very early day tomorrow, I have a very busy day Saturday, and I have an event Sunday. Whenever the monuments blow up, I get more questions than you would believe. I get questions from almost EVERYBODY, from the top to the bottom.

I have quietly done Civil War research on Ole Miss and Oxford for 30 years. Very few people used to care about it. Now, EVERYBODY cares about it. And they all think they are experts. I am constantly amazed by the lies, myths, stories, legends, and just plain wrong information I hear from University administrators, Professors, students, politicians, and the general public. It would be like me talking about Electrical Engineering, which I know nothing about.

In the last few days, I understand there have been some questions about the Confederate monument on the courthouse lawn. Off the top of my head tonight, let me give some history of that monument.

The University Confederate monument and the courthouse Confederate monument are tied at the hip. You must understand the University monument in order to understand the courthouse monument.

The University Confederate monument was erected in 1906 by the United Daughters of the Confederacy. It took 45 women 14 years to raise $2000 to erect that monument. Twenty four of them were Ole Miss wives (8 UM Professors wives, 1 UM Female instructor, 3 UM Trustees wives, 8 Delta Gammas, 2 UM Alumni wives, 2 UM mothers, the rest were prominent Oxford women (including the Mayors wife) The whole thing was the idea of UM Chemistry Professor R. W. Jones. They raised money through a national depression (1893-1895) and through the Oxford Yellow Fever epidemic (1898). They raised pennies, nickels, and dollars every way they could from cake sales, baby shows, speeches, baseball games, ice cream socials, UM Frat and Sorority lunches, and on and on. The monument is dedicated to the Lafayette County, Civil War Confederate dead. It was and is NOT dedicated to the Glory of the Confederacy. It was closure for many, many families and it was the only marker many of those dead ever got.

Twenty five percent of all of those men who left Oxford to fight were DEAD in 4 years time, 432 of them. Most of those 432, especially if they were killed in battle, did not get a decent burial. At Shiloh, and on most battlefields they were thrown into mass burial trenches, on top of one another, up to 7 deep. And their families knew this. Most of the women who got the monument done had lost one or more male relatives in the War. The percentage loss in that War, for the South was FAR greater than World War 2. We modern Americans have no earthly idea what those families went through. We have never experienced anything like that.