





Ex. B-2



Ex. B-11



Ex. B-13



Ex. B-18