IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN RASH**                                                                                                   **PLAINTIFF**

**VS.**                                               **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                                                 **DEFENDANT**

---

**EXHIBIT L - VIDEO**

---

**This Exhibit is Conventionally Filed Per Notice.**