# David O'Donnell

**From:** Cron, Lily <Lily.Cron@stblaw.com>
**Sent:** Friday, December 18, 2020 12:02 PM
**To:** Azarkh, David; David O'Donnell; Youngwood, Jonathan; Jack Williams
**Subject:** press release



Lafayette County
100 North Lamar Blvd
Oxford, MS 38655
662-234-6128
lafayettecountyms.com

**FOR IMMEDIATE RELEASE:**

**Revision of Current Facility Use Policy in Effect for the Use of Grounds Outside the Historic Lafayette County Courthouse**
*Gatherings of four or less people on the Courthouse lawn are not required to have a permit.*

Brent Larson
District 1
Larry Gillespie
District 2
David Rikard
District 3
Chad McLarty
District 4 Vice President
Mike Roberts
District 5 President

Sherry Wall
Clerk of the Board
David O'Donnell
Board Attorney
Lisa Carwyle
County Administrator

The Lafayette County Board of Supervisors voted on Monday, June 15, to amend the Facility Use Policy for the outside grounds of the Lafayette County Courthouse.

The new policy states a permit is not required for gatherings of four or less people on the grounds, including the area around the Confederate statue. While gatherings of four people or less do not require a permit, an individual or group may request one for the exclusive use of the area.

The previous policy states all gatherings are required to have a permit.

This new policy takes effect immediately. Groups of five or more who would like to plan a gathering outside the Courthouse must submit their permit application at least 30 days prior to the date of use, unless unusual circumstances make it impossible to apply prior to that 30-day deadline. The Board of Supervisors and/or the Sheriff's Department will review all permit applications and determine whether to waive the 30-day period.

The motion for this amendment was made by District 2 supervisor Larry Gillespie and seconded by District 1 supervisor Brent Larson.



DEFENDANT'S EXHIBIT N

1