IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN RASH**                                                                     **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                               **DEFENDANT**

## AFFIDAVIT OF LISA CARWYLE

I, Lisa Carwyle, being of age and sound mind, do hereby state the following matters of which I have personal knowledge, after having been placed under oath:

1. I am currently employed as the Lafayette County, Mississippi County Administrator. I have held that position since January 2016. In that capacity, I function as the chief operating officer of all official daily operation of Lafayette County government. I am appointed to this position by the Lafayette County Board of Supervisors.

2. As part of my duties, I oversee and manage the facilities owned and operated by Lafayette County. In that regard, I have been delegated the responsibility of implementing and administering the County's Facility Use Policy which controls and limits the uses of certain County owned facilities by certain groups. With certain exceptions, the Policy generally requires individuals and groups to obtain a permit for the types of proposed uses allowed under the Policy.



DEFENDANT'S EXHIBIT O

3. The Policy's restrictions and permitting requirements do not apply to the use of the sidewalks which are located on the outer perimeter of the Circuit Courthouse grounds. Individuals and groups are free to use these sidewalks for any use, including demonstrations and protests, as long as the sidewalks are not blocked or the use of the areas by other pedestrians is not impeded. Also, the Policy does not require a permit for use of the area immediately in front of the confederate memorial which is located outside the perimeter fence at the south entrance of the Circuit Courthouse as long as no more than four individuals are in this area.

4. Based on my personal observations, individuals and groups used the Courthouse perimeter sidewalks and the area immediately in front of the confederate monument on an almost daily basis from early June to October, 2020. These uses, in the form of protests and demonstrations, did not, and do not, require a permit.

5. The County decided to relax its permit requirements and allow for unpermitted use of the Courthouse grounds, including the area in front of the confederate memorial, was based on the finding that five or more individuals in these areas, due to the limited space and configuration of the area, would impede access to and from the Circuit Courthouse, and the use of the public sidewalks. Also, groups of five or more would potentially interfere with court operations and therefore the permitting process would enable coordination with the court's activities and the imposition of time, place and manner restrictions.

6. Regarding the permit request submitted by John Rash on July 14, 2020, I was never informed, nor was I otherwise aware, of the content of the proposed art projection intended for August 8, 2020 prior to my decision to deny the permit based on the "dusk to dawn" restriction. Also, John Rash has not submitted a request for a permit to use any County facility, nor has he

2

made any inquiry with me regarding any use, since August 8, 2020 to the present.

I declare the foregoing to the best of my personal knowledge and belief, this the 2 day of February, 2021.

_____
LISA CARWYLE

STATE OF MISSISSIPPI

COUNTY OF LAFAYETTE

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named LISA CARWYLE who, after being placed under oath, stated the foregoing on the day and year therein mentioned as and for her voluntary act and deed.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 2nd day of February 2021.

_____
NOTARY PUBLIC

My Commission Expires: 1/2/2024

3