*[Handwritten margin notes: MB, Joey, 5 Sup, Sherry, Joe, AnyB.]*

LAFAYETTE COUNTY BOARD OF SUPERVISORS
July 6, 2020
5:00 P.M.

1. Call to Order
2. Approve Agenda

   Motion: CM   Second: LG   Yea: 5   Nay: 0

3. Approve minutes of regular meeting on June 15, 2020, recessed meetings on June 19, 22 and July 1, 2020 and special meeting on June 22, 2020.

   Motion: DR   Second: LG   Yea: 5   Nay: 0

4. Approve claims docket for claim numbers 4260 - 4513.

   Motion: CM   Second: BL   Yea: 5   Nay: 0

## New Business

5. Consent Agenda:

   a) Approve budget amendments. (Lisa Carwyle)
   b) Award bid for two 2021 Model Tandem Axle Day Cab Class 8 Tractors and trailers. (Lisa Carwyle)
   c) Approve receipt of and payment for Regions Visa Business credit card. (Lisa Carwyle)
   d) Approve contract with Fortenberry and Ballard, PC for the 2019 and 2020 Financial Audit. (Lisa Carwyle)
   e) Accept donation for the Sheriff's Department. (Lisa Carwyle)
   f) Approve employment of general laborer in Road Department. (Lisa Carwyle)
   g) Declare purchases for the Fire Department as Sole Source. (Lisa Carwyle)
   h) Spread on the minutes effective July 1, 2020, salary for Drug Court employees. (Lisa Carwyle)
   i) Spread on the minutes transfer of two employees from the Jail to Sheriff's Department. (Sheriff Joey East)
   j) Spread on the minutes employment of two part-time jailors. (Sheriff Joey East)
   k) Spread on the minutes transfer of a jailor from part-time to full-time. (Sheriff Joey East)
   l) Spread on the minutes employment of three deputy sheriffs. (Sheriff Joey East)
   m) Spread on the minutes employment of a part-time 911 dispatcher. (Sheriff Joey East)
   n) Accept the 2020 Real and Personal Property tax rolls and authorize Clerk of the Board to advertise rolls are available for public inspection. (Sherry Wall)
   o) Authorize payment to the Clerk of the Board in the amount of $120.00 for attendance at June 1, 15 and 22, 2020 board meetings. (Sherry Wall)

Lafayette County DOC000011



DEFENDANT'S EXHIBIT P

9a.) Discuss Confederate Statue.
Larry statement. David statement.
Chad statement. Mike statement.

★ Motion to decline to move the statue
から its current location.
LG - CM - 5 - 0

Rcee - facility use permit change
back ~~30 days~~ 2 wks D.O.
★ Safety - OPD, UPD, LCSO
★ after dark
★ anti stick provision doesn't include flags

Recess - CM - NVR - 0