**Lisa Carwyle**

**From:** Joey East
**Sent:** Thursday, July 16, 2020 11:49 AM
**To:** Scott Mills
**Subject:** FW: facility use
**Attachments:** Facility use application 8 8 2020 projection.pdf

Chief,
Will you call and find out exactly what this is for and all the information so I can forward to BOS

Thanks

**From:** Lisa Carwyle <LCarwyle@lafayettecoms.com>
**Sent:** Wednesday, July 15, 2020 9:28 AM
**To:** David O'Donnell <dodonnell@claytonodonnell.com>; Joey East <jeast@lafayettesheriff.net>
**Subject:** facility use

I received this yesterday also, I believe its part of the Fringe Festival. They said they had done this previously in the breezeway by highpoint coffee but they wanted it more visible and where people could spread out more due to COVID. It's a projection show.



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-230-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com



DEFENDANT'S EXHIBIT