**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOHN RASH**                                                                                      **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                                 **DEFENDANT**

---

**JOINT MOTION TO EXTEND BRIEFING SCHEDULE**

---

COMES NOW, Lafayette County, Mississippi, Defendant, and John Rash, Plaintiff, in the above-styled and numbered cause, by and through their counsel, and file their Joint Motion to Extend the deadline in which to file their responses to the pending Cross Motions for Summary Judgment, and would state as follows:

1.

The parties filed cross motions for summary judgment on February 2, 2021 which thereby requires the filing of their respective Responses on or before February 16, 2021. Counsel for the Defendant is in need of three additional days to file the Defendant's Response to the Plaintiff's Motion for Partial Summary judgment due to briefing commitments in other pending cases and the expected inclement weather which is forecast for the early part of the week of February 15, 2021. Plaintiff's counsel has no objection to the extension provided the Plaintiff receives the same deadline extension for the filing of his Response to the Defendant's Motion for Summary Judgment.

2.

Accordingly, the parties jointly request an extension of the deadline for the filing of their respective responses to the pending motions for summary judgment to through and including February 19, 2021.

THIS, the 12th day of February, 2021.

>Respectfully submitted,
>
>CLAYTON O'DONNELL PLLC
>1403 VAN BUREN AVENUE, SUITE 103
>P.O. Drawer 676
>Oxford, MS 38655
>Telephone: (662) 234-0900
>
>/s/ David D. O'Donnell
>**DAVID D. O'DONNELL, MSB #3912**
>*Attorney for Lafayette County, Ms.,*
>*Defendant*
>dodonnell@claytonodonnell.com

**CERTIFICATE OF SERVICE**

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 12th day of February, 2021.

>*/s/ David D. O'Donnell*
>**DAVID D. O'DONNELL, MSB# 3912**
>dodonnell@claytonodonnell.com

2