IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                         PLAINTIFF

V.                                          CIVIL ACTION NO. 3:20-cv-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                    DEFENDANT

## ORDER

Presently before the court is the parties' Joint Motion to Extend Briefing Schedule. Counsel for Defendant requests an additional three days, through and including February 19, 2021, to file Defendant's response to Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's counsel seeks the same extension within which to file his response to Defendant's Motion for Summary Judgment.

Upon due consideration and for good cause shown, the court finds that the joint motion is well taken and that it should be, and the same is hereby, **GRANTED**. Each party's response to the relevant summary judgment motion will be due on or before February 19, 2021.

**SO ORDERED AND ADJUDGED** this 12th day of February, 2021.


 /s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE