## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JOHN RASH**                                                    **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO.:  3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                      **DEFENDANT**

---

## (SECOND) JOINT MOTION TO EXTEND BRIEFING SCHEDULE

---

COMES NOW, Lafayette County, Mississippi, Defendant, and John Rash, Plaintiff, in the above-styled and numbered cause, by and through their counsel, and file their (Second) Joint Motion to Extend the deadline in which to file their responses to the pending Cross Motions for Summary Judgment, and would state as follows:

1.

The parties filed cross motions for summary judgment on February 2, 2021 which thereby required the filing of their respective Responses on or before February 16, 2021. Upon joint motion, this court extended the parties response deadline to February 19, 2021. In view of the continuing severe weather conditions in the State of Mississippi, which resulted in the recent Declaration of a State of Emergency by the Governor and local authorities, counsel for the Defendant is in need of three additional days to file the Defendant's Response to the Plaintiff's Motion for Partial Summary Judgment. Plaintiff's counsel has no objection to the extension provided the Plaintiff receives the same deadline extension for the filing of his Response to the Defendant's Motion for Summary Judgment.

2.

Accordingly, the parties jointly request an extension of the deadline for the filing of their respective responses to the pending motions for summary judgment to through and including February 22, 2021.

THIS, the 18th day of February, 2021.

Respectfully submitted,

CLAYTON O'DONNELL  PLLC
1403 VAN BUREN AVENUE, SUITE 103
P.O. Drawer 676
Oxford, MS  38655
Telephone:  (662) 234-0900


/s/ David D. O'Donnell
**DAVID D. O'DONNELL, MSB #3912**
*Attorney for Lafayette County, Ms.,*
*Defendant*
dodonnell@claytonodonnell.com


## CERTIFICATE OF SERVICE

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 18th day of February, 2021.

*/s/ David D. O'Donnell*
**DAVID D. O'DONNELL, MSB# 3912**
dodonnell@claytonodonnell.com

2