IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                                              PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:20-cv-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                          DEFENDANT

### <u>ORDER</u>

Presently before the court is the parties' Joint Motion to Extend Briefing Schedule. Counsel for Defendant requests through and including February 22, 2021, to file Defendant's response to Plaintiff's Motion for Partial Summary Judgment, and Plaintiff's counsel seeks the same extension within which to file his response to Defendant's Motion for Summary Judgment.

Upon due consideration and for good cause shown, the court finds that the joint motion is well taken and that it should be, and the same is hereby, **GRANTED**. Each party's response to the relevant summary judgment motion will be due on or before February 22, 2021.

**SO ORDERED AND ADJUDGED** this 19th day of February, 2021.


　/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE