IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH  **PLAINTIFF**

VS.  CIVIL ACTION NO.: 3:20-CV-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI  **DEFENDANT**

## LISA CARWYLE SUPPLEMENTAL AFFIDAVIT

I, Lisa Carwyle, being of age and sound mind, do hereby state the following matters of which I have personal knowledge, after having been placed under oath :

1. I am currently employed as the Lafayette County, Mississippi County Administrator. I have held that position since January 2016. In that capacity, I function as the chief operating officer of all official daily operation of Lafayette County government. I am appointed to this position by the Lafayette County Board of Supervisors.

2. As part of my duties, I oversee and manage the facilities owned and operated by Lafayette County. In that regard, I have been delegated the responsibility of implementing and administering the County's Facility Use Policy which controls and limits the uses of certain County owned facilities by certain groups. With certain exceptions, the Policy generally requires individuals and groups to obtain a permit for the types of proposed uses allowed under the Policy.



3. In his Motion for Summary Judgment, the plaintiff, John Rash, states that he received a permit from my office to use the Circuit Courthouse grounds for a nighttime art projection display in 2019. Although he refers to a July 11, 2019 email exchange I had with Wayne Andrews concerning a proposed use of the Courthouse grounds for the display of "cartoons and art," during the evening of August 10, 2019, I did not issue the permit because it was never applied for. I was therefore unaware of the use of the Courthouse grounds for the August 10, 2019 event.

4. Since the adoption of the "dusk to dawn" restriction on the use of the Courthouse grounds in July 2020 to the present, I have enforced the restriction whenever a permit application is submitted to my office. If the application requests the use of the Courthouse grounds for the afternoon, I refer to available astronomical sources to determine when "dusk" occurs and I inform the applicant that the proposed use must end at 30 minutes before the specified time.

I declare the foregoing to the best of my personal knowledge and belief, this the 22 day of February, 2021.

_____
LISA CARWYLE

2

STATE OF MISSISSIPPI

COUNTY OF LAFAYETTE

Personally appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named LISA CARWYLE who, after being placed under oath, stated the foregoing on the day and year therein mentioned as and for her voluntary act and deed.

SWORN TO AND SUBSCRIBED BEFORE ME, this the 22nd day of February, 2021.

_Margaret Goodwyn Bankston_
NOTARY PUBLIC

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 107901, MARGARET GOODWYN BANKSTON, Commission Expires Feb. 3, 2022, LAFAYETTE CO.]

My Commission Expires: 2/3/2022

3