# EXHIBIT 1

# Lisa Carwyle

**From:** Lisa Carwyle
**Sent:** Monday, July 27, 2020 10:38 AM
**To:** 'projection.night@gmail.com'
**Subject:** FW: permit denial
**Attachments:** 8 8 2020 projection night permit denial.pdf

Mr. Rash –

In response to your question on Friday, the Courthouse grounds, including the statue area, are closed for any gathering after dark, regardless of permit requirements. So you would not be allowed to be on the grounds from thirty minutes prior to dusk to sunrise. Thanks.



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-236-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com

**From:** Lisa Carwyle
**Sent:** Thursday, July 23, 2020 9:13 AM
**To:** 'projection.night@gmail.com' <projection.night@gmail.com>
**Cc:** Joey East <jeast@lafayettesheriff.net>
**Subject:** permit denial

Good morning Mr. Rash,

Please see the attached permit. I've denied the permit due to a change in the County's permit policy. No permits will be issued after dusk, due to security issues. Thanks.



**Lisa Carwyle**
*County Administrator*

300 North Lamar Blvd. • Oxford, MS 38655
t: 662-236-2717
f: 662-234-5402
lcarwyle@lafayettecoms.com
www.lafayettems.com