# EXHIBIT 3



John Rash <mr.rash@gmail.com>

# PROJECT(ion) 2020 edition
1 message

**Mr.Rash** <mr.rash@gmail.com>  Sun, Jun 14, 2020 at 12:02 PM
To: Wayne Andrews <yacdirector@gmail.com>, Valerie Polgar <valerie@misbitsnma.com>

Wayne
Thanks for trying to schedule a time to discuss plans for a 2020 PROJECT(ion) installation. Since we haven't found a time to talk yet I wanted to send you an email to let you know what we are thinking so we can perhaps talk soon to see if this lines up with your expectations. I would like to make this year's event thematic tied to Black Lives Matter and specially ask local black artists and artists who are responding to these events to project their works. I know Antonio Tarrell has been filming events locally that reflect this community and would be great to highlight. In terms of a date, I would love to make this event on Aug 28 or the weekend of Aug 28 to line up with the events planned in Washington DC that weekend so people in Oxford who can't travel will still be able to feel connected. Valerie and I have talked a lot about how to make this event available to people who may not feel comfortable going out in public due to Covid-19 so we may need to think about how to set up cameras to live-stream the installations or at least host the videos on a website link people can see the night of our event. I'm sure you have ideas as well, and I look forward to discussing soon. I have standing meetings on Tuesday mornings through the summer but usually the rest of my week is flexible. I'm happy to meet via phone, zoom, or in person at a distance if needed. Hope to speak with you soon!


John Rash
www.johnrash.com
(Sent from mobile device)

RASH_0161