# EXHIBIT 4

# PROJECT(ION) Artists Proposals

Open call for all image makers to submit video, photo, or digital artwork proposals for a one-night public art event in Oxford, MS to be projected onto the walls of an outdoor public space during the 2019 Art-er Limits Fringe Festival (https://oxfordarts.com/events/fringe). We will ask for a link to your finished work later this summer if you proposal is accepted. Last year we were able to host 15 artists and we hope to match that or even possibly expand in 2019!

--------

EVENT DATE: AUG 8- 11, 2019
LOCATION: The Atrium (265 N. Lamar) Square, Oxford, MS
CONTACT/INFO: John Rash - jfrash@olemiss.edu

-------

SUBMISSION PROPOSAL DEADLINE: May 1, 2019
EXTENDED DEADLINE: FRIDAY, MAY 17, 2019
NOTIFICATION DATE: July 1, 2019

* Required

Email address *

Your email



RASH_0217





RASH_0218



Full name *

Your answer

Website or Online Portfolio (optional)

Your answer



## Event Description

PROJECT(ion) is a one-night event for artists, video makers, photographers, and other creative freaks to transform an architectural space with light and imagination.

PROJECT(ion) is associated with the 2019 Art-er Limits Fringe Festival and all participating artists will receive free tickets for the entire weekend of Fringe Festival events. There will also be a reception for artists on the night of the event. See links below for more information and to join our Facebook event page.

Art-er Limits Fringe Festival: https://www.oxfordarts.com/events/fringe



RASH_0220

Case: 3:20-cv-00224-NBB-RP Doc #: 77-4 Filed: 02/22/21 6 of 8 PageID #: 1334

Event Venue

RASH_0221



RASH_0222

## What Works Are Appropriate?

Participating artists may be filmmakers, photographers, animators, digital artists etc with works they would like to present as part of a cacophony of projected images on architectural surfaces (brick, concrete, steel). Works should be primarily visual, run on a loop, and not rely on sound as an essential element. Filmmakers should think of this as an installation that does not require the audience to see linear works from start to finish, while photographers may be able to create a slideshow of works that play with the textures and surfaces of the exhibition space.

## What Equipment Do I Need?

While access to your own projector is preferred, we may have a limited number available to selected artists who are projector-poor (but idea rich!). You should also plan to use your own laptop/iPad/smartphone/USB to connect to the projector for the duration of the night. We will supply power at all artist exhibition spaces.

Sound is optional and will be permitted as part of the exhibition, but only via small speakers broadcast within each artist's designated area. Artists must provide their own sound equipment and adhere to volume and range limitations. We suggest small computer or portable Bluetooth speakers.

## How to Participate?

Artists interested in participating should complete this submission form including a link to a video of your work. Submissions can be a works-in-progress as long as the video clearly shows the concept and content of the intended installation.

SUBMISSION DEADLINE: May 1, 2019
NOTIFICATION DATE: July 1, 2019

Next

Never submit passwords through Google Forms.

This content is neither created nor endorsed by Google. Report Abuse - Terms of Service - Privacy Policy

Google Forms



RASH_0223