# EXHIBIT 5

**From:** jfrash jfrash@olemiss.edu
**Subject:** RE: PROJECT(ion) @ OFF Selections
**Date:** February 4, 2020 at 12:12
**To:** Valerie Polgar valerie@misbitsnma.com

So should we wait to discuss before sending selections to Melanie? I was working on a draft of the email this morning but need to get ready for class so probably won't finish until this evening.

I honestly didn't look at the names of the artists and only selected based on the work. I was fairly liberal with my selections, so anything I didn't pick I really didn't like. However, I'm ok making more cuts like taking out the Origami piece if you don't feel comfortable having two from the same artist- but honestly that doesn't bother me as long as the both works are strong.

I'm also not super interested in going back and forth with artists to adapt their work for Project(ion) and looking at new versions or modifications that may change how we feel about the work. Again, I'm more in favor of selecting a piece rather than an artist. I do think for next year it might be better to ask Melanie to set up a separate category for submissions and allow people to flag their work in advance as considered for Project(ion) in addition to Fest Forward, or even specifically so as some works may truly be designed to work as projections and not as "films". Probably a discussion we can have after this festival is over but before Melanie kicks off the submissions for 2021.

Finally, have we landed on what to do about Elizabeth Tettleton and her desire to project poetry and photos from her group here in Oxford. My suggestion is to put that piece in the Ford Center or the Powerhouse since we are running low on space at the Malco.

Let me know if we need to meet and talk about the selections before I send the list to Melanie. I could have time tomorrow or Friday.

**John Rash**
**Director/Producer** l Southern Documentary Project
**Instructional Assistant Professor** l Center for the Study of Southern Culture

The University of Mississippi
240 KINARD HALL WING D
University, MS 38677-1848
jfrash@olemiss.edu

O: 662.915.1304 l M: 336.303.0360



http://southdocs.org l http://southernstudies.olemiss.edu

**From:** Valerie Polgar
**Sent:** Tuesday, February 4, 2020 11:56 AM
**To:** jfrash
**Subject:** Re: PROJECT(ion) @ OFF Selections

[EXTERNAL]

Hey! I agree with your selections. I wanted to point out that you chose two pieces from one filmmaker, though I did like both of them. ("Between the Eyes" and Origami Tutorial)

Also, I don't know why but APM calls to me for some reason. It's pretty typical subject matter (thematically) and typical scenes but the combination is somehow profound. I would be happy with this serving as a back-up if we needed it. (in case more than one person declines)

Finally, Gloria Chung had several submissions that all work together. I think that we should give her the option to adapt her piece for PROJECT(ion).

On Mon, Feb 3, 2020 at 11:18 AM jfrash <jfrash@olemiss.edu> wrote:

> Here are my selections:
>
> **BIG SCREEN OUTDOOR AUDIORTIUM:**
> -Etude 2a
> -In Which Life Continues
> -Between the Eyes
> -Dreams & Nightmares
> -Origami Tutorial
>
> **PROJECTIONS AROUND THEATRE:**
> -Camera Sick
> -Cornered
> -Memory IX
> -Dreamscape #1
> -Ave
> **John Rash**
> **Director/Producer |** Southern Documentary Project
> **Instructional Assistant Professor |** Center for the Study of Southern Culture
> The University of Mississippi
> 240 KINARD HALL WING D
> University, MS 38677-1848
> jfrash@olemiss.edu
>
> O: 662.915.1304 | M: 336.303.0360
>
>  MASTER OF FINE ARTS

RASH_0143



http://southdocs.org | http://southernstudies.olemiss.edu

--
valerie guinn polgar
Executive Director, Misbits NMA
misbitsnma.com

RASH_0144