# EXHIBIT 6

**From:** **jfrash** jfrash@olemiss.edu
**Subject:** PROJECT(ion) photos
**Date:** August 9, 2020 at 10:53
**To:** YAC Operations yacoperations@gmail.com
**Cc:** streetpeople@gmail.com yacdirector@gmail.com, valerie guinn polgar valerie.guinn@gmail.com, Melanie Addington melanieaddington@oxfordfilmfest.com

Here are a few photos from last night for social media if you would like to share. Over all a decent event but not a lot of people out on the square. Almost every pedestrian stopped to ask what we were doing and was excited about the event. At least a few people pulled into parking spaces and watched for longer periods of time. I have more photos I can share via G-drive later if needed.









Case: 3:20-cv-00224-NBB-RP Doc #: 77-6 Filed: 02/22/21 4 of 8 PageID #: 1544

RASH_0204





**John Rash**
**Director/Producer** | Southern Documentary Project
**Adjunct Assistant Professor** | Center for the Study of Southern Culture

The University of Mississippi
240 KINARD HALL WING D
University, MS 38677-1848
jfrash@olemiss.edu

O: 662.915.1304 I M: 336.303.0360

> On Aug 7, 2020, at 4:27 PM, Melanie Addington <melanieaddington@oxfordfilmfest.com> wrote:
>
> [EXTERNAL]
>
> Our blow up screen is in our cage on the second shelf right when you enter (big blue bag).
>
> The other screen is in the tech cage.
>
> Melanie Addington, Executive Director
> Oxford Film Festival
> MovieMaker "Top 50 Film Fest Worth the Entry Fee"
> 877-560-3456 (office)/662-801-6007 (cell)
> Oxford Film Festival: oxfordfilmfest.com
>
> On Fri, Aug 7, 2020 at 4:27 PM jfrash <jfrash@olemiss.edu> wrote:
>> Thanks Caitlin
>> Here's what I think we need:
>>
>> - 4-5 extension chords and 3 power strips
>>
>> - OFF screen (maybe both of them)
>>
>> -sandbags for weighing down the screen in case of wind
>>
>> - Gaff tape
>>
>> - 10 Grip clamps if available
>>
>> -3-4 pedestals
>>
>> -projector (as a backup)

**John Rash**
**Director/Producer |** Southern Documentary Project
**Adjunct Assistant Professor |** Center for the Study of Southern Culture

The University of Mississippi
240 KINARD HALL WING D
University, MS 38677-1848
jfrash@olemiss.edu

O: 662.915.1304 | M: 336.303.0360

null
http://southdocs.org | http://southernstudies.olemiss.edu

{SENT FROM A MOBILE DEVICE}

On Aug 7, 2020, at 12:26, YAC Operations <yacoperations@gmail.com> wrote:

[EXTERNAL]

Yes, can you come between 3 and 4 tomorrow? Wayne's out of the office at the moment, so if you can send me the list, we'll pull everything together.

Thanks,

Caitlin

On Fri, Aug 7, 2020 at 12:09 PM jfrash <jfrash@olemiss.edu> wrote:

Thanks Caitlin. Will anyone be there tomorrow afternoon ? There are other items we will need tomorrow evening that I've already listed in previous email to Wayne. I was hoping to take it all form Powerhouse directly to the square instead of lugging it to my house overnight.

**John Rash**
**Director/Producer |** Southern Documentary Project
**Adjunct Assistant Professor |** Center for the Study of Southern Culture

The University of Mississippi
240 KINARD HALL WING D
University, MS 38677-1848
jfrash@olemiss.edu

O: 662.915.1304 | M: 336.303.0360

null
http://southdocs.org | http://southernstudies.olemiss.edu

{SENT FROM A MOBILE DEVICE}

On Aug 7, 2020, at 11:53, YAC Operations <yacoperations@gmail.com> wrote:

[EXTERNAL]

Hi all,

I'll be here until 1 if it has not been picked up yet.

Thanks,

Caitlin

On Fri, Aug 7, 2020 at 8:33 AM Melanie Addington <melanieaddington@oxfordfilmfest.com> wrote:

Hi all,

John is borrowing our screen for Project(ions) (which I believe lives in your tech cage still) for tomorrow. an you let him know how to come get it today?

Melanie Addington, Executive Director
Oxford Film Festival
MovieMaker "Top 50 Film Fest Worth the Entry Fee"
877-560-3456 (office)/662-801-6007 (cell)
Oxford Film Festival: oxfordfilmfest.com

--
Caitlin Hopper
*Operations Coordinator*
*Yoknapatawpha Arts Council*

662-236-6429
P.O. Box 544
413 S. 14th St.
Oxford, MS 38655
www.oxfordarts.com
Facebook

--
Caitlin Hopper
*Operations Coordinator*
*Yoknapatawpha Arts Council*

662-236-6429
P.O. Box 544
413 S. 14th St.
Oxford, MS 38655
www.oxfordarts.com
Facebook