# EXHIBIT 7



RASH_0251