# EXHIBIT 8

RASH_0275

> While there are many ways our culture and our state can improve upon how we treat women and how we handle birth, I think that pausing to reflect and honor our mothers can initiate a re-prioritization that is currently lacking.

An essay by Allison Doyle
Photos by Danny Klimetz

UPTOWN