# EXHIBIT 13

FACILITY USE APPLICATION AND PERMIT
LAFAYETTE COUNTY, MISSISSIPPI

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: New Freedom Church of God in Christ  DATE: March 11, 2019

CONTACT NAME: Pastor Edwin B. Smith  TELEPHONE NUMBER: 662-638-3437

ADDRESS: 106 Forest Ridge Drive, Oxford, MS 38655

EMAIL: preacher@olemiss.edu

DATE OF MEETING/EVENT: April 19, 2019  START TIME AND DURATION: 12 pm to 1 pm

COUNTY FACILITIES: (PLEASE CHECK ONE)

| SQUARE COURTHOUSE | CHANCERY BUILDING | COUNTY EXTENSION SERVICE |
|---|---|---|
| __X__ Grounds | _____ Grounds | _____ Auditorium |
| _____ Large Courtroom | _____ Courtroom #1 | |
| _____ Small Courtroom | _____ Courtroom #2 | |
| | _____ Courtroom #3 | |
| | _____ 2nd Floor Board Room | |

OTHER: _____

EXPLANATAION OF USE: Annual Service for JESUS

### NON-LIABILITY AGREEMENT

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: _Edwin B. Smith_

### PERMIT

√ GRANTED  _____ DENIED (see attached)

_[signature]_
COUNTY ADMINISTRATOR

*Prior notice given at least 5 days in advance
First come/first serve basis

Lafayette County DOC000017