# EXHIBIT 15

# Lisa Carwyle

**From:** Lisa Carwyle
**Sent:** Thursday, July 11, 2019 12:57 PM
**To:** 'Wayne Andrews'
**Subject:** RE: Things I forgot yesterday

It's available, I'll need you to fill out the form, I can send it to you.

As far as I know Aug 24th will work.

**From:** Wayne Andrews <yacdirector@gmail.com>
**Sent:** Thursday, July 11, 2019 11:40 AM
**To:** Lisa Carwyle <LCarwyle@lafayettecoms.com>
**Subject:** Things I forgot yesterday


Is the courthouse lawn available on Saturday, August 10th in the evening.

We would like to include it as part of the Project(ion) event which projects art onto buildings in the downtown area.

We are planning on showing classic cartoons on one side and art on the other.

We will have other stops on the breezeway at The Growler


We are looking at Aug 24th for the County Community Day if you have any ideas on if that would be a good or bad day.


--


Wayne Andrews, Director
Yoknapatawpha Arts Council & The Powerhouse Community Arts Center
662-236-6429