# EXHIBIT 16



Exhibit 41