# EXHIBIT 17



Exhibit 42