# EXHIBIT 18



Exhibit 43