# EXHIBIT 20

**FACILITY USE APPLICATION AND PERMIT**
**LAFAYETTE COUNTY, MISSISSIPPI**

Permit Number _____

---

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: #Love Your Neighbor      DATE: 8-12-2020
CONTACT NAME: Deanna Jackson      TELEPHONE NUMBER: 662-816-0936
ADDRESS: 583 CR 215
         Abbeville, MS 38601

EMAIL: deannamjackson09@yahoo

DATE OF MEETING/EVENT: Sunday 9/13/2020      START TIME AND DURATION: 4pm-6pm

COUNTY FACILITIES: (PLEASE CHECK ONE)

| SQUARE COURTHOUSE | CHANCERY BUILDING | COUNTY EXTENSION SERVICE |
|---|---|---|
| X Grounds (East) | ___ Grounds | ___ Auditorium |
| ___ Large Courtroom | ___ Courtroom #1 | |
| ___ Small Courtroom | ___ Courtroom #2 | |
| | ___ Courtroom #3 | |
| | ___ 2nd Floor Board Room | |

OTHER: _____

EXPLANATAION OF USE: Prayer on the square

**NON-LIABILITY AGREEMENT**

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: Deanna Jackson

**PERMIT**

✓ GRANTED      ___ DENIED (see attached)

_____
COUNTY ADMINISTRATOR

*Prior notice given at least 5 days in advance
First come/first serve basis

Lafayette County DOC000034