# EXHIBIT 25

# EXHIBIT 25



Exhibit 64