# EXHIBIT 26



Exhibit 65