# EXHIBIT 30

# FACILITY USE APPLICATION AND PERMIT
## LAFAYETTE COUNTY, MISSISSIPPI

Permit Number_____

This application is to be completed by the individual or entity representative desiring to use any County facility for a particular date and time. Use permits will be issued through the County Administrator's office (236-2717) entitling the applicant to use such facility in a manner which will minimize disruption of County operations and community activities and maximize equal access to such facilities by all citizens. By submitting this application, the designated individual or organization agrees to be legally responsible for any damage thereto and costs of cleanup.*

BUSINESS NAME: Universal Television LLC  DATE: 2/21/19
CONTACT NAME: Martin Lane (Loc Mgr)  TELEPHONE NUMBER: 901.484.3786
ADDRESS: 460 Tennessee St
Memphis, TN 38103

EMAIL: mlanc111@att.net

DATE OF MEETING/EVENT: 3/9 - 3/14, 2019  START TIME AND DURATION: TBD

COUNTY FACILITIES: (PLEASE CHECK ONE)

| SQUARE COURTHOUSE | CHANCERY BUILDING | COUNTY EXTENSION SERVICE |
|---|---|---|
| X  Grounds | ____ Grounds | ____ Auditorium |
| X  Large Courtroom | ____ Courtroom #1 | |
| X  Small Courtroom | ____ Courtroom #2 | |
| | ____ Courtroom #3 | |
| | ____ 2nd Floor Board Room | |

OTHER: _____

EXPLANATAION OF USE: Filming for TV Pilot "Bluff City Law"

### NON-LIABILITY AGREEMENT

By submitting this application, the undersigned agrees to be responsible for any material damage to the premises resulting from the undersigned's use of the designated facility. The undersigned also agrees to hold Lafayette County, its officials and employees harmless as to any claim arising out of the undersigned's use of the premises.

SIGNATURE: _____

### PERMIT

_____ GRANTED    _____ DENIED (see attached)

_____
COUNTY ADMINISTRATOR

*Prior notice given at least 5 days in advance
First come/first serve basis