# EXHIBIT 31



RASH_2697