# EXHIBIT 33

Declaration

State of Mississippi
Lafayette County

I am Kevin Frye. I live in Oxford, Mississippi, which is in Lafayette County. I am over 18-years old and am competent to testify to the following matters. I testify to the following based on personal knowledge.

1. I moved to Oxford in the Summer of 2002 for college. Beginning in 2007, I worked in the 3rd Judicial Circuit Court in the Lafayette County Courthouse. Then, in 2008, I opened my law firm, which has been located either on the Square or within two blocks of the Square since then. Throughout this time, the Courthouse grounds have been open to the public and used as a community space including for social and political gatherings, and other community assemblies. All of these events were unrelated to County business. The Courthouse grounds were such an open, public space, and these types of events were so commonplace that I found it jarring when caution tape suddenly appeared around the confederate monument in the summer of 2020. That tape was inconsistent with the open nature of the Courthouse grounds, and it was removed within a week or two.

2. I certify under penalty of perjury that the preceding is true and correct.

This the 22nd day of February 2021.

_Kevin W. Frye_
Kevin W. Frye

1