# EXHIBIT 34


IMAGES
of America
OXFORD AND
OLE MISS
F.M. HEARD
Seeds & Plants
NOTARY
PUBLIC
Jack Lamar Mayfield on behalf of the
Oxford–Lafayette County Heritage Foundation



Oxford and Lafayette County did not have any major or minor battles during the Civil War, but on August 22, 1864, the war came to Oxford with a vengeance. While Gen. A. J. "Whiskey Joe" Smith was in Oxford, he ordered the burning of the downtown that included 35 buildings and five residences. This photograph is the only known photograph of the devastated town of Oxford. The building on the left-hand side is the Cumberland Presbyterian Church on South Street. The ladies of the local DAR chapter verified this photograph in the late 1930s as being a record of the "most devastated town in the South" during the Civil War. There is some dispute as to the authenticity of this photograph. (Courtesy of Patricia Brown Young Collection.)

ON THE COVER: Noted actor Will Geer portrayed the sheriff in the movie adaptation of William Faulkner's *Intruder in the Dust*. He is shown (second from left) at Heard's Feed Store just off the Courthouse Square behind city hall on East Jackson Avenue. The area is now a city-owned parking lot. (Courtesy of Patricia Brown Young Collection.)

IMAGES of America

# OXFORD AND OLE MISS

Jack Lamar Mayfield on behalf of the
Oxford–Lafayette County Heritage Foundation



Copyright © 2009 by Jack Lamar Mayfield on behalf of the Oxford–Lafayette County Heritage Foundation
ISBN 978-0-7385-6614-6

Published by Arcadia Publishing
Charleston SC, Chicago IL, Portsmouth NH, San Francisco CA

Printed in the United States of America

Library of Congress Control Number: 2009924693

For all general information contact Arcadia Publishing at:
Telephone 843-853-2070
Fax 843-853-0044
E-mail sales@arcadiapublishing.com
For customer service and orders:
Toll-Free 1-888-313-2665

Visit us on the Internet at www.arcadiapublishing.com



This publication is dedicated to the loving memory of Patricia Brown Young, who worked tirelessly throughout her lifetime for the preservation of the heritage of Oxford and Lafayette County. She was a charter member of the Oxford–Lafayette County Heritage Foundation (OLCHF) and served as the president of the foundation for many years. Shown in the picture with Brown are U.S. senator Thad Cochran and Oxford city alderman Preston Taylor (seated). The photograph was taken at the College Hill Store during the annual Christmas luncheon of the board of the OLCHF. Senator Cochran has been instrumental in securing funds for the restoration of the L. Q. C. Lamar Home and the Burns Belfry. (Courtesy of Bruce Newman/the *Oxford Eagle*.)

# Contents


| | | |
|---|---|---|
| Acknowledgments | | 6 |
| Introduction | | 7 |
| 1. | The Lafayette County Courthouse | 9 |
| 2. | Historic Downtown Oxford | 19 |
| 3. | The Historic University of Mississippi, Ole Miss | 43 |
| 4. | City of Oxford Historic Scenes | 79 |
| 5. | Around the Town and County | 93 |
| 6. | Oxford's Most Famous Resident, William C. Faulkner | 107 |
| 7. | Preserving Our Heritage | 119 |

*One*

# THE LAFAYETTE COUNTY COURTHOUSE



When Oxford was formed in 1837, fifty acres were donated to the county for a site for the county seat. These 50 acres were laid out in a street and building site grid in the geographical center of the county. This grid pattern was laid out by the maternal great-grandfather of William Faulkner, Charles Butler. Acreage was set aside for the construction of a jail and courthouse, and the other acreage was sold for the construction of these two buildings. The first courthouse was constructed and occupied by late 1840. On August 22, 1864, this courthouse was burned by the invading Union Army. Yankee tents are shown on the grounds of the courthouse before its destruction. This is the only photograph remaining of the original Lafayette County Courthouse.



After the Civil War, the Courthouse Square and business district of Oxford were reconstructed by 1872. The current courthouse that now stands in the central business district is somewhat different from the first courthouse. It has a four-faced clock on the top of the building, and the columns go down to archways and not to the ground. William Faulkner gives a description of both courthouses in his novel *Requiem for a Nun*.



