# EXHIBIT 35

# Kevin Frye

| | |
|---|---|
| **From:** | Lisa Carwyle |
| **Sent:** | Tuesday, February 26, 2019 10:23 AM |
| **To:** | Kevin Frye; Supervisor |
| **Cc:** | David O'Donnell |
| **Subject:** | RE: facility use policy |

Yeah, your first three comments are on language that was already in the policy and makers marker was allowed use before I ever came, so I just kept letting them, even though it did not comply with the language.

**From:** Kevin Frye
**Sent:** Tuesday, February 26, 2019 10:21 AM
**To:** Supervisor <supervisors@lafayettecoms.com>
**Cc:** Lisa Carwyle <LCarwyle@lafayettecoms.com>; David O'Donnell <dodonnell@claytonodonnell.com>
**Subject:** RE: facility use policy

Quick glance:

- Item #6 – where does the Maker's Market fall, in the not for profit (5a) or is this language "profit-making groups or for profit-making purposes" intended to include them? I will not support any policy that excludes that group.
- Restriction on Use – The language about weekends, again, same objection as above. Also, how might this impact the Easter Bunny and Santa?
- Solicitation – same questions as above.
- No animals? Would this exclude the Humane Society (or whatever the current/future group may be called) from the events they've held on our grounds in years past? They've had some successful fundraisers, and I wouldn't want to prohibit those opportunities, as I expect that could be another reason to ask us for a larger contribution.

**From:** Lisa Carwyle <LCarwyle@lafayettecoms.com>
**Sent:** Tuesday, February 26, 2019 9:59 AM
**To:** Supervisor <supervisors@lafayettecoms.com>; David O'Donnell <dodonnell@claytonodonnell.com>; John Hill <jbh@lafayettecoms.com>
**Subject:** facility use policy

Please see a draft of the proposed facility use policy. David, I'm sure you will have some changes to make. I took the City's ordinance and incorporated some restrictions y'all had discussed with me you wanted included. The changes are in red. Please let me know your comments so David and I can have a final draft for you to approve at the meeting on Monday. Thanks.

Lisa D. Carwyle
County Administrator
Lafayette County
662-236-2717

1