# EXHIBIT 37

**From:** Joey East <jeast@lafayettesheriff.net>
**Sent:** Wednesday, November 18, 2020 10:38 AM
**To:** Jeff Mccutchen <jmccutchen@oxfordpolice.net>
**Subject:** Re: data

Thank you

Sent from my iPhone

> On Nov 18, 2020, at 10:33 AM, Jeff Mccutchen <jmccutchen@oxfordpolice.net> wrote:
>
> Yes sir. Ms. Val is reaching out to Ms. Cathy now. It's quite a bit of data.
>
>> On Nov 18, 2020, at 10:19 AM, Joey East <jeast@lafayettesheriff.net> wrote:
>>
>> Chief,
>> I just wanted to check back with you to see if you were able to get the information requested below.
>>
>> Thanks
>>
>> Joey
>>
>> **From:** Jeff Mccutchen <jmccutchen@oxfordpolice.net>
>> **Sent:** Friday, October 9, 2020 4:03 PM
>> **To:** Joey East <jeast@lafayettesheriff.net>
>> **Subject:** Re: data
>>
>> I'll get with Ms. Val and get them pulled as quick as we can.
>>
>> **From:** Joey East <jeast@lafayettesheriff.net>
>> **Sent:** Friday, October 9, 2020 2:36 PM
>> **To:** Jeff Mccutchen <jmccutchen@oxfordpolice.net>
>> **Subject:** Re: data
>>
>> Next two weeks would be great but I totally understand if that not possible.
>>
>> Sent from my iPhone
>>
>>> On Oct 9, 2020, at 1:56 PM, Jeff Mccutchen <jmccutchen@oxfordpolice.net> wrote:
>>>
>>> Yes sir, we'll work on it. When do you need it by?
>>>
>>> Jeff McCutchen



On Oct 9, 2020, at 1:02 PM, Joey East <<jeast@lafayettesheriff.net>> wrote:

Chief McCutchen,

Would it be possible for your agency to supply us with data about the downtown area? As you know we are preparing for a case in federal court and this information could possibly be useful.

1. All data pertaining to arrest in the downtown area for the last 5 year.
2. All wrecks involving motor vehicle and pedestrians in the last 5 years
3. How many officers are routinely assign to patrol the downtown area and on average how many on a home football game
4. What are your current safety concerns with the downtown area? (lighting, traffic, overcrowding, violence, etc. etc.)
5. Would it be possible to get videos that your department have saved showing traffic conditions around the downtown area during week day nights and on weekend ball games and non-ball game weekends. If any of those videos capture the County Court house grounds that would be great to have.


Chief
I understand that Covid has slowed traffic and businesses traffic down over the last several months so this information I am requesting can be based on the last several years and your knowledge and experience of the area.


Thank you

Joey


<image001.jpg>

2