# EXHIBIT 40

# Lisa Carwyle

| | |
|---|---|
| **From:** | David Rikard |
| **Sent:** | Thursday, September 3, 2020 5:41 PM |
| **To:** | Brent Larson |
| **Cc:** | Joey East; Lisa Carwyle; Chad McLarty; Mike Roberts; Larry Gillespie; David O'Donnell |
| **Subject:** | Re: Ole Miss football march |

Thank you Sheriff,

I know this taking a toll on all of us. I greatly appreciate your service and your deputies service to this county. It does not go unnoticed.

I appreciate your initiative to contact all responsible parties involved.

You have my support on this and in the event anyone does this again in future. Regardless of who they are or what side they are on.

THANK YOU!!!

David Rikard

Sent from my iPhone


> On Sep 3, 2020, at 1:30 PM, Brent Larson <BLarson@lafayettecoms.com> wrote:
>
> That's excellent Joey. Appreciate you taking the facts directly the all parties involved. We stand with you all the way.
> Brent
>
> Sent from my iPhone
>
>> On Sep 3, 2020, at 12:29 PM, Joey East <jeast@lafayettesheriff.net> wrote:
>>
>> Board of Supervisors,
>>
>> Attached is a copy of the letters that I have sent to both the Mayor of Oxford, City Attorney Pope Mallette, Chancellor Boyce and Athletic Director Keith Carter, concerning the events that took place last Friday August 28, 2020. I would imagine that each of you have had your share of phone calls concerning those events and have you're on concerns about what took place on the court house grounds. I would be glad to speak with any of you about the events so that you will understand what happened and how quickly things can escalate and why its so important for us to continue to look a safety issues and the permitting process.

Each of you have my number so feel free to contact me with any questions or concerns. I will be out of the office over the next couple weeks for surgery but you can still contact via cell.

This information needs to stay confidential between the board, myself and our attorney.

Thank you for all you do.

Joey

<image002.jpg>

<Mayor.UM Chancellor Warnings.bill.pdf>