# EXHIBIT 46

# The Square

MAY 21, 2013



*IMAGES OF AMERICA: OXFORD AND OLE MISS by Jack Lamar Mayfield*

The Oxford Square, mid to late 50s, on less eventful days was the scene of many a serious domino game and a lot of town business. The man in the center of the photo with white hat and hands on table is Noel M. Hodge. Blaylock's Drug Store (Square Books) with the Fortune's Ice Cream sign is in the background.

"Saturday was always the busiest day of the week," J.R. Cofield recalls. "Some Saturday's the Courthouse lawn was circus like. Spring, summer, and fall, farmers set up rough stalls to sell their produce. Watermelons came into season in mid-July, and the price of a large melon in the 1940's was a dime. The Courthouse lawn also attracted some 'blaring' sermons from traveling evangelist. Through the years many things have change around the town, but the Courthouse lawn is still dead center for Oxford."