# EXHIBIT 48

# The Original Square Squatters

MAY 13, 2013



*Photo Courtesy of Ole Miss Yearbook 1981*

Several generations of Oxonians have great stories from their time hanging out at the statute of the Confederate soldier in Oxford. It's been going on for 100 years among young and old alike. This great photo from the Square is from the early 1980s.

From left to right is Mr. Ed Elzey, Judge Boatwright and Mr. Vettra Alderson. This is Americana at its finest!