**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOHN RASH**                                                                                                        **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                                        **DEFENDANT**

---

**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE REBUTTAL IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

COMES NOW, Lafayette County, Mississippi, the Defendant in the above-styled and numbered cause, by and through its counsel, and files its Motion to Extend the deadline in which to file the Defendant's Rebuttal Brief in Support of its Motion for Summary Judgment, and would state as follows:

1.

The parties filed cross motions for summary judgment on February 2, 2021 and the parties respective Rebuttals are due on Monday, March 1, 2021.Counsel for the Defendant is in need of two additional days to file the Defendant's Rebuttal Brief in Support of its Motion for Summary Judgment due counsel's commitment in a pending Fifth Circuit (<u>Jeffrey Davis v. The United States Marshals Service, et al</u>., bearing cause number 20-60465) which is set for oral argument on March 2, 2021. Said commitment to prepare and participate in the argument hearing has made it practically impossible to meet the briefing deadline in this cause.

2.

Plaintiff's counsel has no objection to the extension provided the Plaintiff receives the same deadline extension for the filing of his Rebuttal to the Defendant's Motion for Summary Judgment.

3.

Accordingly, the parties jointly request an extension of the deadline for the filing of their respective Rebuttals in support of the pending motions for summary judgment to through and including March 3, 2021.

THIS, the 1st day of March, 2021.

                                              Respectfully submitted,

                                              CLAYTON O'DONNELL PLLC
1403 VAN BUREN AVENUE, SUITE 103
P.O. Drawer 676
Oxford, MS 38655
Telephone: (662) 234-0900

/s/ David D. O'Donnell
**DAVID D. O'DONNELL, MSB #3912**
*Attorney for Lafayette County, Ms., Defendant*
dodonnell@claytonodonnell.com

## **CERTIFICATE OF SERVICE**

    I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

    This the 1st day of March, 2021.

                                                */s/ David D. O'Donnell*
                                                **DAVID D. O'DONNELL, MSB# 3912**
                                                dodonnell@claytonodonnell.com