IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:20-cv-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                           DEFENDANT

**ORDER**

Presently before the court is the defendant's Motion to Extend Deadline to File Rebuttal in Support of Motion for Summary Judgment. The plaintiff does not oppose the motion but seeks the same extension within which to file his rebuttal in support of his own motion for summary judgment.

Upon due consideration and for good cause shown, the court finds that the motion is well taken and that it should be, and the same is hereby, **GRANTED**. Each party's rebuttal in support of the corresponding summary judgment motion will be due on or before March 5, 2021.

**SO ORDERED AND ADJUDGED** this 3rd day of March, 2021.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE