## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## OXFORD DIVISION

**JOHN RASH**                                                                                   **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                                         **DEFENDANT**

### DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION

COMES NOW, Lafayette County, Mississippi, the Defendant in the above-styled and numbered cause, by and through its counsel, and files its Motion for Leave to file the Defendant's Response in Support of its Motion for Summary Judgment in excess of the Local Rule's Page Limitation, and would state as follows:

1.

The Defendant respectfully requests leave to file its Rebuttal in Support of the Defendant's Motion for Summary Judgment in excess of the 35 page limit as set forth in Uniform Local Rule 7(b)(5). Defendant's initial Memorandum of Authorities consisted of 34 pages and the Rebuttal consists of 14 pages. Given the number of issues, and their factual and legal complexities, presented in this First Amendment case, counsel for the Defendant reasonably believes that the additional pages are justified and promote the interest of judicial economy..

2.

Accordingly, the Defendant respectfully requests leave to exceed the 35 page limitation in the form of the Defendant's Rebuttal in Support of its Motion for Summary Judgment.

THIS, the 5th day of March, 2021.

          Respectfully submitted,

          CLAYTON O'DONNELL PLLC
          1403 VAN BUREN AVENUE, SUITE 103
          P.O. Drawer 676
          Oxford, MS 38655
          Telephone: (662) 234-0900


          /s/ David D. O'Donnell
          **DAVID D. O'DONNELL, MSB #3912**
          *Attorney for Lafayette County, Ms.,*
          *Defendant*
          dodonnell@claytonodonnell.com

## **CERTIFICATE OF SERVICE**

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 5th day of March, 2021.

          */s/ David D. O'Donnell*
          **DAVID D. O'DONNELL, MSB# 3912**
          dodonnell@claytonodonnell.com