IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | |
|---|---|
| JOHN RASH, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) Civil No. 3:20-cv-00224-NBB-RP |
| v. | ) |
| | ) |
| LAFAYETTE COUNTY, MISSISSIPPI, | ) |
| | ) **ORAL ARGUMENT REQUESTED** |
| *Defendant.* | ) |
| | ) |
| | ) |

## PLAINTIFF JOHN RASH'S RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE IN SUPPORT OF SUMMARY JUDGMENT IN EXCESS OF PAGE LIMITATION

Plaintiff John Rash respectfully submits this response to Defendant's Motion for Leave to File Response in Support of Summary Judgment in Excess of Page Limitation (ECF No. 83).

While counsel for Defendant generally advised Plaintiffs on February 28, 2021 that he intended to make a request for extra pages, Defendant did not seek Plaintiff's consent, or advise Plaintiff that Defendant intended to file a 14-page reply brief, for 48 pages of briefing total on Defendant's motion for summary judgment. Plaintiff submits that Defendant's filing of an overlong reply brief without first requesting leave of the Court, and instead presenting the brief and the request to the Court at the same time effectively as a *fait accompli*, is prejudicial to Plaintiff.

Should the Court choose to grant Defendant's motion and accept the overlong reply brief, Plaintiff respectfully requests leave to file, by Friday, March 12, a responsive submission of no more than 5 pages, addressing only authorities cited by Defendant for the first time in reply and Defendant's argument that certain evidence submitted by Plaintiff should be stricken or

disregarded.  In the alternative, Plaintiff respectfully submits that Defendant's overlong reply brief constitutes further good cause to hold oral argument on the parties' respective motions, as already requested by Plaintiff in accordance with the Local Rules, so that Plaintiff has the opportunity to address the new authorities and arguments presented by Defendant on reply.  Plaintiff's counsel will make themselves available for such argument either in person or remotely at the Court's convenience.

Respectfully submitted,

Dated:  March 8, 2021

/s/ Joshua Tom

| | |
|---|---|
| SIMPSON THACHER & BARTLETT LLP<br>Jonathan K. Youngwood (*pro hac vice*)<br>Isaac Rethy (*pro hac vice*)<br>425 Lexington Avenue<br>New York, NY 10017<br>(212) 455-2000<br>jyoungwood@stblaw.com<br>irethy@stblaw.com<br><br>C. Jackson Williams, MS Bar No. 7226<br>P.O. Box 69<br>Taylor, MS 38673<br>Phone: (662) 701-9447<br>cjxn@mac.com | AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.<br>Joshua Tom, MS Bar. No 105392<br>Landon Thames, MS Bar No. 105127<br>P.O. Box 2242<br>Jackson, MS 39225<br>Phone: (601) 354-3408<br>jtom@aclu-ms.org<br>lthames@aclu-ms.org<br><br>*Attorneys for Plaintiff John Rash* |

### CERTIFICATE OF SERVICE

I, Joshua Tom, hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

/s/ Joshua Tom
Joshua Tom