IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                                                          PLAINTIFF

VS.                                              CIVIL ACTION NO.:  3:20-CV-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                     DEFENDANT

**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE PLAINTIFF'S EXHIBITS 45 THROUGH 48 FROM PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Lafayette County, Mississippi, the Defendant in the above-styled and numbered cause, by and through its counsel, and files its Reply in Support of its Motion to Strike Exhibits 45 through 48 from the Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, and would state as follows:

1.

The Defendant disagrees that the Plaintiff is excused from the discovery and affirmative disclosure requirements of Rule 26 because the exhibits at issue are "publicly" or "equally" available. Obviously, Rule 26 requires the affirmative disclosure of all documents which a party intends to introduce in evidence in support of their claims or defenses. The Plaintiff did not disclose or produce in discovery exhibits 45 through 48 to his Response to the Defendant's Motion for Summary Judgment. The failure to disclose warrants their exclusion from the summary judgment record. See Cooper v. Meritor, Inc. 2020 U.S. Dist. LEXIS 177297 (N.D. Miss. 2020) (even if a document is publicly available or in opposing party's possession, a party

must still disclose it to provide notice of evidence central to its claim or defense); see also Martino v. Kiewit N.M. Corp., 600 F. App'x 908, 911 (5th Cir. 2015).

2.

Accordingly, the Defendant respectfully requests that Exhibits 45 through 48 to the Plaintiff's Response in Opposition to the Defendant's Motion for Summary Judgment be stricken from the summary judgment record and that the Plaintiff be precluded from introducing or referring to these exhibits as to any further proceeding in this cause.

THIS, the 25th day of March, 2021.

        Respectfully submitted,

        CLAYTON O'DONNELL PLLC
        1403 VAN BUREN AVENUE, SUITE 103
        P.O. Drawer 676
        Oxford, MS 38655
        Telephone: (662) 234-0900

        /s/ David D. O'Donnell
        **DAVID D. O'DONNELL, MSB #3912**
        *Attorney for Lafayette County, Ms., Defendant*
        dodonnell@claytonodonnell.com

## CERTIFICATE OF SERVICE

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 25th day of March, 2021.

*/s/ David D. O'Donnell*
**DAVID D. O'DONNELL, MSB# 3912**
dodonnell@claytonodonnell.com