# Exhibit 7

| | |
|---|---|
| **From:** | David O"Donnell |
| **To:** | Youngwood, Jonathan; Joshua Tom; Jack Williams |
| **Subject:** | Rash v. Lafayette County - July 2020 - Revised facility use policy |
| **Date:** | Wednesday, January 13, 2021 4:22:16 PM |
| **Attachments:** | image003.png |
| | Lafayette County - facility use policy - July 2020 revision.docx |

Jon:

The revised policy reflecting the year 2020 changes is attached.

David

David D. O'Donnell, Esq.
Clayton O'Donnell, PLLC
1403 Van Buren Avenue
Suite 103
Oxford, Mississippi 38655
(662) 234-0900
dodonnell@claytonodonnell.com



**From:** Lisa Carwyle <LCarwyle@lafayettecoms.com>
**Sent:** Wednesday, January 13, 2021 2:40 PM
**To:** David O'Donnell <dodonnell@claytonodonnell.com>
**Subject:** facility use policy

David-
Please see the incorporated changes to the facility use policy.

