# Exhibit 9

(Part 2)

jcgapparel

Case: 3:20-cv-00224-NBB-RP Doc #: 91-10 Filed: 04/12/21 7 of 10 PageID #: 2577

RASH_2670

RASH_2673