# Exhibit 9

(Part 3)



















