# Exhibit 9

(Part 4)


Case: 3:20-cv-00224-NBB-RP Doc #: 91-12 Filed: 04/12/21 7 of 8 PageID #: 2597



