# Exhibit 9

(Part 5)



RASH_2690



RASH_2691



RASH_2692



RASH_2693



RASH_2694



RASH_2695



RASH_2696



RASH_2697



RASH_2698



RASH_2699



RASH_2700



RASH_2701



RASH_2702



RASH_2703



RASH_2704