# Exhibit 9

(Part 6)



RASH_2705



RASH_2706



RASH_2707



RASH_2708



RASH_2709



RASH_2710



RASH_2711



RASH_2712



RASH_2713



RASH_2714



RASH_2715



RASH_2716



RASH_2717



RASH_2718



RASH_2719



RASH_2720