IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | | |
|---|---|---|
| JOHN RASH, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Civil No. 3:20-cv-00224-NBB-RP |
| v. | ) | |
| | ) | |
| LAFAYETTE COUNTY, MISSISSIPPI, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |
| | ) | |

### NOTICE OF ISSUANCE OF SUBPOENA

Plaintiff, by and through counsel, has caused to be issued and intends to serve the subpoena

attached as Exhibit A to KEVIN FRYE.

Respectfully submitted,

Dated:  April 19, 2021

<table>
<tr>
<td>

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
irethy@stblaw.com

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

</td>
<td>

_____/s/ Landon Thames_____
AMERICAN CIVIL LIBERTIES UNION OF
MISSISSIPPI FOUNDATION, INC.
Joshua Tom, MS Bar. No 105392
Landon Thames, MS Bar No. 105127
P.O. Box 2242
Jackson, MS 39225
Phone: (601) 354-3408
jtom@aclu-ms.org
lthames@aclu-ms.org


*Attorneys for Plaintiff John Rash*

</td>
</tr>
</table>

1

## <u>CERTIFICATE OF SERVICE</u>

I, Landon Thames, hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.


/s/ Landon Thames
Landon Thames