IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
Oxford Division

| | |
|---|---|
| JOHN RASH, | ) |
| *Plaintiff*, | ) ) ) ) Civil No. 3:20-cv-00224-NBB-RP |
| v. | ) ) |
| LAFAYETTE COUNTY, MISSISSIPPI, | ) ) |
| *Defendant*. | ) ) ) ) |

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION (ADR) EFFORTS**

Plaintiff files this Notice that to date the parties have not undertaken ADR efforts, including mediation, in connection with this action. The Parties jointly wrote to Magistrate Judge Percy, via email on April 19, 2021, informing him regarding the same.

Respectfully submitted,

Dated: April 19, 2021

/s/ Joshua Tom

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*pro hac vice*)
Isaac Rethy (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
irethy@stblaw.com

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.
Joshua Tom, MS Bar. No 105392
Landon Thames, MS Bar No. 105127
P.O. Box 2242
Jackson, MS 39225
Phone: (601) 354-3408
jtom@aclu-ms.org
lthames@aclu-ms.org

*Attorneys for Plaintiff John Rash*

**CERTIFICATE OF SERVICE**

  I, Joshua Tom, hereby certify that on April 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties on file with the Court.

                /s/ Joshua Tom
                Joshua Tom