**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOHN RASH**                                                                **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 3:20-CV-224-NBB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI**                              **DEFENDANT**

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE**

COMES NOW, Lafayette County, Mississippi, the Defendant in the above-styled and numbered cause, by and through counsel, and files its Response in Opposition to Plaintiff's Motion In Limine, and would state as follows:

1.

The motion in limine should be denied because it serves no real purpose in the context of a non-jury trial involving simple evidentiary issues where it is presumed that the court, as the trier of fact, is not unduly prejudiced by, and will disregard, inadmissible evidence in rendering a verdict. Further, the motion inappropriately seeks definitive evidentiary rulings on the admissibility of certain evidence (the 2021 Facility Use Policy, Busby's reference to Joseph Johnson's justification for the enactment of the 2015 Facility Use Policy, and photos and video) which is admissible depending on the purpose of its use. The plaintiff's argument for the exclusion of the 2021 policy revision, in particular, also goes to the weight of the evidence, not its admissibility.

2.

The Defendant incorporates the accompanying memorandum of authorities filed in support of the present Response.

3.

Wherefore, premises considered, the Defendant respectfully requests that this Court deny the present motion. The Defendant also requests any other relief which the court may find warranted in the premises.

THIS, the 23rd day of April, 2021.

Respectfully submitted,

CLAYTON O'DONNELL PLLC
1403 VAN BUREN AVENUE, SUITE 103
P.O. Drawer 676
Oxford, MS 38655
Telephone: (662) 234-0900


/s/ David D. O'Donnell
**DAVID D. O'DONNELL, MSB #3912**
*Attorney for Lafayette County, Ms., Defendant*
dodonnell@claytonodonnell.com


## CERTIFICATE OF SERVICE

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 23rd day of April, 2021.

*/s/ David D. O'Donnell*
**DAVID D. O'DONNELL, MSB# 3912**
dodonnell@claytonodonnell.com

2