IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN RASH                                                                                              PLAINTIFF

V.                                                                          CIVIL ACTION NO. 3:20-cv-224-NBB-RP

LAFAYETTE COUNTY, MISSISSIPPI                                                                DEFENDANT

## ORDER GRANTING MOTIONS TO SUPPLEMENT

This cause comes before the court upon the plaintiff's motions for leave to supplement trial exhibit and witness lists. Upon due consideration of the motions, responses, and applicable authority, the court finds that the motions are well taken and should be granted.

"In the interest of justice and sound judicial administration, an amendment of a pretrial order should be permitted where no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight." *DP Solutions, Inc. v. Rollins, Inc.*, 353 F.3d 421, 435 (5th Cir 2003). The plaintiff seeks to supplement the record with a small number of photographs and testimony by the photographers who captured said photographs. The court finds this request reasonable with no risk of substantial injury to the opposing party and no inconvenience to the court.

Accordingly, the court finds that the plaintiff's motions to supplement are well taken, that they should be, and the same are hereby, **GRANTED**.

**SO ORDERED** this 23rd day of September, 2022.

/s/ Neal Biggers
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE