IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JOHN RASH** **PLAINTIFF**

**V.** **NO. 3:20-CV-224-DMB**

**LAFAYETTE COUNTY,**
**MISSISSIPPI** **DEFENDANT**

## FINAL JUDGMENT

In accordance with the "Findings of Fact and Conclusions of Law" issued this date:

To the extent Rash's claim against the County asserts an as-applied challenge to the Facility Use Policy's provisions regarding advance notice requirement, group permit requirement, sheriff protection fees, insurance and indemnity, and the County reserving the right to deny permit applications for use that would pose health or safety risks, such is dismissed without prejudice.

To the extent Rash's claim against the County asserts a facial challenge to the Facility Use Policy's curfew provision, such is dismissed without prejudice.

To the extent Rash's claim against the County asserts an as-applied challenge to the Facility Use Policy's curfew provision, the County is permanently enjoined from applying such provision to Rash. The Court declares that the curfew provision of the Facility Use Policy is unconstitutional under the First Amendment of the United States Constitution as applied to Rash by prohibiting Rash from holding the PROJECT(ion) event on August 8, 2020, and the County is permanently enjoined from applying such curfew provision to Rash.

**SO ORDERED**, this 30th day of September, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**