**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **JOHN RASH** | **PLAINTIFF** |
| **VS.** | **CIVIL NO. 3:20-CV-224-DMB-RP** |
| **LAFAYETTE COUNTY, MISSISSIPPI** | **DEFENDANT** |

---

# PLAINTIFF'S NOTICE OF APPEAL

---

Notice is hereby given that John Rash, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Findings of Fact and Conclusions of Law (Dkt. 225) and Final Judgment (Dkt. 226) issued on September 30, 2024, which, in part, dismissed Plaintiff's claims without prejudice.

Respectfully submitted,

Dated: October 29, 2024

/s/ *Jonathan K. Youngwood*

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood, MS Bar No. 106441
Janet A. Gochman (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
jyoungwood@stblaw.com
jgochman@stblaw.com

AMERICAN CIVIL LIBERTIES UNION OF MISSISSIPPI FOUNDATION, INC.
Joshua Tom, MS Bar No. 105392
P.O. Box 2242
Jackson, MS 39225
Phone: (601) 354-3408
jtom@aclu-ms.org

C. Jackson Williams, MS Bar No. 7226
P.O. Box 69
Taylor, MS 38673
Phone: (662) 701-9447
cjxn@mac.com

**CERTIFICATE OF SERVICE**

I, Jonathan K. Youngwood, hereby certify that on October 29, 2024, I filed the forgoing with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

/s/ *Jonathan K. Youngwood*
Jonathan K. Youngwood