**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**JOHN RASH** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:20-CV-224-DMB-RP**

**LAFAYETTE COUNTY, MISSISSIPPI** **DEFENDANT**

---

## DEFENDANT'S NOTICE OF CROSS-APPEAL

---

**Please Take Notice** that Lafayette County, Mississippi, the Defendant in the above styled and numbered cause, hereby files its Appeal to the United States Court of Appeals for the Fifth Circuit of and from the Final Judgment [Doc. # 226] and underlying Findings of Fact and Conclusions of Law [Doc. #225] entered on September 30, 2024 to the extent said Final Judgment declared that Lafayette County's curfew policy, as-applied, violated the Plaintiff's First Amendment rights, and permanently enjoined Lafayette County from enforcing the curfew policy as to the Plaintiff. This Cross-Appeal is timely because it is filed within fourteen (14) days of the filing of the Plaintiff's Notice of Appeal on October 29, 2024 [Doc. # 233].

THIS, the 31st day of October, 2024.

Respectfully submitted,

/s/ David D. O'Donnell (MSB No. 3912)

CLAYTON O'DONNELL PLLC
1403 VAN BUREN AVENUE, SUITE 103
Oxford, MS 38655
Telephone: (662) 234-0900
dodonnell@claytonodonnell.com

**CERTIFICATE OF SERVICE**

I, David D. O'Donnell, hereby certify that I electronically filed the foregoing Notice of Cross-Appeal with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 31st day of October, 2024.

*/s/ David D. O'Donnell*
**DAVID D. O'DONNELL, MSB# 3912**
dodonnell@claytonodonnell.com