Cotton wagons go to one of the two gins that were located just off "the Square." This photograph was taken from the northeast corner of the Square, and just to the left, note the 1907 Civil War Monument. For many years, these two cotton gins were in service on the east side of the Square. Today there is only one gin operating in the county, near Taylor.



This is a view of the north side of the Square looking toward the J. E. Neilson Department Store. Note that the horses and mules are tethered to the hitching posts around the courthouse. Also note the power lines and post in the courtyard. A number of the photographs in the Patricia Brown Young Collection were made to showcase new Oxford power lines.




In the early 1950s, additions were constructed on either side of the courthouse. This is a north side view of the building, and one can see on the right side of the building that the new brickwork has not had stucco applied to the exterior. Also note Cobbs Dry Goods Store, which has been replaced by the present-day First National Bank.



The fenced area of the Square has been used for many things over the years. This photograph from the late 1930s shows a mule trader similar to what one would read about in the Snopes family trilogy: *The Hamlet*, *The Town*, and *The Mansion*.



Political speeches, "Welcome Rebel" parties, truck farmers, mule traders, and even itinerant preachers were known to use the area next to the courthouse. This photograph is looking toward east Jackson Avenue and the location of the O. H. Douglas Funeral Home (center).



At one time, the grounds of the courthouse had tables where local men would get up a domino game. This was on the north side of the Square looking toward North Lamar Boulevard.



On the north side of the courthouse grounds were two long wooden tables. Truck farmers would use them to sell watermelons and cantaloupes. The tables sat in the present-day fenced-in area where the air-conditioning units are now housed.

Case: 3:20-cv-00224-NBB-RP Doc #: 77-34 Filed: 02/22/21 14 of 20 PageID #: 1926



Local First Baptist Church members assembled on the Square to sing religious songs and garner support and attendance for a revival. The man in the hat is the pastor of the church, Dr. Frank Moody Purser. The photograph dates from the early 1950s.



This is the audience that gathered on the Square for the 1950s rally in support of a revival at the First Baptist Church. The gathering is on the east side of the courthouse, which was used for political rallies and to listen to Ole Miss football games broadcasted by the local AM radio station, WSUH.



The 1948 Ole Miss Centiennial Parade makes its way around the Square. Ann Kay Burrow is the boat, and Amy Jo Cole is waterskiing.



The University High School band marches in the 1948 Ole Miss Centennial Parade.



A crowd gathers on the Square for the 1946 Christmas parade.



A paving crew works to pave Van Buren Avenue at the corner of North Ninth Street in the early 1920s. The home on the left side of the photograph was demolished to make way for the annex to St. Peter's Episcopal Church.



Citizens of Oxford and Lafayette County wait for the 1946 Christmas Parade to come around the south side of the Square. In the upper left, one can see the Christmas lights that used to be strung from the courthouse clock to the buildings around the Square.




The Ole Miss Service Station was located on the southeast corner of South Lamar Boulevard and University Avenue. The photograph is from the early 1950s. BanCorpSouth is now located on the site.

An Ole Miss Homecoming Parade goes around the Square in downtown Oxford in the early 1950s. This is the west side of the Square looking toward the Downtown Grill. The photograph was taken from the veranda of what is now Square Books.



Oxford has long been known for its hardwood and pulpwood industries. Large virgin-growth hardwoods have been cut for many years in the river bottoms, such as the Yocona or Yellow Leaf bottoms, and other areas of the county.



Noted black actor Juano Hernandez played Lucius Beauchamp, who is accused of murder in *Intruder in the Dust*. He is shown above with local Oxford residents near the staircase going up to the veranda over what is now Rooster's on the Square. The office of Gavin Stevens, who saves his life, was located at the top of the stairs overlooking the Square. Hernandez is shown below during the filming walking by Claude Jarman Jr., who played the young Jefferson baseball player in the movie. The University High School baseball team players were used as extras in the movie. Many other Oxford residents were also used as extras in the movie.

